AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00091 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| Guy Wesley Reffitt | ) | Assign. Date : 1/16/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| **Date of Birth:**  XXXXXXXX | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     January 6, 2021     in the county of _____ in the _____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 USC 1512(a)(2)(C) Obstruction of Justice

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Thomas B. Ryan, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:   01/16/2021

2021.01.16 19:02:01 -05'00'

_____
Judge's signature

City and state:   Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title