# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:21-MJ-00091-ZMF |
| v. ) | |
| ) | |
| GUY WESLEY REFFITT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ERRATA TO CORRECT STATEMENT IN AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this errata to correct a misstatement in a court document.  On January 16, 2021, the government submitted an affidavit in support of an application for a complaint that stated that the defendant, GUY WESLEY REFFITT, committed the acts of Obstruction of Justice at his home in Wylie, Texas, in the *Western* District of Texas.  (ECF No. 1-1 at para. 34.)  The affidavit should have stated that the home in Wylie, Texas, is in the *Eastern* District of Texas.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar Number 4444188

By: __/s/ Jeffrey S. Nestler_____
JEFFREY S. NESTLER
Assistant United States Attorney
D.C. Bar Number 978296
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7277
Email: JEFFREY.NESTLER@USDOJ.GOV

1