UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-091 |
| | : | |
| GUY WESLEY REFFITT, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| Defendant. | : | (Obstruction of an Official Proceeding and |
| | : | Aiding and Abetting) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1512(a)(2)(C) |
| | : | (Obstruction of Justice – Hindering |
| | : | Communication Through Physical Force or |
| | : | Threat of Physical Force) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia and elsewhere, **GUY WESLEY REFFITT**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in a posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds without authority and engaging in disorderly and disruptive conduct.

(**Obstruction of an Official Proceeding and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **GUY WESLEY REFFITT**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

> (**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

On or about January 11, 2021, within the District of Columbia and elsewhere, **GUY WESLEY REFFITT**, attempted to, and did, use physical force and the threat of physical force against J.R. and P.R. with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a Federal offense.

> (**Obstruction of Justice – Hindering Communication Through Physical Force or Threat of Physical Force**, in violation Title 18, United States Code, Section 1512(a)(2)(C))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin /jpc*

Attorney of the United States in
and for the District of Columbia.