AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Guy Wesley Reffitt

)
)  Case No.
)
)
)
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Guy Wesley Reffitt ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 USC 1512(a)(2)(C) Obstruction of Justice

Date: 01/16/2021

2021.01.16
19:00:45 -05'00'

*Issuing officer's signature*

City and state: Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 01/19/2021 , and the person was arrested on (date) 01/19/2021
at (city and state)  FANNIN Co. JAIL, Bonham, TX

Date: 01/19/2021
APPROX 5:00 pm

FBI
*Arresting officer's signature*

LAIRD W. HIGHTOWER, FBI SA
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**TXED 4:21 mj 51**

| United States of America | ) |
| v. | ) Case: 1:21-mj-00066 |
| Guy Wesley Reffitt | ) Assigned to: Judge Zia M. Faruqui |
| DOB: 10/15/1972 | ) Assign Date: 1/15/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |

This criminal complaint is based on these facts:

See attached statement of facts.

**FILED**

JAN 1 6 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Thomas B. Ryan, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/15/2021

2021.01.15
15:44:21 -05'00'

_____
*Judge's signature*

City and state: Washington, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GUY WESLEY REFFITT<br><br>Defendant. | Case: 1:21-mj-00066<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

TXED 4:21mj51

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the criminal complaint, affidavit in support of the complaint, and arrest warrant in this case. The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing and that the requested sealing is no greater than necessary to protect those interests.

IT IS THEREFORE ORDERED that the motion is hereby GRANTED, and that the criminal complaint, affidavit in support of the complaint, and arrest warrant remain under seal until the arrest of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record, or until otherwise ordered by the Court.

Date: January 15, 2021

2021.01.15
15:42:13 -05'00'

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

cc: JEFFREY NESTLER
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

**FILED**

JAN 1 6 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DATE 1/20/2021
LOCATION Sherman
JUDGE Christine A. Nowak
DEPUTY CLERK K. Lee
COURT REPORTER Digital Recording
USPO: L. Dudley
INTERPRETER Not Required
BEGIN: 10:06 a.m. / 10:31 a.m.

CASE NUMBER 4:21MJ51-1 CAN
            4:21MJ52-1 CAN
USA Will Tatum _____ Appeared

**FILED**
JAN 20 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

V

GUY WESLEY REFFITT
Defendant

Brian O'Shea
Attorney

☑ INITIAL APPEARANCE ON INDICTMENT / COMPLAINT _____
☐ PRELIMINARY HEARING
☐ DETENTION HEARING        OTHER DISTRICT: _Washington, DC_____

☑ Defendant Sworn       ☐ Interpreter Required
☑ Dft signs Consent to Proceed by Videoconference. Defense counsel requests/authorizes Court to affix electronic signature.
☑ Dft appears: ☐ with   ☑ without counsel
☑ Date of arrest: 1/19/2021
☑ Dft examined re: financial status.
☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
   Attorney: Brian O'Shea  (For the limited purposes of the hearings in the ED/TX only)
☑ Defendant is advised of the charges, rights, and penalties
☑ Preliminary hearing set for 10:15 a.m. 1/25/2021 (videoconference)
☑ Identity hearing set for 10:15 a.m. 1/25/2021 (videoconference)
☑ Govt (ORAL) motion for detention ☑ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying
☑ Defendant oral motion to continue preliminary and detention hearing   ☐ Oral Order granting ☐ Oral Order denying
☑ Detention hearing set for 10:15 a.m. 1/25/2021 (videoconference)
☐ Order setting conditions of release ☐ Bond executed; dft released
☐ Defendant signed Waiver of Rule 5 and Rule 5.1 Hearings. Defense counsel requests/authorizes Court to affix electronic signature.
   ☐ Defendant waives identity hearing
   ☐ Defendant waives preliminary hearing
   ☐ Defendant waives detention hearing
   ☐ Defendant waives identity hearing, production of warrant and any preliminary or detention hearing to which the defendant is entitled in this district and requests those hearings be held in prosecuting district at a time set by that Court
☐ Defendant ordered removed to prosecuting district
☐ Defendant released on Conditions of Release
☑ Defendant remanded to the custody of the United States Marshal.
☑ Govt moves to consolidate 4:21MJ51 & 4:21MJ52. No objection by defense counsel. Court orally grants motion to consolidate.



FILED
JAN 20 2021
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § § | CASE NUMBER 4:21-MJ-00051<br>4:21-MJ-00052 |
| GUY WESLEY REFFITT | § | |

### WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, <u>Guy Wesley Reffitt</u>, the above-named defendant, along with my undersigned attorney, hereby acknowledge the following and expressly consent to proceed by video conference, or by telephone conference in the absence of video.

