United States District Court for the District of Columbia

**United States of America**         \*

  v.         \*         No. 1:21-CR-00032-DLF-1

**Guy Wesley Reffitt**         \*

## Notice of Appearance

Please enter the appearance of William L. Welch, III as counsel for defendant Guy Wesley Reffitt in this matter.

1. I am admitted to practice in this Court.

2. My appearance is pursuant to a Criminal Justice Act appointment.  18 U.S.C. § 3006A(b).

/s/ *William L. Welch,* III

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Guy Wesley Reffitt
(Appointed by this Court)

**Certificate of Service**

I hereby certify that on this 10th day of March 2021, a copy of the foregoing Notice of Appearance to Mr. Jeffrey S. Nestler (jeffrey.nestler@usdoj.gov) and Ms. Risa Berkower (risa.berkower@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch, III*

William L. Welch, III