AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-32 |
| Guy Reffitt | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                      .

Date:   03/10/2021                                                        /s/ Risa Berkower
*Attorney's signature*

Risa Berkower NY Bar 4536538
*Printed name and bar number*
U.S. Attorney's Office
555 Fourth St. NW
Washington, DC 20530

*Address*

risa.berkower@usdoj.gov
*E-mail address*

(202) 252-6782
*Telephone number*

*FAX number*