UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-32-DLF |
| : | |
| **GUY WESLEY REFFITT,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          Acting United States Attorney
                                          DC Bar No. 415793

By:    */s/ Risa Berkower*
            Jeffrey S. Nestler
            Assistant United States Attorney
            D.C. Bar No. 978296
            Risa Berkower
            Assistant United States Attorney
            NY Bar No. 4536538
            555 4th Street, N.W.
            Washington, D.C. 20530
            Phone: 202-252-7277
            Email: risa.berkower@usdoj.gov