**United States District Court for the District of Columbia**

**United States of America**        *

   v.                          *        No. 1:21-CR-00032-DLF-1

**Guy Wesley Reffitt**           *

**Order**

Defendant's Motion for a hearing is G**ranted**.  The hearing shall be scheduled for:

_____

Dabney L. Friedrich
United States District Judge