# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 21-cr-00032 (DLF)** |
| | : | |
| v. | : | |
| | : | |
| **GUY WESLEY REFFITT,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF LETTER ALLEGEDLY WRITTEN BY DEFENDANT

On May 11, 2021, ProPublica published an article titled *In Exclusive Jailhouse Letter, Capitol Riot Defendant Explains Motives, Remains Boastful*.[1] According to the article, Defendant Guy Reffitt wrote a letter on behalf of detained Capitol Riot defendants calling themselves "the 1/6ers." The government obtained a copy of the letter, which is attached as Exhibit 2.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: _____
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Risa Berkower
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: 202-252-7277
Email: Jeffrey.Nestler@usdoj.gov

---

[1] The article was published at https://www.propublica.org/article/in-exclusive-jailhouse-letter-capital-riot-defendant-explains-motives-remains-boastful. A copy of the article is attached as Exhibit 1.