① 

# The $\sqrt[1]{6}$ er's

Perhaps the most tragic event of January 6th was the focal point was lost. Many things transpired that day, this country may never truly understand.

A massive amount of people, known only to each-other now, came together in the resting place of the founding documents. A place created for a challenge, the kind of challenge only the heart of the American spirit could know.

Did we forget "God Bless America" from the mountains, to the prairies, to the oceans, white with foam? These battle cries meant we would and we should never shed tears because of enemies or tyranny.

Our founding fathers knew they could come from the outside and from within. They supplied a protection order so all Americans would know when the time came to protect against the unseen enemy. We have been labeled the enemy, yet clearly we see tyranny as the enemy. The People of The Republic watched through many years, the power rise as the people slipped away. The clock ticked inside as we watched and waited.
More than half a century slipped by as the nations core values eroded under old political constituents. The day came to notify Congress of these transgressions ▬▬▬ against a free nation. When people say out loud "America isn't free", thats another reason.

It has been widely argued that a single man caused that proverbial clock to strike the hour. Let us tell you now, we are the ones to ask. Presidents come and go every 4-8 years yet Congress, at least this one, has mostly been there for more than half a century. Some new ones, but many old ones and are embedded into a system they are now literally building around themselves. We and a great many of you can see through the hoodwinked narrative.

Changing history and distorting the past only brings clarity to the future for those who knew this would happen one day. We watch the people of other countries rise up against authoritarianism and think, how sad they must be to want freedom and liberty so much. Here, the more you try to divide, bend or even break America. The more The Republic of The People will stand indivisible and resolute.

Nobody in here bought the lies "it can't happen here" because we all know it _can_ happen anywhere.

January 6th was nothing short of a satirical way to overthrow a government. If overthrow was the quest, it would have no doubt been overthrown. Ask the Capitol Police for thier opinion of how it could have been. They are grateful it wasn't a real insurrection complete with mind, body and soul. There was isolated overly emotional individuals but

the majority stayed focused. Ask yourself the same question the Japanese had conceded.

Isoroku Yamamoto was supposed to have said "I would never invade America, there is a gun behind every blade of grass" this was a serious consideration of the Soviets as well years later. Removal of this element is an assured destruction of the greatest advantage against any enemy.

January 6th was a historical day in this country and people of both sides (if there is a side) made the ultimate sacrifice. While this government kills 10's of 1,000's in the name of prosperity. Five people died that day in the name of posterity.

"If you choose not to decide, you still have made a choice"

Let it ring in your heart, the real reason that clock struck the hour. We all heard the thunderous ticking in our ears. It couldn't be ignored. I hope that was the only day in American history we would without doubt, feel the need to notify our government, they have transgressed much too far.

When all the lies and hyperbole have been peeled away, the world will know the truth. There was no insurrection, no conspiracy, no sinister plan and no reason to think otherwise.

While our lawyers do our bidding and the Judges do thier duties. We remain resolute, reciting The Pledge of Allegiance and singing The National Anthem, all in unison, loud and proud most everyday. All because we are us, we are you, we are all Americans and in here, we have no labels....

May God bless us all,
May God bless America,
Signed:
The  1/6 er's