**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | No. 1:21-CR-00032-DLF-1 |
| **Guy Wesley Reffitt** | * | |

**Order to Transfer**

Having considered the parties' papers and arguments, it is this \_\_\_\_ day of _____, 20\_\_\_\_ **Ordered** that defendant's Motion for Change of Venue is **Granted**; and

It is **Further Ordered** that the Clerk shall transfer this case from this District to Eastern District of Texas, Sherman Division.

_____
Dabney L. Friedrich
United States District Judge