United States District Court for the District of Columbia

**United States of America**   \*

    **v.**   \*   No. 1:21-CR-00032-DLF-1

**Guy Wesley Reffitt**   \*

**Order to Dismiss Count Two of the Second Superseding Indictment**

Having considered the parties' papers and arguments, it is this \_\_\_\_ day of _____, 20\_\_\_\_ **Ordered** that defendant's Motion to Dismiss Count Two of the Second Superseding Indictment is **Granted**; and

It is **Further Ordered** that the Clerk shall note on the docket that Count Two is dismissed with prejudice.

 

_____
Dabney L. Friedrich
United States District Judge