# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-cr-00032 (DLF) |
| | : | |
| **GUY WESLEY REFFITT,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its undersigned attorneys, hereby informs the Court of the discovery that has been provided in this case. To date, the government has provided the defense with 12 rounds of discovery, the content of which is detailed in 10 discovery letters and 2 emails to counsel. The productions were made on the following dates:

(1) March 10, 2021 (Email)

(2) March 16, 2021 (Letter # 1)

(3) April 10, 2021 (Letter # 2)

(4) April 28, 2021 (Email)

(5) July 9, 2021 (Letter # 4)

(6) August 9, 2021 (Letter # 6)

(7) August 26, 2021 (Letter # 7)

(8) September 15, 2021 (Letter # 8)

(9) September 28, 2021 (Letter # 9)

(10) October 5, 2021 (Letter # 10)

(11) October 7, 2021 (Letter # 11)

(12) October 14, 2021 (Letter # 12)

Two additional discovery letters, on April 26, 2021 (Letter # 3) and July 19, 2021 (Letter #

5), notified the defense of opportunities to tour the crime scene in this case. The government's communications concerning discovery are attached to this Notice as Exhibit 1.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By: */s/ Risa Berkower*
        Jeffrey S. Nestler
        Assistant United States Attorney
        D.C. Bar No. 978296
        Risa Berkower
        Assistant United States Attorney
        NY Bar No. 4536538
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530
        Phone: 202-252-7277
        Email: Jeffrey.Nestler@usdoj.gov