UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUY WESLEY REFFITT,<br><br>*Defendant.* | No. 21-cr-32 (DLF) |

**PROPOSED VOIR DIRE**

1. This is a criminal case entitled <u>United States v. Guy Wesley Reffitt</u>. The Defendant is charged with the offenses of Civil Disorder; Obstruction of an Official Proceeding and Aiding and Abetting; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; and Obstruction of Justice – Hindering Communication Through Physical Force or Threat of Physical Force. He was arrested in connection with the events that occurred at the U.S. Capitol on January 6, 2021. Do you know or have you heard anything about this case?

2. The Government in this case is represented by AUSAs Jeffrey Nestler and Risa Berkower. The Defendant is represented by William Welch. The Defendant is Guy Wesley Reffitt, who resides in Wylie, Texas. Do you know any of these people?

3. [Each side will introduce its witnesses by name, general area of residence, and employment.] Do you know any of the witnesses who have been introduced to you?

4. [The next three questions relate to you, members of your immediate family, and close personal friends.] Does anyone in that group now work for, or has anyone in that group ever worked for, any law-enforcement agency? This includes any police department in or outside the District, special police officers, prosecutors' offices such

as the state's attorney or U.S. Attorney, Park Police, FBI, Dept. of Justice, Homeland Security, sheriffs' departments, Secret Service, or any other law-enforcement agency.

5. Has any member of that group ever gone to law school, worked as a lawyer, or worked in a law office?

6. Has any member of that group ever been arrested for, convicted of, or charged with a crime or been a victim of or witness to a crime?

7. Do any of you live or work near the U.S. Capitol?

8. I will be instructing the jury at the end of the trial that the testimony of a police officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness is a police officer. Does anyone have such strong feelings about the police – either positive or negative – that would make it difficult for you to be a fair juror in the case?

9. Have any of you had an experience as a juror in a previous criminal trial that would affect your ability to be a fair juror in this trial?

10. This case involves allegations about the possession of a handgun, which was not fired. Does anyone believe that this would affect their ability to serve as a juror in the case?

11. Would serving as a juror in this case be an extreme hardship to anyone [discuss schedule]. Also, does anyone have a health or physical problem that would make it difficult to serve on this jury?

12. My final question is what I call my "catch-all question." This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit

fairly, impartially, and attentively as a juror.  Perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair. In sum, is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?

October 18, 2021

*Dabney L. Friedrich*
DABNEY L. FRIEDRICH
United States District Judge