**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | No. 1:21-CR-00032-DLF-1 |
| **Guy Wesley Reffitt** | * | |

**Status Report and Motion to Continue Trial Date**

As ordered by the Court (Min. Ord. Oct. 15, 2021), having conferred with the defendant regarding the November 15, 2021 trial date, I make this Report and move for a continuance of the trial date.

Continuing the current trial date does not require a waiver of the time requirements in the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*) or Local Criminal Rule 45.1, because both expressly exclude from the calculation delay resulting from any pretrial motion from when it is filed through disposition of the motion. 18 U.S.C. § 3161(h)(1)(D); Loc. Crim. R. 45.1(B)(13)(a).

Currently, the Court has the defendant's Motion to Dismiss Count Two (Doc. 38) under advisement.[1] Min. Ord., Oct. 15, 2021.

On October 19, 2021, I filed a Notice of Supplemental Authority (Doc. 47) after speaking with some other lawyers. At a status hearing, the same day supplemental briefing was granted. Min. Ord., Oct. 19, 2021.

---

[1] Currently, this issue is also before the Court in *United States v. Caldwell et al.*, 1:21-CR-00028-APM; *United States v. Aaron Mostofsky*, 1:21-CR-00138-JEB; and *United States v. Brady Knowlton*, 1:21-CR-00046-RDM.

At 7:55 p.m. on Friday October 15, 2021, I received a letter from the government disclosing among other things 1,705 files consisting of video recordings from 58 cameras. The letter also indicated that sharing voluminous files can sometimes take several hours or days, depending on the size of files.

At 8:01 p.m. on October 19, 2021, I received a letter from the government disclosing 23 files of documents.

At 6:45 p.m. tonight, I received a letter from the government disclosing 72 files of documents.

I need additional time to review this voluminous discovery, which might require additional motions. Counsel and the Court need to address novel legal issues and factual situations. I do not want the Court to have to do so in haste. Accordingly, I ask the Court to find that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

/s/ *William L. Welch*, III

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Guy Wesley Reffitt
(Appointed by this Court)

**Certificate of Service**

I hereby certify that on this 22nd day of October 2021, a copy of the foregoing Status Report and Motion to Continue Trial Date was delivered electronically to Mr. Jeffrey S. Nestler (jeffrey.nestler@usdoj.gov) and Ms. Risa Berkower (risa.berkower@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch*, III

William L. Welch, III