United States District Court for the District of Columbia

**United States of America**           \*

    v.                                       \*          No. 1:21-CR-00032-DLF-1

**Guy Wesley Reffitt**                    \*

## Notice of Supplemental Authority in Response to Government's Supplemental Brief

Currently, the Court has the defendant's Motion to Dismiss Count Two (Doc. 38) under advisement.[1]  Min. Ords., Oct. 15 & Nov. 19, 2021.  Pertinent and significant authority has come to Mr. Reffitt's attention since the government has filed a Notice of Supplemental Authority (Doc. 60), in which it incorporates its supplemental Brief in *United States v. Ethan Nordean*, 1:21-CR-00175-TJK, Doc. 224.

Likewise, Mr. Reffitt adopts and incorporates Mr. Nordean's Response to the Government's Supplemental Brief on the Meaning of the Term "Corruptly" In the Context of Obstruction of Congress.

---

[1] Currently, this issue is also before the Court in *United States v. Caldwell et al.*, 1:21-CR-00028-APM; *United States v. Aaron Mostofsky*, 1:21-CR-00138-JEB; *United States v. Brady Knowlton*, 1:21-CR-00046-RDM; and *United States v. Ethan Nordean*, 1:21-CR-00175-TJK.

/s/ *William L. Welch,* III

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Guy Wesley Reffitt
(Appointed by this Court)

**Certificate of Service**

I hereby certify that on this 22nd day of November 2021, a copy of the foregoing Notice of Supplemental Authority was delivered electronically to Mr. Jeffrey S. Nestler (jeffrey.nestler@usdoj.gov) and Ms. Risa Berkower (risa.berkower@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch,* III

William L. Welch, III

2