**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 21-cr-00032 (DLF) |
| | : | |
| v. | : | |
| | : | |
| **GUY WESLEY REFFITT,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR ONE-WEEK EXTENSION TO RESPOND TO NOVEMBER 19, 2021 MINUTE ORDER**

On November 19, 2021, the Court issued a minute order directing the government to provide certain responses concerning the 18 U.S.C. § 1512(c)(2) charge in the Indictment by November 29, 2021. The government respectfully requests a one-week extension to respond to the minute order, until December 6, 2021, because the substance of the government's response requires review within the Department of Justice that cannot be accommodated within the 10-day timeframe, which includes the Thanksgiving holiday. The defense consents to this extension request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Jeffrey Nestler

Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Risa Berkower
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: 202-252-7277
Email: Jeffrey.Nestler@usdoj.gov