## ATTACHMENT A

### Defendant's Acknowledgment

I have reviewed this Protective Order in its entirety and have been given the opportunity to ask any questions I may have had. I am satisfied that I fully understand this Protective Order and I agree to abide by its terms. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully. My agreement to abide by this Order shall not be construed as a waiver of any of my Constitutional or statutory rights as a Defendant before this court.

_Jan. 20, 2022_  
Date

_Guy W. Reffitt /wdw_  
Guy Wesley Reffitt