United States District Court for the District of Columbia

**United States of America**   *

    v.   *   No. 1:21-CR-00032-DLF-1

**Guy Wesley Reffitt**   *

## Notice of Acknowledgment

As directed, this is a refiling of the defendant's Acknowledgment of the Protective Order. Doc. 90.

/s/ *William L. Welch,* III

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Guy Wesley Reffitt
(Appointed by this Court)

## Certificate of Service

I hereby certify that on this 21st day of January 2022, a copy of the foregoing Notice of Acknowledgment was delivered electronically to Mr. Jeffrey S. Nestler (jeffrey.nestler@usdoj.gov) and Ms. Risa Berkower (risa.berkower@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch,* III

William L. Welch, III