UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-00032 (DLF) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| GUY WESLEY REFFITT, | : | |
| | : | |
| Defendant. | : | |

**Government Exhibits**

| **PHYSICAL EVIDENCE** ||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 1B1 | Vest (black, Spartan Armor Systems) | Kennedy | | |
| 1B2 | BLANK | | | |
| 1B3 | Bear Attack Deterrent (two cans, Frontiersman) | Kennedy | | |
| 1B4 | Apple iPhone | Kennedy | | |
| 1B5 | BLANK | | | |
| 1B6 | Paperwork (Texas Three Percenters) | Kennedy | | |
| 1B7 | Hotel Key Card (Melrose Hotel) | Kennedy | | |
| 1B8 | BLANK | | | |
| 1B9 | BLANK | | | |
| 1B10 | Jacket (blue, Flash Armor) | Kennedy | | |

| | | | | |
|---|---|---|---|---|
| 1B11 | BLANK | | | |
| 1B12 | BLANK | | | |
| 1B13.1 | Helmet (black) | Kennedy | | |
| 1B13.2 | Zip Tie Flex Cuffs | Kennedy | | |
| 1B13.3 | Shoulder Holster | Kennedy | | |
| 1B14 | Sunglasses (white, Oakley) | Kennedy | | |
| 1B15 | BLANK | | | |
| 1B16 | BLANK | | | |
| 1B17 | BLANK | | | |
| 1B18 | BLANK | | | |
| 1B19 | Hotel Receipt (Melrose Hotel) | Kennedy | | |
| 1B20.1 | Laptop (Microsoft Surface Pro) | Kennedy | | |
| 1B20.2 | External Hard Drive (Seagate) | Kennedy | | |
| 1B21.1 | BLANK | | | |
| 1B21.2 | BLANK | | | |
| 1B21.3 | BLANK | | | |

| | | | | |
|---|---|---|---|---|
| 1B21.4 | BLANK | | | |
| 1B22 | Camera (Kodak PixPro Orbit 360, with gray bag) | Kennedy | | |
| 1B23.1 | Radio (Motorola) | Kennedy | | |
| 1B23.2 | PixPro charger, holder, and controller | Kennedy | | |
| 1B24 | BLANK | | | |
| 1B25 | BLANK | | | |
| 1B26 | BLANK | | | |
| 1B27 | Firearm (Smith & Wesson .40 caliber) | Kennedy | | |
| 1B28.1 | Magazine (Smith & Wesson .40 caliber, with 14 rounds, from 1B27) | Kennedy | | |
| 1B28.2 | One Round of Ammunition (Smith & Wesson .40 caliber, from 1B27) | Kennedy | | |
| 1B28.3 | Magazine (Smith & Wesson .40 caliber, with 14 rounds, from nightstand) | Kennedy | | |
| 1B29 | Firearm (Smith & Wesson model M&P 15) | Kennedy | | |
| 1B30 | BLANK | | | |

| | | | | |
|---|---|---|---|---|
| 1B31 | BLANK | | | |
| 1B32 | BLANK | | | |
| 1B33 | BLANK | | | |
| 51 | Tippmann PepperBall Launcher | Kerkhoff | | |
| 51A | Photo (left side) | Kerkhoff | | |
| 51B | Photo (right side) | Kerkhoff | | |
| 51C | Photo (pellet) | Kerkhoff | | |
| 52 | FN-303 Projectile Launcher | Kerkhoff | | |
| 52A | Photo (left side) | Kerkhoff | | |
| 52B | Photo (right side) | Kerkhoff | | |
| 52C | Photo (pellet) | Kerkhoff | | |
| 53 | SABRE Red O.C. canister (46 oz., silver) | Kerkhoff | | |
| 53A | Photo (front) | Kerkhoff | | |
| 53B | Photo (rear) | Kerkhoff | | |
| 54 | SABRE Red O.C. canister (9 oz., black) | Kerkhoff | | |

