**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 21-cr-00032 (DLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **GUY WESLEY REFFITT,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>VERDICT FORM</u>

**Count One:**   Transporting a Firearm in Furtherance of a Civil Disorder

_____                    _____
Guilty                                                    Not Guilty

**Count Two:**   Obstruction of an Official Proceeding

_____                    _____
Guilty                                                    Not Guilty

**Count Three:** Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

_____                    _____
Guilty                                                    Not Guilty

**Count Four:**  Obstructing Officers During a Civil Disorder

_____                    _____
Guilty                                                    Not Guilty

**Count Five:**  Obstruction of Justice—Hindering Communication Through Force or Threat of Physical Force

_____                    _____
Guilty                                                    Not Guilty

Date: March \_\_\_, 2022

_____
Signature of Foreperson