UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-00032 (DLF) |
| | : | |
| v. | : | |
| | : | |
| GUY WESLEY REFFITT, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT NOTICE REGARDING STATUS OF DISCOVERY IN THIS CASE

On February 9, 2022, in many other cases arising from the Capitol Siege, the government filed the attached memorandum regarding the status of Capitol Siege global discovery. As acknowledged in Section 10 of that memorandum ("Short-Term Discovery Plan for Certain Trials"), the government, through the expenditure of significant resources, may be able to meet its discovery obligations in certain cases to allow those cases to proceed to trial before global discovery is complete. This is one such case.

The government has already produced case-specific discovery to the defense. In addition, the government has already made certain global discovery productions (as explained in the attached memorandum) available to the defense through evidence.com and Relativity. And, as explained in Section 10, the government is conducting a review of the global discovery, based on targeted searches related to this defendant and witnesses in this particular case, for any additional materials that have not been previously produced or flagged for the defense.

The government believes it will have sufficiently complied with its discovery obligations in this particular case to allow the case to timely proceed to trial on February 28, 2022.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

_____/s/_____
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Risa Berkower
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office for the District
 of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: 202-252-7277
Email: Jeffrey.Nestler@usdoj.gov