# DECLARATION OF JASON JOLLY, STAFF ASSISTANT, UNITED STATES SECRET SERVICE

1. My name is Jason Jolly. I have worked as a Special Agent for the US Secret Service since 1999. During that time, I have held numerous positions supporting the agency's investigative and protective missions, including several years on full-time protective details. I am currently assigned as a Staff Assistant to the Secret Service's Liaison Division at the U.S. Capitol. In that role, I work with U.S. Capitol personnel to facilitate the visits of Secret Service protectees to Capitol Hill.

2. On January 6, 2021, I was assigned to provide protection for Vice President Elect Kamala Harris for her visit to the United States Capitol for the Joint Session of Congress to certify the results of the Electoral College vote.

3. On the morning of January 6, 2021, before the commencement of the Joint Session of Congress, Vice President Elect Harris was present at the United States Capitol. She left the Capitol later that morning. Vice President Elect Harris was planning to return to the U.S. Capitol Building on the afternoon of January 6, 2021, for the Joint Session of Congress; however, her travel to the Capitol was delayed when the Joint Session was interrupted by the riot.

4. At approximately 7 p.m., on January 6, 2021, Vice President Elect Harris travelled to the U.S. Capitol where she participated in the Joint Session of Congress to certify the results of the Electoral College vote.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2021, in Washington, D.C.

*Jason L Jolly*
_____
JASON JOLLY
Staff Assistant
U.S. Secret Service