IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUY WESLEY REFFITT,<br><br>      Defendant. | Case No. 21-cr-32-DLF-1 |

**[PROPOSED] ORDER**

Upon consideration of the Press Coalition's Motion for Courtroom Access During Trial, and the entire record herein, it is hereby **ORDERED** that the Press Coalition's Motion is **GRANTED**, and one seat in Courtroom 14 shall be reserved for use by a media-designated pool reporter throughout the trial in this matter.

    **SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge