**Subject:**               FW: US v Guy Reffitt -- 21-cr-32 -- Record of Jury Strikes

Dear Chambers,

Just so the record is clear, all twelve prospective jurors that the defense sought to strike with peremptory strikes were actually struck.

Originally on its strike sheet, the defense sought to strike the following ten regular jurors and two alternates:

1. 1386
2. 1419
3. 1332
4. 0155
5. 1384
6. 0946
7. 1009
8. 1670
9. 0663
10. 0543

11. 0038
12. 1184

However, three of the defense's proposed strikes of regular jurors (1386, 1384, and 1009) were actually sitting in alternate seats. Thus, the defense could not strike them. But the defense's two proposed alternate strikes (0038 and 1184) were actually regular jurors. So, the defense redid its regular juror strikes and alternate strikes as follows:

1. 1419
2. 1332
3. 0155
4. 0946
5. 1670
6. 0663
7. 0543
8. 0038
9. 1184

10. 1386
11. 1384

In essence, the defense still struck eleven of the twelve prospective jurors it had intended to strike. The twelfth juror it proposed to strike (1009) had been sitting in an alternate seat. As discussed, the defense could only use two alternate strikes, and it opted to use them for different jurors (1386 and 1384).

However, the government struck this prospective juror (1009) with its own peremptory strike for an alternate juror. Therefore, all twelve jurors whom the defense intended to strike were actually stricken. The same result would have obtained even if the defense had initially correctly completed the strike form.

Also, we believe this is the list of the sixteen members of the jury:

| Seat # | Juror # | Alt # |
|---|---|---|
| 1 | 0587 | |
| 2 | 0541 | 1 |
| 3 | 0031 | |
| 4 | 1120 | |
| 5 | 0168 | |
| 6 | 0322 | |
| 7 | 1312 | |
| 8 | 0355 | |
| 9 | 0826 | |
| 10 | 1718 | 2 |
| 11 | 1459 | |
| 12 | 1201 | |
| 13 | 0344 | 3 |
| 14 | 1655 | |
| 15 | 1486 | 4 |
| 16 | 1774 | |

Sincerely,

**Jeffrey S. Nestler**
Assistant United States Attorney
555 Fourth Street NW, Washington, DC 20530
Email: Jeffrey.Nestler@usdoj.gov
Office: 202-252-7277