UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GUY REFFITT

CRIMINAL NO:   CR 21-32

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_____  3·8·22
Plaintiff                       Date

W. Welch, III  No exhibits   3/8/22
Defendant                       Date

**Exhibits Returned to Counsel:**

_____  3·8·22
Plaintiff                       Date

No Exhibits                     _____
Defendant                       Date

3.8.22

no exhibits 3/8/22

3.8.22

No Exhibits