CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| vs. | ) ) ) ) ) ) | Civil/Criminal No.: _____CR 21-32_____ |
| GUY WESLEY REFFITT | | |

## NOTE FROM JURY

Jury has reached a verdict On all
Five counts.

Date: _3/8/2022_

Time: _12:08 pm_

08/08/22 / 210 hrs