UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 21-cr-00032 (DLF) |
| v. | : |
| GUY WESLEY REFFITT, | : |
| Defendant. | : |

## VERDICT FORM

**Count One:** Transporting a Firearm in Furtherance of a Civil Disorder

___✓___                   _____
Guilty                        Not Guilty

**Count Two:** Obstruction of an Official Proceeding

___✓___                   _____
Guilty                        Not Guilty

**Count Three:** Entering or Remaining in a Restricted Building or Grounds with a Firearm

___✓___                   _____
Guilty                        Not Guilty

If you find the defendant not guilty of Count Three, then proceed to Count Three (a). If you find the defendant guilty of Count Three, then skip Count Three (a) and proceed to Count Four.

**Count Three (a):** Entering or Remaining in a Restricted Building or Grounds

_____                   _____
Guilty                        Not Guilty

**Count Four:** Obstructing Officers During a Civil Disorder

___✓___                   _____
Guilty                        Not Guilty

**Count Five:** Obstruction of Justice—Hindering Communication Through Force or Threat of Physical Force

___✓___                   _____
Guilty                        Not Guilty

Date: March ___, 2022