**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA                          CRIMINAL NO:     CR 21-32

v.

GUY REFFITT

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_____          3·8·22
Plaintiff                                              Date

_____, *No exhibits*          3/8/22
Defendant                                            Date

**Exhibits Returned to Counsel:**

_____          3·8·22
Plaintiff                                              Date

_____*No Exhibits*_____          _____
Defendant                                            Date