**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | No. 1:21-cr-00032-DLF-1 |
| **Guy Wesley Reffitt** | * | |

**Order**

Having considered the parties' papers and arguments, it is ordered this \_\_\_\_\_ day of _____ 2022 that the defendant's Motion for Judgment of Acquittal is **Granted**.

_____
Dabney L. Friedrich
United States District Judge