**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| **United States of America** | * | |
| **v.** | * | **No. 1:21-cr-00032-DLF-1** |
| **Guy Wesley Reffitt** | * | |

**Motion for New Trial or in the Alternative Judgment on Count 3(a)**

Defendant moves for new trial, because it is in the interest of justice.  Fed. R. Crim. P. 33(a) and (b)(2).  In support, he states:

1.     The evidence is insufficient to sustain conviction on Counts One, Two Three, Four, and Five.  *See* Motion for Judgment of Acquittal at 5–18.

2.     Alternatively, the Court should enter a guilty finding on Count 3(a), because Officer Kerkhoff, Sergeant DesCamp, and Sergeant Flood each testified that Mr. Reffitt was told to get back.  Tr. Mar. 2, 2022 at 602–735; Tr. Mar. 7, 2022 at 1273–1305, 1322–1349.

3.     They each testified, Mr. Reffitt was hit with pepper balls, weighted plastic impact projectiles, and he was pepper sprayed.  *Ibid*.

4.     As soon as he was pepper sprayed, that was the end of it, and he sat down on the banister railing.  *Ibid*.

5.     Sergeant Des Camp testified that Mr. Reffitt was incapacitated.  *Ibid*.

6.     The Capitol Police video corroborated the Capitol Police Officers' testimony.  Exhibit 205.

**Request for Hearing**

Defendant requests a hearing.  Loc. Cr. R. 47(f).

/s/ *William L. Welch, III*

_____

William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Guy Reffitt
(Appointed by this Court)

**Certificate of Service**

I hereby certify that on this 21st day of March 2022 a copy of the foregoing Motion for New Trial or in the Alternative Judgment on Count 3(a) and Request for Hearing were delivered electronically to Mr. Jeffrey S. Nestler (jeffrey.nestler@usdoj.gov) and Ms. Risa Berkower (risa.berkower@usdoj.gov), Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/ *William L. Welch, III*

_____

William L. Welch, III