(1)   Defendant has received a copy of the charging instrument in this case.

(2)   Defendant understands he/she has the right to appear personally with his/her attorney before a federal judge in open court; and, that while he/she has the right to appear in person, he/she can waive that right and consent to a hearing by video conference, or by telephone conference in the absence of video..

(3)   Defendant affirmatively states he/she has no objection to proceeding by video conference, or by telephone conference in the absence of video.

(4)   Defendant, having confirmed with his/her attorney, understands that by signing this form, he/she is knowingly and voluntarily waiving (giving up) any right to personal appearance and providing consent (agreeing) for this court proceeding to be conducted by video conference, or by teleconference in the absence of video; to wit (check one):

☑ Initial Appearance   ☐ Arraignment   ☐ Detention Hearing   ☐ Other _____

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO DEL ESTE DE TEXAS
DIVISIÓN DE SHERMAN

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § § § | |
| v. | § § § § § | CAUSA PENAL NRO. 4:21-MJ-00051<br>4:21-MJ-00052 |
| GUY WESLEY REFFITT | § | |

## RENUNCIA DE DERECHOS Y CONSENTIMIENTO PARA PROCEDER POR VIDEOCONFERENCIA O POR VIA TELEFONICA

Yo, Guy Wesley Reffitt, el/la acusado(a) cuyo nombre aparece en la parte superior, y acompañado(a) de mi abogado(a) y con nuestras respectivas firmas al fondo de este documento, reconozco lo siguiente y doy mi pleno consentimiento de proceder con mi audiencia por videoconferencia, o telefónicamente por falta de video.

(1) El/la acusado(a) ha recibio su copia del documento acusatorio en este caso.

(2) El/la acusado(a) entiende que tiene el derecho de comparecer en persona y acompañado(a) de su abogado(a) ante un juez federal en un tribunal; y, aunque el/la acusado(a) goza de ese derecho de comparecer en persona, esta sin embargo dispuesto(a) a renunciar a ese derecho y en lugar de ello comparecer por videoconferencia, o telefonicamente por falta de video.

(3) El/la acusado(a) afirmativamente declara que no tiene ninguna objeción de que se lleve a cabo su audiencia por videoconferencia o telefonicamente por falta de video.

(4) El/la acusado(a), despues de haber consultado con su abogado(a), entiende que al firmar este documento, reconoce que está voluntariamente renunciando cualquier derecho de comparecer en persona y además da su consentimiento a que esta audiencia se lleve a cabo por videoconferencia, o por la vía telefónica por falta de video; o sea (escoja solo una de las siguientes):

☐ Vista Inicial  ☐ Lectura de Cargos  ☐ Audiencia de Detención  ☐ Otra: _____

Fecha: 1-20-21
(Date)

Acusado (Defendant)

/s/ Brian O'Shea
Abogado del Acusado (Attorney for Defendant)

_____
Juez de Instrucción de los Estados Unidos
(United States Magistrate Judge)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:21MJ51 |
| | § | (Judge Nowak) |
| GUY WESLEY REFFITT | § | |

## ORDER

On this day the Court considered the Defendant's MOTION FOR CONTINUANCE OF IDENTITY, PRELIMINARY, DETENTION HEARING. After careful consideration of the pleadings and arguments of counsel, the Court finds as follows:

IT IS ORDERED that Defendant's motion for continuance is GRANTED and the Identity, Preliminary, Detention Hearing are reset for Thursday, January 28, 2021 at 12:15 p.m. The hearing will be conducted in person at the United States Courthouse Annex.

**SIGNED this 24th day of January, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | CASE NUMBER 4:21-MJ-00051<br>4:21-MJ-00052 |
| v. | | |
| GUY WESLEY REFFITT | | |

FILED
JAN 20 2021
Clerk, U.S. District Court
Texas Eastern

**ORDER**

On October 21, 2020, the President signed into law the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), which amends Federal Rule of Criminal Procedure 5 (Initial Appearance). <u>Counsel should immediately read the amendment to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, which became effective upon enactment, and is entitled "Reminder of Prosecutorial Obligation".</u>

By this written Order – issued to the prosecution and defense counsel – the Court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such Order under applicable law.

This written Order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is entered by the Court on this first scheduled court date when both the prosecutor and defense counsel were present.