| | | | | |
|---|---|---|---|---|
| 54A | Photo | Kerkhoff | | |
| 55 | Holster (Blackhawk) | Hightower | | |
| **100 SERIES – SEARCH WARRANT AND ARREST PHOTOS** | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 100 | House, front | Kennedy | | |
| 101 | Chevy truck, front | Kennedy | | |
| 102 | Chevy truck, side | Kennedy | | |
| 103 | Chevy truck, back | Kennedy | | |
| 104 | Chevy truck, back (from bed) | Kennedy | | |
| 105 | Chevy truck, side (with door open) | Kennedy | | |
| 106 | Chevy Equinox (back) | Kennedy | | |
| 107 | Chevy truck, side (with door open, close) | Kennedy | | |
| 108 | Blue jacket (front) | Kennedy | | |
| 109 | Blue jacket (collar) | Kennedy | | |
| 110 | Helmet and holster (top) | Kennedy | | |

| 111 | Helmet and holster (side) | Kennedy | | |
|---|---|---|---|---|
| 112 | Helmet (side, close) | Kennedy | | |
| 113 | Dashboard | Kennedy | | |
| 114 | Sunglasses (top) | Kennedy | | |
| 115 | Sunglasses (front) | Kennedy | | |
| 116 | Console | Kennedy | | |
| 117 | iPhone (front) | Kennedy | | |
| 118 | iPhone (back) | Kennedy | | |
| 119 | Living room (towards front door) | Kennedy | | |
| 120 | Living room (away from front door) | Kennedy | | |
| 121 | Kitchen (overview) | Kennedy | | |
| 122 | Kitchen (at island) | Kennedy | | |
| 123 | Kitchen table | Kennedy | | |
| 124 | Bedroom (showing nightstand) | Kennedy | | |
| 125 | Bedroom (showing nightstand, close) | Kennedy | | |

| | | | | |
|---|---|---|---|---|
| 126 | Nightstand | Kennedy | | |
| 127 | Smith & Wesson pistol (right side) | Kennedy | | |
| 128 | Smith & Wesson pistol (left side) | Kennedy | | |
| 129 | Bedroom closet (showing safe) | Kennedy | | |
| 130 | Bedroom closet | Kennedy | | |
| 131 | Safe (open) | Kennedy | | |
| 132 | Safe (open, close) | Kennedy | | |
| 133 | Closet (showing zip ties) | Kennedy | | |
| 134 | Zip ties | Kennedy | | |
| 135 | Smith & Wesson model M&P 15 rifle (left side) | Kennedy | | |
| 136 | Smith & Wesson model M&P 15 rifle (right side) | Kennedy | | |
| 137 | Closet (showing jacket and vest from angle) | Kennedy | | |
| 138 | Closet (showing jacket and vest from front) | Kennedy | | |
| 139 | BLANK | Kennedy | | |

| | | | | |
|---|---|---|---|---|
| 140 | BLANK | Kennedy | | |
| 141 | BLANK | Kennedy | | |
| 142 | BLANK | Kennedy | | |
| 143 | BLANK | Kennedy | | |
| 144 | Vest (front) | Kennedy | | |
| 145 | Vest (back) | Kennedy | | |
| 146 | Vest (showing magazines) | Kennedy | | |
| 147 | Skull t-shirt (front) | Kennedy | | |
| 148 | Skull t-shirt (back) | Kennedy | | |
| 149 | Cards (Melrose, SOLAS, TTP Security, Kuwait license, Texas license) | Kennedy | | |
| 150 | Paperwork (Texas Three Percenters) | Kennedy | | |
| 151 | BLANK | | | |
| 152 | BLANK | | | |
| 153 | BLANK | | | |
| 154 | BLANK | | | |

| 155 | BLANK | | | |
|---|---|---|---|---|
| 156 | BLANK | | | |
| 157 | BLANK | | | |
| 158 | BLANK | | | |
| 159 | BLANK | | | |
| 160 | Guy Reffitt (front) | Hightower | | |
| 161 | Guy Reffitt (right leg) | Hightower | | |