**IT IS SO ORDERED.**

Signed January 20, 2021.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Sherman)
### CRIMINAL DOCKET FOR CASE #: 4:21-mj-00051-CAN-1

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 01/19/2021 |

Assigned to: Magistrate Judge Christine A. Nowak

**Defendant (1)**

| | | |
|---|---|---|
| **Guy Wesley Reffitt** | represented by | **Brian George O'Shea**<br>Federal Public Defender - Sherman<br>600 E Taylor<br>Suite 4000<br>Sherman, TX 75090<br>903-892-4448<br>Fax: 903-892-4808<br>Email: brian_oshea@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William Richardson Tatum**<br>US Attorney's Office - Sherman<br>600 East Taylor, Suite 2000<br>Sherman, TX 75090<br>903-868-9454<br>Fax: 903-892-2792 |

Email: William.Tatum@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | Rule 5(c)(3) Documents Received - District of Columbia (1:21-mj-66) as to Guy Wesley Reffitt: Complaint (mem) (Additional attachment(s) added on 1/19/2021: # 1 Sealed Affidavit, # 2 Warrant, # 3 Order Sealing Case) (mem). (Entered: 01/19/2021) |
| 01/19/2021 | | NOTICE OF HEARING as to Guy Wesley Reffitt: **VIA VIDEOCONFERENCE** Initial Appearance set for 1/20/2021 at 09:50 AM in Video Conf Rm (Sherman) before Magistrate Judge Christine A. Nowak. (klee, ) (Entered: 01/19/2021) |
| 01/20/2021 | | NOTICE OF HEARING as to Guy Wesley Reffitt; Identity Hearing, Preliminary Examination and Detention Hearing set for 1/25/2021 at 10:15 AM in Video Conf Rm (Sherman) before Magistrate Judge Christine A. Nowak. (kls, ) (Entered: 01/21/2021) |
| 01/20/2021 | 5 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak:Initial Appearance in Rule 5(c)(3) Proceedings as to Guy Wesley Reffitt held on 1/20/2021. Date of arrest 1/19/2021. Govt. Oral Motion for Detention and Continuance. Oral Order granting motion to continue. Govt. Oral Motion to Consolidate 4:21mj51 and 4:21mj52. Oral Order granting consolidation. Defendant remanded to custody of USM. (Court Reporter Digital.) (kls, ) (Entered: 01/25/2021) |
| 01/20/2021 | 6 | WAIVER of Rights and Consent to Proceed by video conference by Guy Wesley Reffitt (kls, ) (Entered: 01/25/2021) |
| 01/20/2021 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Guy Wesley Reffitt. Signed by Magistrate Judge Christine A. Nowak on 1/20/2021. (kls, ) (Entered: 01/25/2021) |
| 01/24/2021 | 3 | MOTION FOR CONTINUANCE OF IDENTITY, PRELIMINARY,DETENTION HEARING, by Guy Wesley Reffitt. (kls, ) (Entered: 01/24/2021) |
| 01/24/2021 | 4 | ORDER as to Guy Wesley Reffitt re 3 MOTION to Continue filed by Guy Wesley Reffitt. IT IS ORDERED that Defendant's motion for continuance is GRANTED and the Identity, Preliminary, Detention Hearing are reset for Thursday, January 28, 2021 at 12:15 p.m. The hearing will be conducted in person at the United States Courthouse Annex. Signed by Magistrate Judge Christine A. Nowak on 1/24/2021. (kls, ) (Entered: 01/24/2021) |
| 01/24/2021 | | NOTICE OF HEARING as to Guy Wesley Reffitt. IT IS ORDERED that Defendant's motion for continuance is GRANTED and the Identity, Preliminary, Detention Hearing are reset for Thursday, January 28, 2021 at 12:15 p.m. The hearing will be conducted in person at the United States Courthouse Annex. (kls, ) (Entered: 01/24/2021) |
| 01/25/2021 | 8 | RULE(f)(1) ORDER as to Guy Wesley Reffitt. Signed by Magistrate Judge Christine A. Nowak on 1/20/2021. (kls, ) (Entered: 01/26/2021) |
| 01/25/2021 | 9 | ORDER SCHEDULING IDENITY, PRELIMINARY, AND DETENTION HEARING as to Guy Wesley Reffitt. Signed by Magistrate Judge Christine A. Nowak on 1/20/2021. (kls, ) (Entered: 01/26/2021) |
| 01/25/2021 | | Case unsealed as to Guy Wesley Reffitt (kls, ) (Entered: 01/27/2021) |

**PACER Service Center**

| Transaction Receipt |||| 
|---|---|---|---|
| 01/28/2021 12:19:13 ||||
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-mj-00051-CAN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**