**200 SERIES – VIDEO EVIDENCE**

| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ |
|---|---|---|---|---|
| 200 | News2Share video | Certification | | |
| 201 | Reuters video | Kerkhoff | | |
| 202 | Emily Molli news video | Certification | | |
| 202.1 | Molli video screenshot | Hightower | | |
| 202.2 | Molli video screenshot | Hightower | | |
| 203 | Cell phone videos | Kerkhoff | | |
| 203.1 | PowerPoint of above, cropped | Hightower | | |

| | | | | |
|---|---|---|---|---|
| 204 | USCP compilation video (entire incident) | Moore | | |
| 205 | USCP compilation video (cameras 0609, 0924, 0925) | Moore | | |
| 206 | USCP surveillance video 0609 (1:47:52pm to 1:48:23pm) | Moore | | |
| 207.1 | USCP surveillance video 0924 (1:47pm to 2:15pm) | Moore | | |
| 207.2 | USCP surveillance video 0924 (2:31pm to 2:32pm) | Moore | | |
| 208.1 | USCP surveillance video 0925 (2:12pm to 2:15pm) | Moore | | |
| 208.2 | USCP surveillance video 0925 (2:30pm to 2:32pm) | Moore | | |
| 209 | BLANK | | | |
| 210.1 | USCP radio run (at 1308 hours) | Kerkhoff | | |
| 210.1T | Transcript of above | | | |
| 210.2 | USCP radio run (around 1351 hours) | Kerkhoff | | |
| 210.2T | Transcript of above | | | |

| | | | | |
|---|---|---|---|---|
| 211 | Fox News at Night (2021-01-07) [no audio] | Kerkhoff | | |
| 212.1 | Screenshot of text message (Fox News at Night) | J.R. | | |
| 212.2 | Screenshot of text message (yellow circles) | J.R. | | |
| 213 | BLANK | | | |
| 214 | J.R. recording: 2021_01_09_00_07_34 | J.R. | | |
| 214T | Transcript of above | | | |
| 215 | J.R. recording: 2021_01_09_00_48_59 | J.R. | | |
| 215T | Transcript of above | | | |
| 216 | J.R. recording: dad_tslkinf | J.R. | | |
| 216T | Transcript of above | | | |
| 217 | J.R. recording: dad_2 | J.R. | | |
| 217T | Transcript of above | | | |
| 218 | J.R. recording: end | J.R. | | |

| | | | | |
|---|---|---|---|---|
| 218T | Transcript of above | | | |
| 219 | BLANK | | | |
| 220 | USCP surveillance video (camera 0932 from 1:56 to 2:01) (shows motorcade leaving plaza) | Moore | | |
| 221 | USCP surveillance video of Senate members staircase (at 2:25pm) | Wade | | |
| 222 | BLANK | | | |
| 223 | BWC still of stairs on west side of Capitol between banister and scaffolding | Kerkhoff | | |

### 1B SERIES - EVIDENCE RECOVERED FROM DEVICES

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|---|---|---|---|---|
| 1B4.1 | iPhone – SMS thread – w/ Don et al. – starting 12/20/20 | Shahrani | | |
| 1B4.2 | iPhone – Telegram thread –w/ Russ William Bowen – starting 12/20/20 | Shahrani | | |
| 1B4.3 | iPhone – Telegram thread – "DC bound" – starting 1/2/21 | Shahrani | | |

| | | | | |
|---|---|---|---|---|
| 1B4.4 | iPhone – SMS thread – w/ Terri – starting 1/7/21 | Shahrani | | |
| 1B4.5 | iPhone – SMS thread – w/ Stypick – starting 1/7/21 | Shahrani | | |
| 1B4.6 | iPhone – Telegram thread – w/ Roddy – starting 1/9/21 | Shahrani | | |
| 1B4.7 | iPhone – Telegram thread – "TTP State" – starting 1/9/21 | Shahrani | | |
| 1B4.8 | iPhone – Telegram thread – "Oracle Thoughts" – starting 1/11/21 | Shahrani | | |
| 1B4.9 | iPhone – Telegram thread – w/ TTP Caliber – starting 1/13/21 | Shahrani | | |
| 1B20.1.1 | Microsoft Surface Pro – file 34176 – (photo of Reffitt and R.H.) | Shahrani | | |
| 1B20.1.1MD | Metadata from above photo | Shahrani | | |
| 1B20.1.2 | Microsoft Surface Pro – file 36331 – (photo of stomach) | Shahrani | | |
| 1B20.1.2MD | Metadata from above photo | Shahrani | | |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 1B20.2.1 | External Hard Drive (Seagate) – DC001 video file | Shahrani | | |
| 1B20.2.1T | Transcript of above | | | |
| 1B20.2.1MD | Metadata of above | Shahrani | | |
| 1B20.2.2 | External Hard Drive (Seagate) – DC002 video file | Shahrani | | |
| 1B20.2.2T | Transcript of above | | | |
| 1B20.2.2MD | Metadata of above | Shahrani | | |
| 1B20.2.3 | External Hard Drive (Seagate) – 2021-01-09 21.14.57 Texas State Meeting – Zoom | Shahrani | | |
| 1B20.2.3T | Transcript of above | | | |
| 1B20.2.3MD | Metadata of above | Shahrani | | |

### 400 SERIES – DOCUMENTS AND RECORDS

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 400 | BLANK | | | |
| 401 | BLANK | | | |
| 402 | BLANK | | | |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 403 | BLANK | | | |
| 404 | BLANK | | | |
| 405 | R.H. immunity letter | R.H. | | |
| 406 | FBI Evidence Log | Hightower | | |
| 407 | BLANK | | | |
| 408 | BLANK | | | |
| 409 | BLANK | | | |
| 410 | Secret Service Head of State Notification Worksheet | Wade | | |
| 411 | Melrose Hotel folio | Certification | | |
| 412 | BLANK | | | |
| 413 | BLANK | | | |
| 414 | BLANK | | | |
| 415 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | Self-authenticating | | |
| **500 SERIES – LEGAL AND CONGRESSIONAL RECORDS** | | | | |
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
| 500 | U.S. Constitution – 12th Amd. | Self-authenticating | | |

| | | | | |
|---|---|---|---|---|
| 501.15 | 3 U.S. Code § 15 | Self-authenticating | | |
| 501.16 | 3 U.S. Code § 16 | Self-authenticating | | |
| 501.17 | 3 U.S. Code § 17 | Self-authenticating | | |
| 501.18 | 3 U.S. Code § 18 | Self-authenticating | | |
| 502 | Congressional Record – Senate | Self-authenticating | | |
| 503 | Congressional Record – House | Self-authenticating | | |
| 504 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | Self-authenticating | | |
| 505 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | Certification | | |
| 506 | Screenshots from House chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | Certification | | |
| 507 | Video Montage – including Congressional Record (vol. 167, No. 4) at S13, S14, S18, H75, H76, H84, H85 and video footage from House and Senate | Certification and self-authenticating | | |
| **600 SERIES – OTHER** | | | | |
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 601 | Photo of Capitol | Moore | | |
| 602 | Diagram of Capitol | Moore | | |
| 603 | BLANK | | | |
| 604 | BLANK | | | |
| 604.1 | Plotted map of Life360 data – Texas to DC | Ryan | | |
| 604.2 | Plotted map of Life360 data – Within DC | Ryan | | |
| 604.3 | Plotted map of Life360 data – DC to Texas | Ryan | | |
| 604.4 | Plotted map of Life360 data – Within Texas | Ryan | | |
| 605 | BLANK | | | |
| 606 | BLANK | | | |
| 607 | BLANK | | | |

### 700 SERIES – STIPULATIONS

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|---|---|---|---|---|
| 700 | Stipulation re Capitol Building | | | |
| 701 | Stipulation re USCP videos | | | |

| | | | | |
|---|---|---|---|---|
| 702 | Stipulation re Certification of Electoral College vote | | | |
| 703 | Stipulation re Safeway | | | |
| 704 | BLANK | | | |
| 705 | BLANK | | | |
| 706 | BLANK | | | |
| 707 | BLANK | | | |