**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

GUY WESLEY REFFITT,

               Defendant.

CR Action
No. 1:21-032

Washington, DC
March 3, 2022

1:13 p.m.

TRANSCRIPT OF JURY TRIAL
(AFTERNOON SESSION)
BEFORE THE HONORABLE **DABNEY L. FRIEDRICH**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the Plaintiff:**    **JEFFREY S. NESTLER**
                            **RISA BERKOWER**
                            U.S. ATTORNEY'S OFFICE
                            555 Fourth Street NW
                            Washington, DC 20530
                            202-252-7277

**For the Defendant:**    **WILLIAM WELCH, III**
                            5305 Village Center Drive
                            Suite 142
                            Columbia, MD 21044
                            410-615-7186

**Reported By:**          **LORRAINE T. HERMAN, RPR, CRC**
                            Official Court Reporter
                            U.S. District & Bankruptcy Courts
                            333 Constitution Avenue, NW
                            Room 6720
                            Washington, DC 20001
                            202-354-319

Proceedings recorded by stenotype shorthand.
Transcript produced by computer-aided transcription.

I N D E X

WITNESS                                                      PAGE


JACKSON REFFITT

    Direct Examination by Ms. Berkower          886

    Cross-Examination by Mr. Welch             1013

    Redirect Examination by Ms. Berkower       1031

E X H I B I T S

EXHIBIT                                                      PAGE

Government's No. 100  Admitted into Evidence        890

Government's No. 119  Admitted into Evidence        891
Government's No. 120  Admitted into Evidence        891
Government's No. 120A Admitted into Evidence        891
Government's No. 121  Admitted into Evidence        891
Government's No. 121A Admitted into Evidence        891
Government's No. 122  Admitted into Evidence        891
Government's No. 123  Admitted into Evidence        891

Government's No. 147  Admitted into Evidence        899

Government's No. 148  Admitted into Evidence        899

Government's No. 102  Admitted into Evidence        903

Government's No. 104  Admitted into Evidence        903

Government's No. 106  Admitted into Evidence        905

Government's No. 127  Admitted into Evidence        907

Government's No. 128  Admitted into Evidence        907

Government's No. 124  Admitted into Evidence        911

Government's No. 125  Admitted into Evidence        911

Government's No. 126  Admitted into Evidence        911

Government's No. 129  Admitted into Evidence        915

Government's No. 134   Admitted into Evidence          916

Government's No. 135   Admitted into Evidence          916

Government's No. 136   Admitted into Evidence          916

Government's No. 108   Admitted into Evidence          959

Government's No. 212.1 Admitted into Evidence          963

Government's No. 212.2 Admitted into Evidence          969
Government's No. 214   Admitted into Evidence          980

Government's No. 215   Admitted into Evidence          980

Government's No. 216   Admitted into Evidence          980

Government's No. 217   Admitted into Evidence          980

Government's No. 218   Admitted into Evidence          980

1          **P R O C E E D I N G S**

2                    (Whereupon, the morning session of this proceeding

3     was reported by Sara Wick, and is bound under separate

4     cover.)

5                    **THE COURT:**  Mr. Nestler, are we ready to go with

6     Jackson Reffitt?

7                    **MR. NESTLER:**  Yes, Your Honor.

8                    **MS. BERKOWER:**  Your Honor, I think an hour was

9     1:35.  I think he might be downstairs.

10                   **THE COURT:**  I said come back at 1:30, I think.

11                   **MS. BERKOWER:**  All right.  Well, he is on his way

12    up.  I'll make sure that he comes up right now.  He's in the

13    hallway, Your Honor.

14                   **THE COURT:**  All right.

15                   We are adjusting the microphone because with the

16    last witness, apparently in the overflow room it was hard to

17    hear when she turned her head towards the jury.

18                   **MR. NESTLER:**  Understood, Your Honor.  Just so the

19    record is clear, I let Mr. Welch, our witness advocate

20    Yvonne Bryant is going to be in the courtroom --

21                   **THE COURT:**  Seated in the front row here?

22                   **MR. NESTLER:**  Yes, Your Honor.

23                   **THE COURT:**  Nothing to address before the jury

24    comes in?

25                   **MR. WELCH:**  I don't believe so.

1          **COURTROOM DEPUTY:**  Are we ready for the jury, Your

2    Honor?

3          **THE COURT:**  We are.

4          **COURTROOM DEPUTY:**  I will go get them.

5          Please rise for the jury panel.

6          (Jurors entered the courtroom.)

7          **THE COURT:**  Good afternoon, ladies and gentlemen.

8    Thank you for coming back promptly.  The government's next

9    witness will be Jackson Reffitt.

10         **MS. BERKOWER:**  If you would have a seat in the

11   jury box near that black microphone.

12         **COURTROOM DEPUTY:**  Sir, before you sit down.

13   Would you please raise your right hand.

14         Sir, do you solemnly swear or affirm the testimony

15   to be given to the honorable Court and to this jury in this

16   case on trial, will be the truth, the whole truth and

17   nothing but the truth?

18         **THE WITNESS:**  Yes, I do.

19         **COURTROOM DEPUTY:**  You may be seated.  The

20   apparatus in front of you is a microphone.  So please, even

21   though it is little awkward, don't adjust it and don't move

22   it.

23         **THE WITNESS:**  Thank you, sir.

24         **COURTROOM DEPUTY:**  Thank you.

25

1          **<u>DIRECT EXAMINATION OF JACKSON REFFITT</u>**

2     **BY MS. BERKOWER:**

3          **Q.**   Good afternoon.

4          **A.**   Good afternoon.

5          **Q.**   And you can take your mask off, if you are

6     comfortable with doing that.

7          **A.**   I am okay with doing that.

8          **Q.**   Could you please say and spell your name?

9          **A.**   Jackson Reffitt.

10         **Q.**   And could you spell it too, please?

11         **A.**   J-a-c-k-s-o-n, R-e-f-f-i-t-t.

12         **Q.**   I think you should move a little closer.  Where

13    are you from, Jackson?

14         **A.**   Texas.

15         **Q.**   What part of Texas?

16         **A.**   More specifically the Wylie part of Texas, the

17    Dallas area.

18         **Q.**   And how old are you?

19         **A.**   I'm nineteen.

20         **Q.**   Last year, at the time of January 6th, were you in

21    school?

22         **A.**   I was just about to start college.

23         **Q.**   What kind of college?

24         **A.**   Community college.

25         **Q.**   And prior to that had you graduated high school

1      during the pandemic?

2          **A.**   Yes, I did.

3          **Q.**   Are you still in community college now?

4          **A.**   Yes, I am.

5          **Q.**   Do you also have a job?

6          **A.**   Yes, I do.

7          **Q.**   What kind of job do you have?

8          **A.**   I am a server.

9          **Q.**   Do you know the defendant in this case, Guy Wesley

10     Reffitt?

11         **A.**   Yes, I do.

12         **Q.**   How do you know him?

13         **A.**   He is my father.

14         **Q.**   And do you see him here in the courtroom?

15         **A.**   Yes, I do.

16         **Q.**   Could you point him out by something he is

17     wearing, please?

18         **A.**   He is wearing the white button-up and a white mask

19     as well as a suit.

20             **THE COURT:**  Let the record reflect that the

21     witness has identified the defendant.

22     **BY MR. BERKOWER:**

23         **Q.**   On January 6th of last year, did you live with

24     him?

25         **A.**   Yes.

1      **Q.**   And prior to January 6th, had you contacted the

2   FBI about him?

3      **A.**   Yes.

4      **Q.**   On January 6th of 2021, did you learn that he was

5   involved in events at the Capitol that day?

6      **A.**   Yes, I did.

7      **Q.**   And after January 6th, when he returned to Texas,

8   were you part of conversations with him at your house about

9   what had happened in D.C.?

10     **A.**   Yes, I was.

11     **Q.**   Did you record some of those conversations on your

12  phone?

13     **A.**   Yes, I did.

14     **Q.**   And a few days after your father returned home

15  from D.C., did he express concern to you about the FBI's

16  investigation?

17           **MR. WELCH:**  Objection, Your Honor.

18           **THE COURT:**  Ms. Berkower?

19           (Sidebar discussion.)

20           **THE COURT:**  You are leading him.  This is direct.

21           **MR. BERKOWER:**  Your Honor, I am just pointing out

22  the topics he is going to testify about.  We will go into

23  non-leading questions --

24           **THE COURT:**  All right.  This is direct

25  examination.  Is there another basis for your objection,

1    Mr. Welch?

2            **MR. WELCH:**  No, Your Honor.  I just thought that

3    there might have been a little preliminary groundwork.  But

4    now it seems the whole direct is going to be leading

5    questions.

6            **THE COURT:**  So rephrase your question so it's not

7    leading so much.

8            (Sidebar concluded.)

9    **BY MR. BERKOWER:**

10       **Q.**   Did you meet with the FBI about your father?

11       **A.**   Yes, I did.

12       **Q.**   So we are going to go into the details of all of

13   those topics, but I am going to ask you about a few other

14   things first.  Okay?  So let's start with your relationship

15   with your father.  At the time of January 6th, 2021, where

16   were you living?

17       **A.**   I was living at my house.

18       **Q.**   And who was living in that house with you?

19       **A.**   My father, my mother, as well as my two sisters,

20   Sarah and Peyton.

21           **MR. BERKOWER:**  Ms. Rohde, if we could please have

22   Government's Exhibit 100 for court, witness and counsel

23   only.

24   **BY MR. BERKOWER:**

25       **Q.**   Jackson, do you see an exhibit in front of you?

1      **A.**   Yes, I do.

2      **Q.**   Do you recognize what is in Government's Exhibit

3  No. 100?

4      **A.**   Yes, I do.

5      **Q.**   What is it?

6      **A.**   It is my house.  It is where my family lived.

7      **Q.**   And if you could speak a little closer to the

8  microphone, if you don't mind?

9      **A.**   It is where we lived with me and my family, my

10  house.

11      **Q.**   Is that an accurate photo of your house?

12      **A.**   Yes, it is.

13          **MR. BERKOWER:**  Your Honor, I'd move to admit

14  Government's Exhibit 100.

15              **THE COURT:**  Any objection?

16          **MR. WELCH:**  No, Your Honor.

17              **THE COURT:**  It's admitted.

18      (Government's Exhibit 100 admitted into evidence.)

19          **MR. NESTLER:**  May we present this to the jury,

20  Mr. Hopkins?

21              **COURTROOM DEPUTY:**  It's published.

22  BY MR. NESTLER:

23      **Q.**   Government's Exhibit 100 is the house you lived in

24  with your father?

25      **A.**   Yes.

1          **MR. BERKOWER:**  Mr. Hopkins, if you could take down

2     the jury's view of the monitors.

3          **COURTROOM DEPUTY:**  Absolutely.

4          **MR. BERKOWER:**  Ms. Rohde, if you could please pull

5     up Government's Exhibit Nos. 119, 120, 120A, 122 and 123 for

6     the witness, Court and counsel only.  And 123.  Thank you.

7     **BY MR. BERKOWER:**

8          **Q.**   Jackson, do you recognize those exhibits?

9          **A.**   Yes, I do.

10         **Q.**   What are those exhibits?

11         **A.**   They were photos of the inside of my house.  This

12    specifically is one of my kitchen.

13         **Q.**   And were they accurate photos of the inside of

14    your house?

15         **A.**   Yes, they are.

16         **MR. BERKOWER:**  Your Honor, I'd ask to admit and

17    publish Government's Exhibit Nos. 119, 120, 120A, 121, 121A,

18    122 and 123.

19              **THE COURT:**  Any objection?

20         **MR. WELCH:**   No.

21              **THE COURT:**  They are all admitted.

22         (Government's Exhibit 119 admitted into evidence.)

23         (Government's Exhibit 120 admitted into evidence.)

24         (Government's Exhibit 120A admitted into evidence.)

25         (Government's Exhibit 121 admitted into evidence.)

1              (Government's Exhibit 121A admitted into evidence.)

2              (Government's Exhibit 122 admitted into evidence.)

3              (Government's Exhibit 123 admitted into evidence.)

4              **MR. BERKOWER:**  Ms. Rohde, if you could pull up

5    119, and if we could please publish it to the jury.  Thank

6    you.

7    **BY MR. BERKOWER:**

8         **Q.**   Jackson, can you please explain what is in

9    Government's Exhibit 119?

10        **A.**   This is the entrance to our house, as well as the

11   front living room.

12             **MS. BERKOWER:**  If we could go on to 120,

13   Ms. Rohde.

14   **BY MS. BERKOWER:**

15        **Q.**   What does that photo show?

16        **A.**   That is a photo taken from our front living room,

17   facing our dining room, facing the entrance to the kitchen.

18             **MR. BERKOWER:**  If we could go on to 120A, please.

19   **BY MR. BERKOWER:**

20        **Q.**   What does that photo show?

21        **A.**   This is a different angle from our front living

22   room.

23        **Q.**   Of what?

24        **A.**   Front living room with a dining table as well.

25             **MR. BERKOWER:**  Could we go on to 121, please?

1    BY MR. BERKOWER:

2        **Q.**   What does that photo show?

3        **A.**   The kitchen and seating room from the living room.

4        **Q.**   Could you go on to 121A, please.  What does this

5    photo show?

6        **A.**   That is a photo of our living room facing from the

7    kitchen seating room.

8        **Q.**   And is that a different living room than the one

9    you testified about in the other photographs, Government's

10   Exhibit 119?

11       **A.**   Yes, it is.  That is our main living room.

12       **Q.**   And is this living room connected to your kitchen?

13       **A.**   Yes, it is.

14           **MS. BERKOWER:**  And if we could please have

15   Government's Exhibit 122.

16   BY MS. BERKOWER:

17       **Q.**   What does this show?

18       **A.**   That is a photo from our kitchen facing into the

19   seating room.

20           **MR. BERKOWER:**  And 123, please.

21   BY MS. BERKOWER:

22       **Q.**   What does that show?

23       **A.**   That is a photo of our seating room.

24       **Q.**   Now, up to January 6th of 2021, had you lived with

25   your family your entire life?

1          **A.**    Yes.

2          **Q.**    For a part of your childhood, did you live

3     overseas?

4          **A.**    Yes, I did.

5          **Q.**    Where did you live?

6          **A.**    Malaysia.

7          **Q.**    Around when did your family return to the United

8     States?

9          **A.**    I believe 2016.

10         **Q.**    Prior to that, when you lived in Malaysia and

11    before that, what was your relationship like with your

12    father?

13         **A.**    Pretty great.  It was a pretty good father/son

14    relationship.  Nothing really got in the way of anything

15    other than work.

16              **THE COURT:**  Mr. Reffitt, could you keep your voice

17    up a little bit, it's hard to hear.

18              **THE WITNESS:**  I apologize.

19    **BY MR. BERKOWER:**

20         **Q.**    I think if you lean in, we can hear you better.

21         **A.**    I know.

22         **Q.**    When your family came back to the United States in

23    around 2016, did your relationship with your father change?

24         **A.**    Yes.

25         **Q.**    Could you explain how it changed?

1      **A.**   He seemed to be more distant and to be more active

2   in a lot of different things.

3      **Q.**   And around that point, were you also close to

4   starting high school?

5      **A.**   I was in high school at that point, yes.

6      **Q.**   Now, as part of your relationship, did you engage

7   in discussions with him about current events?

8      **A.**   Yes.  Occasionally, yes.

9      **Q.**   Did you also talk about politics with him?

10      **A.**   Yes.

11      **Q.**   And, overall, did you agree or disagree on

12   political issues?

13      **A.**   We disagreed.

14      **Q.**   Where on the spectrum were your political views?

15      **A.**   I was moderately left, while my father was

16   moderately right.

17      **Q.**   And did that change over time too?

18      **A.**   I believe so, yes.

19      **Q.**   How did it change?

20      **A.**   Both going further in one direction.

21      **Q.**   And by that, do you mean that you went further

22   left?

23      **A.**   I believe so, yes.

24      **Q.**   And did he go further right?

25      **A.**   Yes, I believe so.

1      **Q.**   So let's go on to a different topic.  Have you

2    heard of a group called the Texas Three Percenters?

3      **A.**   Yes, I have.

4      **Q.**   At some point after your family returned to Texas,

5    did your father become involved with that group?

6      **A.**   Yes, he did.

7      **Q.**   How did you find out that he joined that group?

8      **A.**   Through a flag in front of our garage that he put

9    outside on a flagpole.  But I heard more detail from my

10   mother.

11     **Q.**   What was the flag like that he put on the

12   flagpole?

13     **A.**   I believe it was just the American flag, but the

14   stars were replaced with the Three Percenters logo.

15     **Q.**   And what is your understanding of what the Texas

16   Three Percenters is?

17     **A.**   A far-right extreme militia.

18     **Q.**   Did you ask your father what the group was about?

19     **A.**   I don't remember.

20     **Q.**   Did you ever talk to him about whether the group

21   was constitutionalist?

22     **A.**   Yes.

23     **Q.**   What does that you mean, as far as you know?

24     **A.**   A, sort of, political ideology is what I gathered,

25   but I am not sure.

1      **Q.**    Is that based on things that he told you?

2      **A.**    Yes.

3      **Q.**    So what did he tell you about constitutionalists?

4      **A.**    I don't remember.

5      **Q.**    Now, the term "Three Percenter," that piece of the

6    name, what does that part of it mean to you?

7      **A.**    I believe it is the three percent that rose up

8    during the Civil War, although I don't know.

9      **Q.**    Do you know that from talking about this group in

10    your family?

11      **A.**    Yes, as well as just Google.

12      **Q.**    And do you talk to your dad about this group,

13    Texas Three Percenters?

14      **A.**    Occasionally, yes.

15      **Q.**    So what did he say about it?

16      **A.**    He argued that they weren't far right -- he argued

17    that they weren't a militia.  While I argued otherwise.

18      **Q.**    And was your father open with you about being a

19    part of this group?

20      **A.**    Not really, although he would talk about it here

21    and again.

22          **THE COURT:**  Just a moment, Ms. Berkower.

23          Mr. Reffitt, I think the jurors are having trouble

24    hearing you.  I know it's difficult to speak loudly, but try

25    to raise your voice.

1          **THE WITNESS:**  Of course.  Will do.  Is this okay?

2          **THE COURT:**  A little bit louder.

3          **THE WITNESS:**  How's this?

4          **THE COURT:**  That's better.

5          Well, wait.  Can you adjust?  Let's see --

6          (Discussion off the record.)

7          Just one moment.  We are going to see if we can

8    increase --

9          (Discussion between the Judge and the Courtroom

10   Deputy.)

11         **THE WITNESS:**  How is this?

12         **COURTROOM DEPUTY:**  How does that sound?  Can you

13   hear him?

14         **THE WITNESS:**  Can you hear?

15         (Jurors indicated positively.)

16         **MR. BERKOWER:**  Please still keep your voice up.

17   Hopefully that will be a little easier with the microphone

18   on your shirt.

19         **THE COURT:**  A little higher.

20         **THE WITNESS:**  Will do.

21   **BY MR. BERKOWER:**

22   **Q.**   So I think I just asked if your father was open

23   with you about being part of the Texas Three Percenter

24   group.  I believe I just asked you that.

25   **A.**   Yes, I believe so.

1      **Q.**   Did your father sometimes wear clothing associated

2      with that group?

3      **A.**   Yes, he did.

4      **Q.**   What did he wear?

5      **A.**   He had a specific shirt that he wore that had

6      certain symbols on it, as well as he collected different

7      patches relating to the group.

8           **MR. BERKOWER:**  So if we could for the Court,

9      counsel and witness only, please, Ms. Rohde, Government's

10     Exhibit 147 and 148.

11     **BY MS. BERKOWER:**

12     **Q.**   Jackson, do you recognize what is in those

13     exhibits?

14     **A.**   I do.

15     **Q.**   What is that?

16     **A.**   That is the shirt he would wear at certain rallies

17     and whatnot.

18     **Q.**   Are those fair and accurate pictures of that

19     shirt?

20     **A.**   Yes, it is.

21          **MR. BERKOWER:**  Your Honor, I would ask to admit

22     and publish Government's Exhibit 147 and 148.

23          **THE COURT:**  Any objection?

24          **MR. WELCH:**  No, Your Honor.

25          **THE COURT:**  They are admitted.

1          (Government's Exhibits 147 and 148 were admitted into

2     evidence.)

3

4

5     **BY MR. BERKOWER:**

6          **Q.**   So starting first with Government's Exhibit 147,

7     could you explain why you think -- why you recognize this

8     shirt?

9          **A.**   He would often wear it quite a lot.

10         **Q.**   And are there symbols that you notice on the

11    center of the shirt?

12         **A.**   Yes.

13         **MR. BERKOWER:**  Ms. Rohde, do you mind expanding

14    the view of that, if you can?

15    **BY MR. BERKOWER:**

16         **Q.**   Could you describe the symbol in the center of the

17    shirt?

18         **A.**    It is three rounds of ammunition in the formation

19    of the Three Percenters logo.

20         **Q.**   And does it also have stars surrounding the three

21    rounds of ammunition?

22         **A.**   Yes, it does.

23         **MR. BERKOWER:**  Ms. Rohde, if we could go back to

24    the sleeve of the shirt, on the left side of the photograph.

25

1    BY MR. BERKOWER:

2         Q.    Jackson, could you please describe what you see

3    there?

4         A.    That is a symbol on his shoulder/sleeve of the

5    American flag with the Three Percenters logo in the place

6    with the stars should be.

7         Q.    And you mentioned earlier your father flew a flag

8    relating to Three Percenters outside of your house; is this

9    similar to that flag?

10        A.    Yes, it is similar.

11        Q.    Now, going on to Government's Exhibit 148, do you

12   see a symbol in the center of that exhibit?

13        A.    Yes, I do.

14        Q.    Could you describe what you see?

15        A.    It is a --

16             MR. BERKOWER:  And if we could publish this,

17   please.

18             THE WITNESS:  It is a Three Percenters symbol and

19   the middle of the -- outline of the State of Texas with 13

20   stars around it.

21   BY MR. BERKOWER:

22        Q.    And do you see words on the shirt?

23        A.    Yes, I do.

24        Q.    Could you please read those words?

25        A.    "When tyranny becomes law, rebellion becomes

1    duty."

2         **Q.**   Do those words have any significance to you?

3         **A.**   Not to me but I've heard similar things --

4              **MR. WELCH:**  Objection.

5              (Sidebar discussion.)

6              **MR. WELCH:**  He was about to say what he heard.

7              **THE COURT:**  This is an admission of the defendant,

8    I think.

9              **MR. WELCH:**  No, I don't think so.  I think he said

10   what he heard.  He talked about what he knew; and that's

11   fine.  But when he starts talking about what he heard,

12   that's hearsay.

13             **THE COURT:**  Ms. Berkower, did he hear this from

14   his father?

15             **MR. BERKOWER:**  Your Honor, I'm actually not sure

16   if he's going to say that he heard it from his father or

17   not.  I would suggest he be permitted to answer and the

18   Court can strike it --

19             **THE COURT:**  No, why don't you ask him, Did his

20   father tell him what that meant?

21             **MR. BERKOWER:**  Okay.  I can ask him that.

22             (Sidebar concluded.)

23   BY MR. BERKOWER:

24        **Q.**   With regard to the words on Exhibit 148, did your

25   father ever say those -- use those words?

1      **A.**    Similar words, yes.

2      **Q.**    Now going on to another topic, did your father

3    also put stickers on his car --

4      **A.**    Yes, he did.

5      **Q.**    -- vehicle?

6            **MR. BERKOWER:**  If we could have just for the

7    Court, counsel and witness, please, Government's Exhibit 102

8    and 104.

9    **BY MR. BERKOWER:**

10     **Q.**    Jackson, do you recognize what is in Exhibits 102

11   and 104?

12     **A.**    I do.

13     **Q.**    What is in those?

14     **A.**    That is my father's truck that he had.

15     **Q.**    And are those fair and accurate photos of your

16   father's truck?

17     **A.**    Yes, they are.

18           **MR. BERKOWER:**  Your Honor, I ask to admit and

19   publish Government's Exhibit 102 and 104.

20           **THE COURT:**  Any objection?

21           **MR. WELCH:**  No, Your Honor.

22           **THE COURT:**  They are admitted.

23       (Government's Exhibits 102 and 104 were admitted into

24   evidence.)

25

1

2    **BY MR. BERKOWER:**

3        **Q.**   So, Jackson, can you explain what we are looking

4    at in Government's Exhibit 102?

5        **A.**   We are looking at a side profile of my dad's truck

6    that he owned, as well as the many stickers on the back.

7        **Q.**   And if --

8            **THE COURT:**  I'm sorry.  I didn't hear that,

9    Mr. Reffitt.  As well as the what?

10           **THE WITNESS:**  The many stickers on the back.

11           **MR. BERKOWER:**  If we could go on to 104, please.

12   **BY MR. BERKOWER:**

13       **Q.**   What do you see there?

14       **A.**   That is a closer image of the stickers on the back

15   of my dad's truck.

16       **Q.**   Starting with the sticker on the left, do you

17   recognize what that is?

18       **A.**   Yes, I do.

19       **Q.**   What is it?

20       **A.**   That is a similar flag that my dad hung, but in

21   black and white with the Three Percenters logo, as well as a

22   skull in front of it.

23       **Q.**   Going to the sticker on the far right, do you

24   recognize what that is?

25       **A.**   Yes.

1      **Q.**   What is it?

2      **A.**   That is another logo for the Three Percenters, I

3   believe.

4      **Q.**   And going on --

5          **MR. BERKOWER:**  If we could take down the jury

6   view, please?  If we could have for the Court, counsel and

7   witness only, Government's Exhibit 106.

8   **BY MR. BERKOWER:**

9      **Q.**   Do you recognize what this is?

10     **A.**   Yes, I do.

11     **Q.**   What is it?

12     **A.**   That is my mom's car.

13     **Q.**   Is this an accurate picture of your mom's car?

14     **A.**   Yes, it is.

15         **MR. BERKOWER:**  Your Honor, I ask to admit and

16   publish this exhibit.

17         **THE COURT:**  Any objection?

18         **MR. WELCH:**  No, Your Honor.

19         **THE COURT:**  It's admitted.

20     (Government's Exhibit 106 admitted into evidence.)

21   **BY MR. BERKOWER:**

22     **Q.**   Now, looking at the back of -- oh, excuse me -- of

23   this exhibit.  Can you tell me what is on the back of the

24   car?

25     **A.**   There are two Three Percenters stickers, similar

1    to the ones on my dad's truck.

2         **Q.**    Now -- and we can take that down -- to your

3    knowledge, did your father ever attend meetings of the

4    group, the Texas Three Percenters?

5         **A.**    Yes.

6         **Q.**    When did he attend those meetings?

7         **A.**    I don't know any pattern.  Occasionally he would

8    drive out of the town -- out of town -- and go to several

9    meetings, roughly once a month.

10        **Q.**    Did he ever host a meeting at your house?

11        **A.**    Yes, did.

12        **Q.**    Were you home for that?

13        **A.**    No, I was not.

14        **Q.**    Why weren't you home?

15        **A.**    My father said I couldn't be.

16        **Q.**    And did you ever meet any of the other members of

17   the Texas Three Percenters?

18        **A.**    No, I did not.

19        **Q.**    Now, let's go on to something else.  Around the

20   time of January 6th, did your father own firearms?

21        **A.**    Yes, he did.

22        **Q.**    How do you know that?

23        **A.**    He would constantly have his handgun on his hip,

24   as well as I went with him to go buy my mother's handgun,

25   under his name, I believe, as well as his rifle that I

1    believe he's had for a while, and his AR that was in his gun

2    safe.

3        Q.   So let's talk first about his handgun.  Okay?

4    Generally speaking, where does your father keep his handgun?

5        A.   Either on his nightstand or on him.

6        Q.   And do you know what brand handgun it is?

7        A.   A Smith & Weston [sic].

8        Q.   Have you seen your father carry that on him, his

9    person?

10       A.   Yes, I have.

11       Q.   Where does he carry it?

12       A.   Usually on his hip, his right hip.

13       Q.   And how often would he be carrying it on his right

14   hip?

15       A.   Pretty much all the time.

16           MR. BERKOWER:   Now, if we could have for Court,

17   counsel and witness only, Government's Exhibit 127 and 128,

18   please.

19   BY MS. BERKOWER:

20       Q.   Do you recognize what is in Government's Exhibit

21   127 and 128.

22       A.   Yes, I do.

23       Q.   What is it?

24       A.   That is my father's handgun.  Your Honor --

25       Q.   Are those accurate pictures of the gun?

1      **A.**   Yes.

2             **MR. BERKOWER:**  I would ask to move these into

3      evidence.

4             **THE COURT:**  Any objection?

5             **MR. WELCH:**  No, Your Honor.

6             **THE COURT:**  They are admitted.

7          (Government's Exhibits 127 and 128 were admitted into

8      evidence.)

9             **MR. BERKOWER:**  Can we publish them?

10     **BY MR. BERKOWER:**

11     **Q.**   So are there certain parts of this gun that allow

12     you to identify it in particular?

13     **A.**   The silver top side of it, as well as the

14     prominent black bottom of it and the notches along the top

15     of the silver.

16     **Q.**   The notches on the top -- I'm sorry?

17     **A.**   The silver part of the back, because it would

18     always hang out of his holster.

19     **Q.**   When you say "towards the back" are you referring

20     to the right or left side of this photograph?

21     **A.**   The left.

22     **Q.**   I mentioned your father kept this on his

23     nightstand when he was sleep; is that what you said a moment

24     ago?

25     **A.**   Yes.

1    **Q.**   Did he keep it loose or in a holster?

2    **A.**   It depends.  Mostly in a holster.

3    **Q.**   Do you remember what your parents' bedroom looks

4    like?

5    **A.**   Yes, I do.

6    **Q.**   Do you know what side of the bed your dad sleeps

7    on?

8              **MR. WELCH:**  Objection.

9              (Sidebar discussion.)

10             **MR. WELCH:**  This has not been an isolated "do you

11   remember question."  This has been a pattern now with

12   everything begins do you, do you, do you.  So he ends up

13   giving yes or no answers to Ms. Berkower's statements,

14   instead of asking non-leading questions.

15             **THE COURT:**  So, Ms. Berkower, try to rephrase the

16   question.

17             **MR. BERKOWER:**  Your Honor, I will do that.  But I

18   will say that in order to move this along, I am trying to

19   direct him to certain topics.

20             **THE COURT:**  That's fine.  So why don't you each

21   time you are moving to something else, direct him to the new

22   area.  Now I want to talk about your parents' bedroom.  Can

23   you describe that?  Something like that.  Where did your

24   father sleep?

25             **MR. BERKOWER:**  Sure.

910

1          (Sidebar concluded.)

2    **BY MS. BERKOWER:**

3          **Q.**   So when you were living at your parents' house,

4    did you go in your parents' bedroom?

5          **A.**   Yes.

6          **Q.**   Do you remember what it looks like?

7          **A.**   Yes.

8          **Q.**   Could you describe it?

9          **A.**   They had this bed in the very middle, as well as a

10   lower nightstand on the left side and higher one on the

11   right side with a lamp.

12         **Q.**   Who slept on what side of the bed?

13         **A.**   My father slept on the left side facing the bed

14   board.

15              **MS. BERKOWER:**   Now, for the Court, counsel and

16   witness only, if we could please have Government's Exhibits

17   124, 125 and 126.

18   **BY MR. BERKOWER:**

19         **Q.**   Do you recognize what is in Government's Exhibit

20   124, 125, and 126?

21         **A.**   Yes, I do.

22         **Q.**   Could you explain what that is?

23         **A.**   That is my father's handgun on his nightstand next

24   to his bed.

25         **Q.**   And do you recognize these to be accurate photos

1   from your parents' room?

2       **A.**   Yes, I do.

3           **MR. BERKOWER:**  Your Honor, I ask to admit

4   Government's Exhibits 124, 125 and 126.

5           **THE COURT:**  Any objection?

6           **MR. WELCH:**  No, Your Honor.

7           **THE COURT:**  They are admitted.

8       (Government's Exhibits 124, 125 and 126 were admitted

9   into evidence.)

10

11

12          **MR. BERKOWER:**  And if we could please publish

13  them.

14          **COURTROOM DEPUTY:**  I will.

15          **MR. BERKOWER:**  Thank you.

16  **BY MR. BERKOWER:**

17      **Q.**   So, Jackson, could you please explain what we are

18  looking at in this photo?

19      **A.**   We are looking at my parents' bedroom, the master

20  bedroom in our house.  And facing is the side my father

21  would sleep on.

22      **Q.**   And do you see a nightstand in this photo?

23      **A.**   Yes, I do.

24      **Q.**   Who used that nightstand?

25      **A.**   My father.

1      Q.   Directing your attention to a dark object on the

2  nightstand, could you explain what that is?

3      A.   That is my father's gun in his holster.

4           MR. BERKOWER:  Ms. Rohde, could you please blow up

5  that area of the photograph.

6  BY MR. BERKOWER:

7      Q.   Going on to Government's Exhibit 125, could you

8  please explain what this is?

9      A.   That is a photo of the side of the bed frame,

10  getting the angle of his hat dangling on the bed frame, as

11  well as the gun on the nightstand.

12      Q.   And could you explain where on the photo you see a

13  gun?

14      A.   Towards the bottom, in the middle.

15           MR. BERKOWER:  Ms. Rohde, would you please blow up

16  the area towards the bottom of the photo?

17  BY MR. BERKOWER:

18      Q.   Is that the area that you are referring to?

19      A.   Yes, it is.

20      Q.   And going back to the full exhibit for a moment,

21  Ms. Rohde, do you see something hanging from the side of the

22  bed frame?

23      A.   A hat.

24      Q.   And do you recognize the hat?

25      A.   Yes, I do.

1     Q.   What do you recognize that hat to be?

2     A.   My father's Trump hat that he would wear.

3     Q.   You saw him wearing it?

4     A.   Yes.

5     Q.   How often would he wear it?

6     A.   Pretty much he would switch out hats every day,

7   but every couple days I would see him wearing it.

8          THE COURT:  Mr. Reffitt, please keep your voice

9   up.

10         THE WITNESS:  My apologies.  He would wear it

11  every couple days, as he would switch hats.

12         MR. BERKOWER:  Going on to 126.

13  BY MR. BERKOWER:

14    Q.   Could you explain what we are seeing in this

15  photo?

16    A.   A photo of the nightstand, my father's nightstand

17  with the handgun in the holster.

18    Q.   Now, let's go on to the -- one of the other guns

19  you mentioned.  Okay?  You said earlier that he owned an AR;

20  is that right?

21    A.   Yes.

22    Q.   Do you know what, if any, attachments were on that

23  AR?

24    A.   A pretty bulky topside where you would put your

25  sights.  It looks to be a scope, as well as a smaller red

1    Kohler scope on top of that; and that's pretty much how I

2    notice his AR.

3         Q.   How do you know that he had those attachments?

4         A.   I have seen him with them.  He has taken it out of

5    his gun case several times and shown it.

6         Q.   And where, generally, did he keep his AR?

7         A.   I believe in a gun case, although I don't know

8    where.

9              **THE COURT:**  All right.  I missed that.  What did

10   you say at the end?

11             **THE WITNESS:**  I don't know where exactly he would

12   put his gun case.

13   **BY MR. BERKOWER:**

14        Q.   Do you know if your father had a safe in the

15   house?

16        A.   Yes, he did.

17        Q.   Where was it?

18        A.   It was in the closet connected to the master

19   bedroom.

20        Q.   And what, if anything, did he keep inside that

21   safe?

22        A.   Several guns, files, hard drives, a bunch of

23   stuff.

24        Q.   How do you know what's in the safe?

25        A.   They had occasionally left it open, and he has

1    opened it while I was there, as well as my mother.

2       **Q.**   Now --

3          **MR. BERKOWER:**   If we, for the Court, counsel and

4    witness only, could please have Government's Exhibit 129.

5    **BY MR. BERKOWER:**

6       **Q.**   Do you recognize what this is?

7       **A.**   Yes, I do.

8       **Q.**   What is it?

9       **A.**   That is a photo of the closet connected to the

10   master bedroom, where you can see the gun safe.

11          **MR. BERKOWER:**   Your Honor, I move to admit this

12   exhibit.

13          **THE COURT:**   Any objection?

14          **MR. WELCH:**   No, Your Honor.

15          **THE COURT:**   It's admitted.

16          **MR. BERKOWER:**   If we could please publish.

17      (Government's Exhibit 129 admitted into evidence.)

18   **BY MR. BERKOWER:**

19      **Q.**   So, Jackson, could you please explain to the jury

20   what we see in this photo?

21      **A.**   We are looking into the closet where my father

22   kept several things related to anything, clothes, his gun

23   safe, files.

24      **Q.**   And do you see a metal object in the center of the

25   photo?

1       **A.**    Yes, I do.

2       **Q.**    What is that specific object?

3       **A.**    That is his gun safe.  His -- yeah.

4       **Q.**    And the person who took this photo, what room in

5    the house were they standing in?

6       **A.**    In the master bedroom.

7            **MR. BERKOWER:**  Now, if we could have the jury view

8    taken down, please.

9            Ms. Rohde, if you could pull up for the Court,

10   counsel and witness only, Government's Exhibits 134, 135 and

11   136.

12   **BY MR. BERKOWER:**

13      **Q.**    Jackson, do you recognize what is in those photos?

14      **A.**    Yes, I do.

15      **Q.**    What's in those photos?

16      **A.**    That is my father's AR.

17      **Q.**    Are those accurate photos?

18      **A.**    Yes, they are.

19           **MR. BERKOWER:**  I'd ask to move those into

20   evidence, Your Honor, Government's Exhibit 135 and 136.

21           **THE COURT:**  Any objection?

22           **MR. WELCH:**  No, Your Honor.

23           **THE COURT:**  They're admitted.

24       (Government's Exhibits 134, 135 and 136 were admitted

25   into evidence.)

1

2

3          **MR. BERKOWER:**  May we publish them, please?

4   **BY MR. BERKOWER:**

5      **Q.**   Now, Jackson, could you explain to the jury what

6   we are looking at here, please?

7      **A.**   We are looking at my father's AR.

8      **Q.**   You mentioned there is a scope of some kind on it.

9   Could you explain if this photo contains that scope?

10     **A.**   It does.  It is --

11     **Q.**   Where?

12     **A.**   -- on top of the AR.  It is that longer attachment

13  connected to the wire, and on top you can see the smaller --

14  what looks like the red Kholer scope.

15         **MR. BERKOWER:**  If we could take that down, please.

16  **BY MR. BERKOWER:**

17     **Q.**   Now, based on your time with living with your

18  family, do you know if your father owned a bulletproof vest?

19     **A.**   Yes, he did.

20     **Q.**   How do you know that?

21     **A.**   He would wear it around in the kitchen, as well

22  when he was coming and going from the house.

23     **Q.**   Did you ever ask him about it?

24     **A.**   I don't remember.

25     **Q.**   And as far as you knew, did anybody else in your

1    house have a bulletproof vest?

2        **A.**    No.

3        **Q.**    So let's go on to a different topic.  Do you

4    remember having conversations in August of 2020 with your

5    father about political topics?

6        **A.**    Yes.

7        **Q.**    And what do you remember your dad saying around

8    August of 2020?

9        **A.**    That he was going to do something big in August.

10       **Q.**    Did you ask him what he meant?

11       **A.**    I believe I attempted, but I never got any

12   response other than subtle, "We are going to do something

13   big."  That's all I ever heard from him.

14       **Q.**    Why did you want to know what he was talking

15   about?

16       **A.**    Because he was leading it on to being something

17   big.  I was just curious and paranoid as to what it was.

18       **Q.**    Why were you feeling paranoid?

19       **A.**    Because of my father's recent involvement in the

20   Three Percenters and him involved in these groups and

21   meetings and what have you and the blatant --

22       **Q.**    Well, let me stop you there.  How many times did

23   he mention doing "something big" in the time frame of August

24   2020?

25       **A.**    I do not remember but several times.

1    **Q.**    So more than once?

2    **A.**    Yes.

3    **Q.**    Was it more than five times?

4    **A.**    I don't believe so.

5    **Q.**    So between one and five times; is that your

6    estimate?

7    **A.**    That would be my estimate.

8         **THE COURT:**  Mr. Reffitt, I'm sorry.  You have to

9    keep your voice up because there are other --

10        **THE WITNESS:**  Of course.

11        **THE COURT:**  -- courtrooms in the courthouse where

12   people are listening and they can't hear you unless you are

13   speaking into the microphone.  I think some of the jurors in

14   the back of the courtroom are having trouble as well.

15        **THE WITNESS:**  My apologies.  Thank you for letting

16   me know.

17   **BY MR. BERKOWER:**

18   **Q.**    Now going back to December of 2020.  Do you hear

19   your father refer to doing something big at that time?

20   **A.**    Yes.

21   **Q.**    Could you tell us about that?

22   **A.**    Through a series of messages in our group chat, he

23   had mentioned that he was planning on doing something.

24        **MR. BERKOWER:**  If we could have what has already

25   been admitted into evidence as Government's Exhibit 1B4.0,

1    the PDF version.

2    **BY MS. BERKOWER:**

3        **Q.**   Do you see that on the screen in front of you?

4        **A.**   Yes, I do.

5            **MR. BERKOWER:**   And if we could zoom in on the

6    participant's list.

7            Oh, sorry.   If you could publish this to the jury.

8    It's already in evidence.   My apologies.

9            **COURTROOM DEPUTY:**   Thank you.

10           **MR. BERKOWER:**   Thank you, Ms. Rohde.

11   **BY MR. BERKOWER:**

12       **Q.**   So, Jackson, do you recognize the names in this

13   participant's list?

14       **A.**   Yes, I do.

15       **Q.**   Could you explain what these names are?

16       **A.**   Pitter Pats is Peyton.

17       **Q.**   And who is Peyton?

18       **A.**   My younger sister Peyton Reffitt.

19       **Q.**   Keep going.   Sorry.   I shouldn't have interrupted

20   you.

21       **A.**   You're perfect.   Nicole is my mother, Nicole

22   Reffitt.   Jackson Reffitt is me.   Sarah Bearah is my sister

23   and Guy Reffitt is my father.

24       **Q.**   And who is Sarah Reffitt?

25       **A.**   My older sister.

1          **MR. BERKOWER:**  And Ms. Rodhe, if we could go to

2     the PowerPoint version of this, please?  And I think, for a

3     moment, if you could take down the jury view.  Thank you,

4     Mr. Hopkins.

5          **COURTROOM DEPUTY:**  You're welcome.

6          **MS. BERKOWER:**  If they could please publish --

7     thank you.

8     **BY MR. BERKOWER:**

9     **Q.**   So Jackson, what do you recognize this exhibit to

10    be?

11    **A.**   To be a message my father sent to our group chat

12    containing my whole family.

13    **Q.**   And if you could please keep your voice up.

14    **A.**   I am so sorry.

15    **Q.**   Can you sit any closer to the microphone in front

16    of you?

17    **A.**   Of course.  I just don't want to kick it.

18    **Q.**   Could you read this message, please?

19    **A.**   "When are you going to realize the Democrats are

20    using race to keep the minorities suppressed?  We the people

21    are willing to die to protect their safety.  We did it in

22    the Civil War, and now we are doing it again.  It's the

23    government that is going to be destroyed in this fight."

24    **Q.**   What was the date on this message?

25    **A.**   December 21st, 2020.

1      **Q.**   What did you understand him to be referring to

2   when he said, "It's the government that is going to be

3   destroyed"?

4      **A.**   I cannot take it for anything else other than

5   literally.

6          **THE COURT:**  Mr. Reffitt, I didn't hear what you

7   said.

8          **THE WITNESS:**  I can't take it to mean anything

9   other than literally.

10         **MR. BERKOWER:**  Did the Court have any further

11  questions?

12         **THE COURT:**  You too, Ms. Berkower.  I think folks

13  are having trouble hearing both of you.

14         **MR. BERKOWER:**  Ms. Rohde, if we could please go to

15  slide number 3 -- 2.  Excuse me.

16  **BY MS. BERKOWER:**

17     **Q.**   Jackson, could you please read this message?

18     **A.**   Yes.  "Congress has made fatal mistakes.  This

19  isn't about Trump.  It's much, much bigger.  It's about our

20  country."

21     **Q.**   What date was this sent?

22     **A.**   December 21st, 2020.

23     **Q.**   Who sent that?

24     **A.**   My father.

25     **Q.**   When you read this message, what did you

1    understand him to be referring to when he said fatal

2    mistakes?

3         **A.**   That Congress has failed him and the people.

4              **MR. BERKOWER:**  Going on to slide 3, please.

5    **BY MR. BERKOWER:**

6         **Q.**   Did you respond?

7         **A.**   Yes, I did.

8         **Q.**   Could you read your response?

9         **A.**   "I don't think Congress makes up all 80,000,000

10   votes for Biden, but okay."

11        **Q.**   What did you mean by that?

12        **A.**   I assumed he was blaming Congress for having Biden

13   elected, so that is what I responded with.

14             **MR. BERKOWER:**  If we could go on to slide 4.

15   **BY MS. BERKOWER:**

16        **Q.**   Did your father respond?

17        **A.**   Yes, he did.

18        **Q.**   Could you read his response?

19        **A.**   "It's not about Trump or Biden."

20             **MS. BERKOWER:**  Slide 4 -- slide 5, please.

21   **BY MS. BERKOWER:**

22        **Q.**   Could you read that?

23        **A.**   "What comes next is about tyranny."

24        **Q.**   What did you understand him to be talking about

25   there?

1      **A.**   Congress and how they have failed him, and he has

2   considered that tyranny.

3            **MS. BERKOWER:**   Could you go on to slide 6, please?

4   BY MS. BERKOWER:

5      **Q.**   Could you read this message?

6      **A.**   "Hold my beer and I'll show you."

7      **Q.**   Who sent that message?

8      **A.**   My father.

9      **Q.**   What was the date on that?

10     **A.**   12/21/2020.

11     **Q.**   And what did you understand this message mean?

12     **A.**   Stand right here and watch me do it.

13     **Q.**   Have you heard him use this phrase before?

14     **A.**   Yes, occasionally.

15     **Q.**   Now --

16           **MR. BERKOWER:**   If we could go on to slide 7,

17   please.   Actually, I'm sorry.   Go back to the message

18   before.   Thank you, Ms. Rohde.

19   BY MR. BERKOWER:

20     **Q.**   At the time that you were reading these messages

21   on the 21st, did you take him seriously?

22     **A.**   Not entirely.   My father is a really big talker.

23     **Q.**   Now going on to the next slide, do you respond to

24   him?

25     **A.**   Yes, I did.

1      **Q.**   And what did you respond?

2      **A.**   "I thought I was going to see something in

3  August."

4      **Q.**   What were you talking about there?

5      **A.**   I was referring to our previous conversations that

6  he was going to do "something big" in August.

7      **Q.**   And did you respond -- did your response in this

8  way have anything to do with whether you were taking him

9  seriously or not?

10          **MR. WELCH:**  Objection.

11          **THE COURT:**  Rephrase the question.

12  BY MR. BERKOWER:

13     **Q.**   Why did you respond this way?

14     **A.**   Because I didn't believe him, as I didn't believe

15  him in August.

16          **MS. BERKOWER:**  Now going on to the next slide,

17  please.

18  BY MS. BERKOWER:

19     **Q.**   Did he respond to you?

20     **A.**   Yes, he did.

21     **Q.**   What did he say?

22     **A.**   "Your first mistake was you thought."

23     **Q.**   Did you respond to him after that?

24     **A.**   Yes, I did.

25          **MR. BERKOWER:**  If we could go to the next slide,

1    please.

2    **BY MR. BERKOWER:**

3        **Q.**   Could you read what you wrote?

4        **A.**   "I was told that something was going to happen by

5    you."

6        **Q.**   Now I think we will jump forward a few days.  Does

7    your family regularly exchange messages on this thread?

8        **A.**   Yes.

9             **MR. BERKOWER:**  If we could have slide 10, please.

10   **BY MS. BERKOWER:**

11       **Q.**   Does this show a message from several days after

12   the previous exchange we were looking at?

13       **A.**   Yes, it does.

14       **Q.**   What is the date on this?

15       **A.**   December 24th, 2020.

16       **Q.**   Could you read what you wrote?

17       **A.**   "I still hate Mitch."

18       **Q.**   I should have asked, is that a message from you?

19       **A.**   Yes.

20       **Q.**   What did you mean here?

21       **A.**   Mitch McConnell.

22       **Q.**   What did you mean about Mitch?

23       **A.**   We were talking politics, and I decided I would

24   say something that might relate back to them, that they

25   might agree on.

1    **Q.**   Did you know your father to have opinions about

2    Mitch?

3    **A.**   Yes.

4    **Q.**   What did you know his opinions to be?

5    **A.**   He did not like him.

6          **MS. BERKOWER:**  Could you go on to slide 11,

7    please?

8    **BY MS. BERKOWER:**

9    **Q.**   Did you send another message?

10   **A.**   Yes, I do.

11   **Q.**   Could you read what it says.

12   **A.**   "I think every living soul does."

13   **Q.**   What are you talking about there?

14   **A.**   That in my opinion no one likes Mitch McConnell.

15   **Q.**   Did your father respond to this?

16   **A.**   Yes, he did.

17         **MR. BERKOWER:**  If we could go on to the next

18   slide, please?

19   **BY MR. BERKOWER:**

20   **Q.**   Is this your response?

21   **A.**   Yes, it is.

22   **Q.**   Could you please read it?

23   **A.**   "He's another politician.  Why I'm going to D.C.

24   They all must go."

25         **MR. BERKOWER:**  And if we could go on to the next

1   slide.

2   **BY MR. BERKOWER:**

3       **Q.**   Did he send another message after that?

4       **A.**   Yes, he did.

5       **Q.**   Is this one of those messages?

6       **A.**   Yes, it is.

7       **Q.**   Could you read it, please?

8       **A.**   "They all play games with our money, and they

9   still get paid by our money."

10      **Q.**   Going on to slide 14.  Did he send another

11  message?

12      **A.**   Yes.

13      **Q.**   Could you read it?

14      **A.**   "They must go."

15      **Q.**   Did he send another message after that?

16      **A.**   Yes, he did.

17      **Q.**   Can we go on to the next slide.  Is that one of

18  the messages he sent?

19      **A.**   Yes, it is.

20      **Q.**   Can you read what he wrote?

21      **A.**   "What's about to happen will shock the world."

22      **Q.**   Can you note the time and date of that message?

23      **A.**   12/24, 1:05 p.m.

24      **Q.**   Is that 2020?

25      **A.**   Yes, it is.

1   **Q.**   Now, going to the next slide, did you write

2   another message back?

3   **A.**   Yes, I did.

4   **Q.**   Can you read what you wrote?

5   **A.**   "Yeah, all I want is healthcare that is equal to

6   those on the Supreme Court."

7   **Q.**   Can you explain what you wrote?

8   **A.**   I want healthcare on par with those on the Supreme

9   Court.  I was trying to pretty much calm him down.

10   **Q.**   What do you mean you were trying to calm him down?

11   **A.**   I could tell he was -- what he was saying was not

12   good in nature, but I just wanted to divert away from it.

13   **THE COURT:**  You just wanted to what?

14   **THE WITNESS:**  To divert away from that

15   conversation.

16   **MR. BERKOWER:**  If we could go on to the next

17   slide, please.

18   **BY MR. BERKOWER:**

19   **Q.**   Did you send another message as well?

20   **A.**   Yes, I did.

21   **Q.**   Could you read what you wrote?

22   **A.**   "I'm not really on board with the whole let's blow

23   up the White House way of handling it."

24   **Q.**   After this, did your father respond?

25   **A.**   Yes.

1    **Q.**   Can you read the message?

2    **A.**   "That's what we all want, but the machine just

3    keeps grinding us down.  Too many lines have been crossed.

4    Too many years this happened.  We are about to rise up, the

5    way the constitution was written.  Look up Maybury versus

6    Madison 1803.  Read it well and it will help explain this

7    scenario."

8    **Q.**   Does anything seem significant to you?

9    **A.**   "Rise up".

10   **Q.**   Why does that phrase seem significant?

11   **A.**   Using his past messages as context, it's pretty

12   scary to hear.

13   **Q.**   And have you heard him -- do you see a reference

14   to Maybury versus Madison 1803?

15   **A.**   Yes.

16   **Q.**   Have you heard him refer to that before?

17   **A.**   Occasionally, yes.

18   **Q.**   Were you concerned when you read this message?

19   **A.**   Of course.

20   **Q.**   Could you explain why?

21   **A.**   Not only has my paranoia been building up from his

22   past comments but reading it so blatantly right here is

23   pretty surreal and scary.

24   **Q.**   And did you view these messages the same or

25   different as the messages from the 21st a few days earlier?

1    **A.**   I viewed them as a little different.  As he kept

2    going and he kept being more blatant and straight up.

3    **Q.**   Now, did you respond to this?

4    **A.**   Yes, I did.

5         **MR. BERKOWER:**  If we could have the next slide,

6    please.

7    **BY MR. BERKOWER:**

8    **Q.**   Is this your response?

9    **A.**   Yes.

10   **Q.**   Could you read it, please?

11   **A.**   "I'm more of, I'm voting for someone new."

12   **Q.**   What were you talking about there?

13   **A.**   I'm more voting for what I want rather than taking

14   it as my father was describing.

15        **MS. BERKOWER:**  If we could go on to the next

16   slide, please?

17   **BY MR. BERKOWER:**

18   **Q.**   Did he respond to you?

19   **A.**   Yes.

20   **Q.**   What did he say?

21   **A.**   "Nobody's blowing anything up.  It's not how that

22   works."

23   **Q.**   Did you respond again?

24   **A.**   Yes.

25   **Q.**   Is this your response?

1   **A.**   Yes, it is.

2   **Q.**   Could you read it, please?

3   **A.**   "With the true power over the American people,

4   voting!"  (Peace emoji.)

5   **Q.**   What were you talking about there?

6   **A.**   Voting is a really, really good way of getting

7   stuff done.

8   **Q.**   Did he ever respond to you?

9   **A.**   Yes, he did.

10   **MR. BERKOWER:**  Going on to the next slide.

11   BY MR. BERKOWER:

12   **Q.**   Is this one of his next responses?

13   **A.**   Yes, it is.

14   **Q.**   Could you read it, please?

15   **A.**   "Another career politician?"

16   **MS. BERKOWER:**  If we could go to the next slide,

17   please?

18   BY MS. BERKOWER:

19   **Q.**   Is this another one of his messages?

20   **A.**   Yes, it is.

21   **Q.**   Could you read what he said?

22   **A.**   "Just another person grinding the machine."

23   **Q.**   Did you respond to him after that?

24   **A.**   Yes, I did.

25   **MR. BERKOWER:**  If we could have the next message,

1    please.

2    **BY MR. BERKOWER:**

3        **Q.**    Was this your response?

4        **A.**    Yes, it is.

5        **Q.**    Could you read it, please?

6        **A.**    "Nah another democratic American."

7        **Q.**    What were you talking about here?

8        **A.**    How democracy is pretty much what this country is

9    built on, and this is what I am going to do.

10        **Q.**    Could you speak louder?

11        **A.**    How this country is built on democracy, and that

12    is pretty much what I am going to do.

13        **Q.**    Now could you look at -- now as you are engaging

14    in this message exchange, how are you feeling?

15        **A.**    Pretty nervous and paranoid and I have no idea

16    what he's going to do or what is going to happen.

17        **Q.**    And did he respond after you sent this message?

18        **A.**    Yes, he did.

19            **MR. BERKOWER:**  If we could have the next slide,

20    please.

21    **BY MR. BERKOWER:**

22        **Q.**    Was this one of his responses?

23        **A.**    Yes, it is.

24        **Q.**    Could you read it, please?

25        **A.**    "The entire house of legislation has committed

1   unthinkable acts on our people.  We have had enough.  Time a

2   new party." [sic]

3       Q.  Could you explain how you were feeling when these

4   -- when this message was coming in?

5       A.  Even more paranoid.  It was pretty much stacking

6   up on top of each other.  "Time a new party" [sic] was

7   really surreal and scary to read out loud.

8       Q.  Did you come to a decision, as you were getting

9   these messages?

10      A.  Yes, I did.

11      Q.  What decision did you come to?

12      A.  To inform the FBI.

13      Q.  Can you explain what you decided to do and how you

14  did it?

15      A.  Receiving these messages and reading them, my

16  paranoia pretty much blew over.  So I decided to alleviate

17  some anxieties off of my shoulder and Google "FBI and tip,"

18  first link, and go forward with any information I had.

19      Q.  And -- so are you saying you submitted a tip

20  through a website to the FBI?

21      A.  Yes, I did.

22      Q.  Where were you when you pulled out your phone and

23  Googled?

24          MR. WELCH:  Objection.

25          (Sidebar discussion.)

1          **THE COURT:**  What's the basis?

2          **MR. WELCH:**  Again, leading.

3          **THE COURT:**  She said, Where were you --

4          **MR. WELCH:**  Where were you when you pulled out

5     your phone and Googled?  He hasn't said he had a phone.  He

6     hasn't said he Googles.  It would be nice if she'd ask

7     non-leading questions.

8          **MR. BERKOWER:**  He already did say he pulled out

9     his phone and Googled the FBI.

10          **MR. WELCH:**  He submitted the FBI tip; that I

11    agree.

12          **THE COURT:**  Yeah, through a website.

13          **MR. WELCH:**  Right.  But while she is putting --

14    Ms. Berkower is testifying as to how he did it.

15          **MR. BERKOWER:**  Your Honor --

16          **THE COURT:**  All right.  Just a minute,

17    Ms. Berkower.

18          I am going to allow this.  Ms. Berkower, continue

19    to be careful.  I don't think this one is a problem,

20    Mr. Welch.

21          But, Ms. Berkower, when you keep your voice up, he

22    keeps his voice up.  When you don't --

23          **MR. BERKOWER:**  I will do better.  I will do better

24    on that, yes.

25                (Sidebar concluded.)

1    BY MR. BERKOWER:

2         **Q.**   Jackson, can you explain how you submitted -- you

3    said you submitted it through a website?

4         **A.**   Yes.

5         **Q.**   How did you access that website?

6         **A.**   Google.

7         **Q.**   What did you Google that on?

8         **A.**   My phone.

9         **Q.**   Where were you when you Googled the FBI tip line

10   on your phone?

11        **A.**   In my room.

12        **Q.**   In what house?

13        **A.**   My house.  My family house.

14        **Q.**   Who else was home?

15        **A.**   I do not exactly remember.

16        **Q.**   Do you know if anyone else was home?

17        **A.**   I believe my dad and my mom.

18        **Q.**   And were they in your room with you?

19        **A.**   No.

20        **Q.**   So who else was in the room with you?

21        **A.**   Just me.

22        **Q.**   Now can you explain how you were feeling as you

23   were Googling the FBI website on your phone?

24        **A.**   I was nervous.  I didn't know what I was doing.

25   And I just -- I just felt gross.

1    **Q.**   What do you mean, you felt gross?

2    **A.**   I don't know.  I don't think I can explain it.  I

3    just felt uncomfortable.

4    **Q.**   And what specifically was making you

5    uncomfortable?

6    **A.**   Just Googling that and to report my father, just

7    saying it out loud is pretty weird.

8    **Q.**   Now, after you submitted -- did you submit a form

9    online, is that --

10   **A.**   I believe that's it, yeah.

11   **Q.**   And after you did that, what did you do next?

12   **A.**   I continued -- I pretty much decided to shut off

13   my day, lay in bed, watch TV and just sit on my phone.

14   **Q.**   Why did you decide to, as you put it, "shut off

15   your day"?

16   **A.**   Just try to enjoy it as much as possible, and not

17   linger on what happened and what I did.

18   **Q.**   What was the last part of what you said?  I'm

19   sorry.

20   **A.**   Try not to linger on what I did.

21   **Q.**   Why didn't you want to linger on what you did?

22   **A.**   To not feel any more guilt than I already did.

23   **Q.**   Did you feel guilt?

24   **A.**   Of course.

25   **Q.**   What did you feel guilt about?

 1       **A.**   The situation as a whole.

 2       **Q.**   Now, as you were in your room watching TV and

 3   shutting off your day, as you put it, did messages continue

 4   to come in on this family text chain?

 5       **A.**   Yes, they did.

 6            **MR. BERKOWER:**  If we could go --

 7   **BY MR. BERKOWER:**

 8       **Q.**   And did you also participate in it?

 9       **A.**   Yes, I did.

10            **MR. BERKOWER:**  If we could go on to the next

11   message, please.

12   **BY MR. BERKOWER:**

13       **Q.**   Did your father send this one?

14       **A.**   Yes, he did.

15       **Q.**   Could you read it, please?

16       **A.**   "Takes over."

17       **Q.**   And then did you also send a response at some

18   point after this?

19       **A.**   Yes, I did.

20       **Q.**   Could you read this response?

21       **A.**   "And that would be?"

22       **Q.**   What are you talking about here?

23       **A.**   I believe he was referring to the time a new party

24   arises.

25       **Q.**   And why did you respond in this way?

1      **A.**    Because I had no real idea what he meant.

2      **Q.**    And did you send another message following up on

3   that question?

4      **A.**    Yes, I did.

5      **Q.**    Could you read your next message?

6      **A.**    "The constitutionalists?"

7      **Q.**    Why did you ask that?

8      **A.**    Because he had referred to himself as a

9   constitutionalist before.  And I assumed a new party meant

10   his self-affiliated party that he told me, the

11   constitutionalists.

12      **Q.**    Did he respond?

13      **A.**    Yes, he did.

14         **MR. BERKOWER:**   Could we go on to the next slide,

15   please.

16   **BY MR. BERKOWER:**

17      **Q.**    Could you read his response?

18      **A.**    "The republic."

19      **Q.**    Did you send another message?

20      **A.**    Yes, I did.

21         **MR. BERKOWER:**   Could we go on to the next slide?

22   **BY MS. BERKOWER:**

23      **Q.**    Is this another one of your responses?

24      **A.**    Yes, it is.

25      **Q.**    Could you read it, please?

940

1      A.    "That's not much of a democratic America."

2            MS. BERKOWER:  If we could go to the slide,

3      please.

4      BY MS. BERKOWER:

5      Q.    Is this one of those messages?

6      A.    Yes, it is.

7      Q.    Could you read it, please?

8      A.    "Read the case I sent you.  It's not about who is

9      president.  They have always rotated out.  The legislators

10     get voted back and continue to run this government.  So it's

11     not about who is president.  It's about the disgusting acts

12     the legislative branch has committed on the people of our

13     country for over 50 years."

14     Q.    And did you send a response to him after that?

15     A.    Yes, I did.

16           MS. BERKOWER:  Could we go to the next slide,

17     please?

18     BY MS. BERKOWER:

19     Q.    Is this one of your messages?

20     A.    Yes, it is.

21     Q.    Could you read it, please?

22     A.    "They just need to rotate them out."

23     Q.    What were you referring to there?

24     A.    I was referring to placing some kind of limit on

25     how long they could serve, same as the president or

1    something like that.

2         Q.   When you refer to he "them", who are you talking

3    about?

4         A.   The legislators.

5         Q.   Did he respond to you?

6         A.   Yes, he did.

7              MR. BERKOWER:   Could we go to the next message,

8    please?

9    BY MR. BERKOWER:

10        Q.   Is this one of his responses?

11        A.   Yes, it is.

12        Q.   Could you read it?

13        A.   "Exactly.  Time to remove them.  That's why I'm

14   going to DC.  Promise, I'm not alone."

15        Q.   What was the date and time of that message?

16        A.   12/24/2020, 1:29 p.m.

17        Q.   Did you find this message significant?

18        A.   Of course.

19        Q.   Why?

20        A.   Several "time to remove them" is pretty blatant

21   and literal in this message.  As well as him saying, "That's

22   why I'm going to D.C."

23        Q.   And what about that was significant to you --

24        A.   Worrisome.

25        Q.   -- the reference to D.C., I mean?

1          **A.**   It was scary to read.  Yet, again, my paranoia and

2     not knowing what was going to happen was building up on top

3     of each other.

4               **MR. BERKOWER:**  Ms. Rohde, we can take that exhibit

5     down.

6     **BY MR. BERKOWER:**

7          **Q.**   Now, at some point in this day, when you said you

8     turned off your day, did you hear your parents talking in

9     another room?

10         **A.**   Yes.

11         **Q.**   And how were you able to hear them talking?

12         **A.**   My walls aren't super thin but it's good enough to

13    where there's no real noise, you can hear it coming from the

14    hallway from the kitchen, that connects to my room as well

15    through the walls.

16         **Q.**   And what did you hear your parents talking about?

17         **A.**   Just disagreements about people and government.

18    Although I don't remember specifics.

19         **Q.**   Do you remember any specific names?

20         **A.**   Yes.  Like Nancy Pelosi --

21              **MR. WELCH:**  Objection.

22              (Sidebar discussion.)

23              **THE COURT:**  Mr. Welch?

24              **MR. WELCH:**  Yes, Your Honor.

25              Ms. Berkower asked:  Do you remember any

1    specifics?

2            The witness responded:  No, I don't remember any

3    specifics.

4            Ms. Berkower then says:  Well, do you remember any

5    specific names?  She is leading him again.  And now he is

6    saying that he remembers the specific names.

7            **MS. BERKOWER:**  Your Honor, well -- I mean, he has

8    previously told the government about this conversation.  And

9    he said he remembered specific names.  I could impeach him

10   with his prior statement, but instead I just tried to make

11   it a more specific question.

12           **THE COURT:**  All right.  I'm going to allow it.

13   Again, Ms. Berkower, try to not lead the witness.

14           (Sidebar concluded.)

15   **BY MS. BERKOWER:**

16       **Q.**   You may answer.

17       **A.**   I just heard snippets of several people in

18   government, such as Mitch McConnell and Nancy Pelosi and

19   just bickering between the two.

20       **Q.**   And what tone of voice did you hear?

21       **A.**   Loud.  It sounded agreeable between them too.  Um

22   -- yeah.

23       **Q.**   Now, let's go on to a different topic.  Okay?

24   After you submitted the form online to the FBI, did you get

25   a quick response?

1     **A.**   No, I don't believe.

2     **Q.**   When did you first get a response?

3     **A.**   I believe it was on January 6th I got a call.

4     **Q.**   And in the time between when you submitted the tip

5     and when you got that phone call, did you spend time with

6     your father?

7     **A.**   Of course.

8     **Q.**   And how were things between you at that point in

9     time?

10    **A.**   The same as they were.  I put myself away from

11    talking politics with him, because I didn't want to have

12    that clash or anything again.  But we spent Christmas

13    together and pretty much went about our days.

14    **Q.**   Did you know whether or not he was planning to go

15    to Washington, D.C. in January?

16    **A.**   I didn't believe him.  It was just my paranoia.

17    **Q.**   Did you know if he had plans to go?

18    **A.**   Other than those messages, no.

19    **Q.**   When did you learn that he had traveled to D.C.?

20    **A.**   Through a message between my sister, Peyton, and

21    my father in the group chat.

22    **Q.**   And what day was that?

23    **A.**   Um, I don't remember.

24    **Q.**   Would seeing the message again help refresh your

25    memory?

1        **A.**   Yes, it would.

2             **MS. BERKOWER:**   If we could have Government's

3    Exhibit -- actually the PowerPoint we were just on -- the

4    PowerPoint version of 1B4.0, please.

5             **COURTROOM DEPUTY:**   Should I publish?

6             **MS. BERKOWER:**   One moment.   It is admitted into

7    evidence, but Ms. Rohde is pulling it up.   Yes, we can

8    publish.

9    **BY MS. BERKOWER:**

10       **Q.**   Can you see that on the screen in front of you,

11   Jackson?

12       **A.**   Yes, I can.

13       **Q.**   Now, this is a message that is in evidence as part

14   of Government's Exhibit 1B4.0.   Could you read this message?

15            **THE COURT:**   Wait.   Ms. Berkower, is this to

16   refresh his recollection?

17            **MS. BERKOWER:**   Yes, Your Honor.   It's already in

18   evidence.   Yes, if you -- you can read it to yourself.

19            **THE COURT:**   Just ask him if it refreshes his

20   recollection.

21   **BY MS. BERKOWER:**

22       **Q.**   Does this message refresh your recollection on how

23   you learned your father was in D.C.?

24       **A.**   Yes, of course.

25       **Q.**   So can you explain how you learned your father was

1    in D.C.?

2         A.   I received this message pretty early in the

3    morning, at 9 a.m.  I was at my girlfriend's house.  I was

4    not home at the time to learn that he had left.  But I had

5    received this, and I realized that he had probably went to

6    D.C.

7         Q.   And did you get this message at the time it was

8    sent or later in the day?

9         A.   I believe at the time it was sent, but I did not

10   see it until later in the day.

11        Q.   You didn't see it until later in the day?

12        A.   Yes.  I believe I woke up later.

13        Q.   Okay.  So around what time did you see this

14   message?

15        A.   Probably around 10, 11.

16        Q.   And what did you do when you saw this message?

17        A.   I pretty much said to myself, Okay.  I got to go

18   home and find out what is going on.

19        Q.   So did you do that?

20        A.   Yes.

21        Q.   Could you explain what specifically you did?

22        A.   I just threw on some clothes, and I went to -- got

23   in my car, went to my house to see what was exactly going

24   on.

25        Q.   And did this message -- did you also see a

1      response from your father?

2          **A.**   Yes, I did.

3              **MS. BERKOWER:**  If we could have the next slide.

4   BY MS. BERKOWER:

5          **Q.**   Is this the response that you saw?

6          **A.**   Yes, it is.

7          **Q.**   Could you read this message, please?

8          **A.**   "I have no intentions on throwing it away.  I love

9   ALL of you with ALL of my heart and soul.  This is for our

10  country and for ALL OF YOU and your kids.  God bless us one

11  and all."

12         **Q.**   You said you went home to your parents' house?

13         **A.**   Yes.

14         **Q.**   What did you find when you got there?

15         **A.**   I believe it was my mom and one of my sisters in

16  the main living room, next to the kitchen, watching the

17  news.  And it showed a photo of Secret Service members

18  barricading doors in the Capitol with guns drawn.

19         **Q.**   And what happened next?

20         **A.**   I pretty much stood there in awe, in

21  disappointment, saddened and scared.  My mom said --

22             **MR. WELCH:**  Objection.

23             **THE COURT:**  What was it?

24             (Sidebar discussion.)

25             **THE COURT:**  She asked, What happened next?

1          **MR. WELCH:**  And he's about to say what his mom

2     said.  He's about to say what his mom said; that's hearsay.

3          **MS. BERKOWER:**  Your Honor, I submit it's not being

4     offered for its truth.  It's being offered for the effect on

5     this witness.

6          **MR. WELCH:**  We don't know that yet.  He just went

7     right into what she said.

8          **THE COURT:**  Let me hear what Ms. Berkower will say

9     his later answer will be.

10          **MS. BERKOWER:**  He is going to say his mom said,

11     Your father is there or something to that effect.

12          **THE COURT:**  And therefore what effect did it have

13     on him?

14          **MS. BERKOWER:**  Yes.

15          **THE COURT:**  What is that?

16          **MS. BERKOWER:**  He was going to say?  I was

17     extremely disappointed, upset and disgusted.

18          **THE COURT:**  He already said that.  What happened

19     based on hearing that?

20          **MS. BERKOWER:**  He's going to talk about some

21     additional messages and responses that he exchanged with his

22     father in, like, the time after his father was involved in

23     the events at the Capitol.

24          **THE COURT:**  Okay.  Well, I don't think that's

25     responsive to this.  If you were telling me based on what

1   the mom said, he then called the FBI or something, I'd allow

2   it.  But he's already said he was sad and disappointed or

3   whatever.  So you can move on.

4          MS. BERKOWER:  I think, Your Honor, he hasn't

5   explained yet how he knows -- how he came -- why he believed

6   his father was there.  He said he saw Secret Service

7   barricading the doors, but he hasn't explained why he

8   believed his father was there.

9          THE COURT:  Ask him that question.

10         MS. BERKOWER:  I will.  Thank you.

11         (Sidebar concluded.)

12  BY MS. BERKOWER:

13     Q.   Did you believe your father was in D.C. as part of

14  the -- what was going on at the Capitol?

15         MR. WELCH:  Objection.

16         THE COURT:  Sustained.

17  BY MS. BERKOWER:

18     Q.   Why did you believe your father was there?

19     A.   My mother had said so.

20         MR. WELCH:  Objection.

21         THE COURT:  Sustained.  I don't think he's

22  testified that his father was there, has he?

23  BY MS. BERKOWER:

24     Q.   What, if anything, made you think your father was

25  there?

 1          **A.**   From the news and my mom --

 2               **MR. WELCH:**  Objection.

 3               **THE COURT:**  Overruled.

 4               **THE WITNESS:**  -- or from what my mother had said

 5     --

 6               **MR. WELCH:**  Objection.

 7     **BY MR. NESTLER:**

 8          **Q.**   You may answer.  What, if anything, made you think

 9     your father was there at the Capitol?

10          **A.**   His previous messages, as well as my mom saying --

11               **MR. WELCH:**  Objection.

12               **THE COURT:**  Overruled.

13               **THE WITNESS:**  -- saying he was there.

14     **BY MS. BERKOWER:**

15          **Q.**   And where were you when she said he was --

16               **MR. WELCH:**  Objection.

17               **THE COURT:**  Overruled.

18               **THE WITNESS:**  I was in the living room standing in

19     front of our couch, while my mom was sitting in the corner

20     of it on her phone, watching the news with her, when she

21     told me that.

22               **MR. WELCH:**  Objection.  Motion to strike what she

23     told him.

24                  (Sidebar discussion.)

25               **MS. BERKOWER:**  Your Honor, I think we established

1    we are not offering it for the truth of what Mrs. Reffitt

2    was saying, but just for him explaining why she thought he

3    was there; that's the only purpose for which it is being

4    offered.

5              **THE COURT:**  What is your objection, Mr. Welch?

6              **MR. WELCH:**  The problem is what he's saying his

7    mom told him.  Observing her, being on the phone, the fact

8    that she was talking --

9              **THE COURT:**  But the question posed is, Where were

10   you when she said X?

11             **MR. WELCH:**  The problem, When she said X.

12             **THE COURT:**  It's already come out.

13             **MR. WELCH:**  And I'm maintaining it never should

14   have come in.

15             **THE COURT:**  All right.  All right.

16             **MR. WELCH:**  It's hearsay.

17             **THE COURT:**  All right.  Well, go ahead.  Proceed,

18   Ms. Berkower.

19             (Sidebar concluded.)

20             **THE COURT:**  You can ask the question again, where

21   was he?

22   **BY MS. BERKOWER:**

23      **Q.**   Where were you when your mother told you your

24   father was in D.C. at the Capitol?

25             **MR. WELCH:**  Objection.

1          **THE COURT:**  Overruled.

2          **THE WITNESS:**  I was in my main front living room

3     watching TV with my mom.

4          **THE COURT:**  Keep your voice up, please.

5          **THE WITNESS:**  Apologies.  I was in the main living

6     room next to the kitchen with my mom standing there while

7     she sits on the couch with my sister, I believe, younger

8     sister, Peyton.

9     **BY MS. BERKOWER:**

10         **Q.**   Was the TV on?

11         **A.**   Yes.

12         **Q.**   You mentioned it showed the Secret Service.  Did

13    you see other information relating to January 6th events at

14    the Capitol?

15         **A.**   Of course.  The clips, the live clips of what was

16    going on.  The live updates.  Of course they were covering

17    it.

18         **Q.**   And how did you feel as you were watching TV that

19    day?

20         **A.**   I was terrified.  I believe we all were for the

21    people there, what's going to happen, as well as just I was

22    just at a loss for words.

23         **Q.**   Now, up until that time, had you known whether or

24    not your father was out of town?

25         **A.**   No.

1      **Q.**   After your mom told you --

2             **MR. WELCH:**  Objection.

3             **THE COURT:**  Overruled.

4   BY MS. BERKOWER:

5      **Q.**   -- that he had gone to D.C., did you figure out if

6   he had taken one of the family's cars?

7      **A.**   I had assumed once I walked inside --

8             **MR. WELCH:**  Objection.

9             **THE COURT:**  What's the basis?

10            (Sidebar discussion.)

11            **MR. WELCH:**  Objection to what the witness assumes.

12  He either knows something or doesn't know something.

13            **THE COURT:**  Okay.  Sustained.  Rephrase the

14  question.

15            **MS. BERKOWER:**  Your Honor --

16            (Sidebar concluded.)

17  BY MS. BERKOWER:

18     **Q.**   How did your father get to D.C.?

19     **A.**   Through my mom's car.

20     **Q.**   How do you know that?

21     **A.**   Because my mom was at home while his truck was

22  there, and my mother's car was gone.

23     **Q.**   And later on, did you -- were you home when your

24  father got back?

25     **A.**   Yes.

1    Q.   And what car did he come back in?

2    A.   In my mom's car.

3    Q.   What kind of car is that?

4    A.   I believe a Chevy Equinox.

5    Q.   Is that the car we saw in Government's Exhibit

6    106?

7    A.   Yes, it is.

8    Q.   Now in the time before your father returned from

9    D.C., did you exchange messages with him on the family text

10   chain?

11   A.   Yes.

12   Q.   And in those messages, did he talk about what he

13   had been doing?

14   A.   Yes.

15        MS. BERKOWER:  So if we could have the PowerPoint

16   -- Mr. Rohde, has already pulled it up.  Thank you.

17        Government's Exhibit 1B4.0, if we could go on to

18   the next slide, please, Ms. Rohde.

19   BY MS. BERKOWER:

20   Q.   Now, Jackson, turning your attention to the screen

21   in front of you.  Is this one of the messages your father

22   sent after you learned he was in D.C. ?

23   A.   Yes, it is.

24   Q.   Could you tell us the date?

25   A.   January 8th, 2021.

1      **Q.**   Can you tell us the time?

2      **A.**   12:07 a.m.

3      **Q.**   And what was -- could you read the message,

4      please?

5      **A.**   "Me telling Patriots to hold my beer and watch

6      this."

7                **MS. BERKOWER:**   And, Ms. Rohde, if we could advance

8      to the next slide, please.

9      **BY MS. BERKOWER:**

10     **Q.**   Is this also a message you received on the thread?

11     **A.**   Yes.

12     **Q.**   Who sent this?

13     **A.**   My father.

14     **Q.**   Could you read it, please?

15     **A.**   "Shot multiple times with clay balls and pepper

16     sprayed heavily.  We took the United States Capitol.  We are

17     the Republic of the People."

18     **Q.**   What was the date of the message?

19     **A.**   January 8, 2021, at 12:21 a.m.

20               **MS. BERKOWER:**   If we could go to the next message,

21     please.

22     **BY MS. BERKOWER:**

23     **Q.**   Is this the next message on the thread?

24     **A.**   Yes.

25     **Q.**   Who sent it?

1      **A.**    My father.

2      **Q.**    Could you read what it says?

3      **A.**    "I'm in Nashville and heading home tomorrow."

4    (Heart emojis)

5      **Q.**    What date is this?

6      **A.**    January 8th, 2021 at 12:15 a.m.

7      **Q.**    So is that late -- around midnight from the 7th

8    into the 8th?

9      **A.**    Yes, it is.

10     **Q.**    From this message, what did you understand him to

11   be telling you?

12     **A.**    That he is coming home now.

13     **Q.**    And where was he?

14     **A.**    In Nashville.

15         **MR. BERKOWER:**  If we could go to the next slide,

16   please.

17   **BY MS. BERKOWER:**

18     **Q.**    Do you recognize what this is?

19     **A.**    Yes, I do.

20     **Q.**    What is it?

21     **A.**    It is a link he sent of a Fox News clip, where you

22   can spot my father.

23     **Q.**    And was this sent over the family text chain?

24     **A.**    Yes, it was.

25     **Q.**    Could you read the date and time?

1      **A.**    January 8th, 9:29 a.m.

2             **MS. BERKOWER:**  And could we go on to the next

3      slide, please.

4      **BY MS. BERKOWER:**

5      **Q.**    Was this a message sent around the at the same

6      time?

7      **A.**    Yes, it is.

8      **Q.**    Could you read it, please?

9      **A.**    "30 minutes, 40 seconds in.  That's my starting in

10     the blue."

11     **Q.**    Did you click on the link he sent?

12     **A.**    Yes, I did.

13     **Q.**    What did you find when you clicked on the link?

14     **A.**    A Fox News clip that featured him.

15     **Q.**    What did you see in the clip?  What did it show?

16     **A.**    Him on -- in his blue coat and helmet on the

17     stairs of the Capitol.

18     **Q.**    And did you go to this timestamp on the video?

19     **A.**    I believe I did, yes.

20     **Q.**    What did you see there?

21     **A.**    My father.

22     **Q.**    Is that the clip you just referenced?

23     **A.**    Yes.

24            **MS. BERKOWER:**  Now, going onto the next slide if

25     we could, please, Ms. Rohde.

1    BY MS. BERKOWER:

2        **Q.**   Is this a message you received through the text

3    chain?

4        **A.**   Yes, it is.

5        **Q.**   Who sent it?

6        **A.**   My father.

7        **Q.**   Could you read it, please?

8        **A.**   "I'll show you when I get home.  Don't believe the

9    media.  They are full of shit.  I was there.  They are

10   lying."

11           **MS. BERKOWER:**  And if we could go on to the next

12   slide, please.

13   BY MS. BERKOWER:

14       **Q.**   Is this a message from your father?

15       **A.**   Yes, it is.

16       **Q.**   Could you read it, please?

17       **A.**   "No.  Keep watching and you will see me walking up

18   the stairs handrail in my Kuwaiti blue coat and light blue

19   jeans.  They started shooting me, and then they pepper

20   sprayed me."

21       **Q.**   And what was the date and time on that message?

22       **A.**   January 8th, 2021, 9:45 a.m.

23       **Q.**   Do you know your father to own a blue coat?

24       **A.**   Yes.

25           **MS. BERKOWER:**  If you can take down this exhibit

1    and have for the Court, counsel and witness only,

2    Government's Exhibit 108, please.

3    **BY MS. BERKOWER:**

4        **Q.**    Do you recognize what is in Government's Exhibit

5    108?

6        **A.**    Yes, I do.

7        **Q.**    What is it?

8        **A.**    That is my father's blue coat.

9        **Q.**    Is that an accurate photograph?

10       **A.**    Yes, it is.

11           **MS. BERKOWER:**  Your Honor, I would ask if we can

12   admit and publish Government's Exhibit 108.

13           **THE COURT:**  Any objection?

14           **MR. WELCH:**  No, Your Honor.

15           **THE COURT:**  It's admitted.

16           (Government's Exhibit 108 admitted into evidence.)

17           **MS. BERKOWER:**  And can we publish?

18   **BY MS. BERKOWER:**

19       **Q.**    So, Jackson can you explain what this photo shows?

20       **A.**    This shows a blue coat my father has owned, that

21   he wore to January 6th.

22       **Q.**    And have you seen him wear it prior to that date?

23       **A.**    I believe so, yes.

24           **MS. BERKOWER:**  Your Honor, I don't know if the

25   Court wants to take an afternoon break, but this may be a

1   good stopping point.

2          **THE COURT:**  Ladies and gentlemen, would you prefer

3   to finish this testimony or are you ready for a break now?

4   Not the whole testimony but the government's direct.

5          **MS. BERKOWER:**  Your Honor, we have a good deal

6   more to cover with this witness.

7          **THE COURT:**  Okay.  I'm asking the jury if they

8   want a break.  Do you all want a break now or do you want to

9   wait?

10          **JURORS:**  Wait.

11          **THE COURT:**  Proceed, Ms. Berkower.

12          **MS. BERKOWER:**  Ms. Rohde, if you could please pull

13   up, again, Government's Exhibit 1B4.0, the PowerPoint at

14   slide 43.

15   **BY MS. BERKOWER:**

16       **Q.**   Did you respond to your father's messages on

17   January 8th?

18       **A.**   Yes, I did.

19       **Q.**   Is this one of their responses?

20       **A.**   Yes, it is.

21       **Q.**   Could you read it, please?

22       **A.**   "Yeah, the guy in the bottom left corner, in the

23   blue coat and light blue jeans, walking up the stairs

24   handrail."

25       **Q.**   Did he respond to you?

1      **A.**    Yes.

2             **MS. BERKOWER:**   Could we go to the next slide,

3      please?

4      **BY MS. BERKOWER:**

5      **Q.**    Is this his response?

6      **A.**    Yes.

7      **Q.**    Could you read it?

8      **A.**    "Yeah, bottom right."

9             **MS. BERKOWER:**   If we could go on to the next

10     slide, please.

11     **BY MS. BERKOWER:**

12     **Q.**    Did he send you another message?

13     **A.**    Yes, he did.

14     **Q.**    Is this from him?

15     **A.**    Yes, it is.

16     **Q.**    Could you read it?

17     **A.**    "I'm looking for the video of me sitting after

18     being pepper sprayed and trying to flush my eyes with

19     water."

20     **Q.**    And did you respond to that?

21     **A.**    Yes, I did.

22     **Q.**    Is this your response?

23     **A.**    Yes, it is.

24     **Q.**    Could you read it?

25     **A.**    "A hero."

1    **Q.**   Why did you say that?

2    **A.**   It was sarcasm.

3    **Q.**   And did he respond to you?

4    **A.**   Yes, he did.

5    **Q.**   Was this one of the responses?

6    **A.**   Yes, it is.

7    **Q.**   Could you explain what this is?

8    **A.**   This is another Fox News link directing to a

9    specific clip.

10    **Q.**   Did you go to this link?

11    **A.**   Yes, I did.

12    **MS. BERKOWER:**  And if we could go on -- actually

13    -- sorry.  If we could go on to the next slide, please.

14    **BY MS. BERKOWER:**

15    **Q.**   Did this message also come from your father?

16    **A.**   Yes, it did.

17    **Q.**   Could you read it, please?

18    **A.**   "1 minute in you can see me trying to clear my

19    sight from the pepper spray."

20    **Q.**   Now, did you ever take screenshots of these last

21    two messages you just read?

22    **A.**   Yes, I did.

23    **MS. BERKOWER:**  For the Court, counsel and witness

24    only, could we please have Government's Exhibit 212.1.

25

1    BY MS. BERKOWER:

2        Q.   Can you see that, Jackson?

3        A.   Yes, I can.

4        Q.   Do you recognize it?

5        A.   Yes, I do.

6        Q.   What is it?

7        A.   That is a screenshot I took of our family group

8    chat of my dad sending a link to a Fox News clip.

9        Q.   And at a later time, did you provide this to the

10   FBI?

11       A.   Yes, I did.

12           MS. BERKOWER:  Your Honor, I move to admit

13   Government's Exhibit 212.1.

14           THE COURT:  Any objection?

15           MR. WELCH:  No, Your Honor.

16           THE COURT:  It's admitted.

17       (Government's Exhibit 212.1 admitted into evidence.)

18           MS. BERKOWER:  If we could publish it, please.

19   BY MS. BERKOWER:

20       Q.   Now, why did you take this screenshot?

21       A.   Because I thought it'd be somewhat important for

22   the FBI for a specific link to show what my father was doing

23   on January 6th.

24       Q.   Had you spoken to anyone from the FBI at that

25   point?

1      **A.**    At the point of screenshotting this?

2      **Q.**    Yeah.

3      **A.**    I don't remember.  I believe I was.

4      **Q.**    And why did you think it was something that the

5   FBI would want to know?

6      **A.**    Because he was -- it's clear video evidence that

7   he was there on January 6th.

8               **MS. BERKOWER:**  Ms. Rohde, if we could go back to

9   the PowerPoint for Government's Exhibit 1B4.0, please?  And

10  go on to slide 49, please.  I think the next slide.

11  **BY MS. BERKOWER:**

12     **Q.**    Did you respond to your father's messages sending

13  the link?

14     **A.**    Yes, I did.

15     **Q.**    Is this one of your responses?

16     **A.**    Yes, it is.

17     **Q.**    Could you read it, please?

18     **A.**    "Yeah you know they are tracking down everyone who

19  was there.  Right?"

20     **Q.**    Why did you send that message?

21     **A.**    Because it was the thing that was going on.  They

22  were sending out --

23     **Q.**    Did he respond to that?

24     **A.**    Yes, he did.

25              **MS. BERKOWER:**  If we could go on to the next

1    slide, please.

2    **BY MS. BERKOWER:**

3        **Q.**   Was this his response?

4        **A.**   Yes, it is.

5        **Q.**   Could you read it?

6        **A.**   "Yeppers."

7        **Q.**   What did you understand that to believe?

8        **A.**   As a yep.  I don't care.

9        **Q.**   Have you ever heard him say that before?

10       **A.**   Yes, occasionally.

11               **MS. BERKOWER:**  And going on to the next slide,

12   please.

13   **BY MS. BERKOWER:**

14       **Q.**   Did you respond to him?

15       **A.**   Yes, I did.

16       **Q.**   Could you -- is this one of your responses?

17       **A.**   Yes, it is.

18       **Q.**   Could you read it, please?

19       **A.**   "Through the media and cell phone footage?"

20       **Q.**   Did you send another message after that?

21       **A.**   Yes, I did.

22       **Q.**   Is this one of those messages?

23       **A.**   Yes, it is.

24       **Q.**   Could you read it, please?

25       **A.**   "Isn't that, ya know, bad?"

1    Q.    What were you talking about in those two messages?

2    A.    Isn't that bad that you are well aware they are

3    tracking people down?  And trying to make him realize that

4    that is not a good thing for him.

5    Q.    And did he respond to you?

6    A.    Yes, he did.

7         **MS. BERKOWER:**  Can we have the next slide, please.

8    **BY MS. BERKOWER:**

9    Q.    Was that his response?

10   A.    Yes, it is.

11   Q.    Can you read it, please?

12   A.    "Yep, don't care.  I broke know laws."

13   Q.    Did you respond to him?

14   A.    Yes, I did.

15        **MS. BERKOWER:**  Before we go on, can you go back?

16        I'm sorry, Ms. Rohde, if we could go on to the

17   next slide, please?

18   **BY MS. BERKOWER:**

19   Q.    Is this how you responded to him?

20   A.    Yes, I did.

21   Q.    What did you say?

22   A.    "Like felons and 20 years in prison."

23   Q.    And why did you say that?

24   A.    To try to make him realize how bad the situation

25   is.

1          **MS. BERKOWER:**  And if you could go on to the next

2     slide, please?

3     **BY MS. BERKOWER:**

4          **Q.**   Did he respond?

5          **A.**   Yes, he did.

6          **Q.**   What did he say?

7          **A.**   "Like nope.  Didn't break any laws."

8          **Q.**   And after this, did he respond to you?

9          **A.**   Yes, he did.

10         **Q.**   Did you respond to him.

11         **A.**   Yes, I did.

12         **Q.**   How did you respond?

13         **A.**   "I thought you overtook the United States

14    Capitol?"

15         **Q.**   Why did you send that?

16         **A.**   To yet again make him realize how serious this

17    situation is and when taken literally.

18         **Q.**   Did you send him another message after that?

19         **A.**   Yes, I did.

20         **MS. BERKOWER:**  Can we have the next slide, please.

21    **BY MS. BERKOWER:**

22         **Q.**   Is this one of the messages you sent?

23         **A.**   Yes, it is.

24         **Q.**   Can you read what you wrote?

25         **A.**   "And broke through police barricades."

1     **Q.**   Why did you say that?

2     **A.**   I believe he -- that is what happened on January

3 6th, and that is what he was part of.

4     **Q.**   Who first referenced police barricades, as far as

5 you know?

6     **A.**   I don't remember.

7     **Q.**   Did you send another message after that?

8     **A.**   Yes, I did.

9     **Q.**   Can you read it, please?

10    **A.**   "And assaulted by police."

11    **Q.**   Did he respond to you?

12    **A.**   Yes, he did.

13        **MS. BERKOWER:**  If we could have the next message,

14 please.

15 **BY MS. BERKOWER:**

16    **Q.**   What did he say?

17    **A.**   "We did.  But I didn't break any laws.  Told you.

18 Not trust the news.  We are buying."

19    **Q.**   Did he send another response after that?

20    **A.**   Yes, he did.

21    **Q.**   Can you read it, please?

22    **A.**   "I was there.  I know."

23    **Q.**   Did he send a third response after that?

24    **A.**   Yes.

25    **Q.**   Could you read it, please?

1    **A.**    "Like I said before.  'Hold my beer, watch this.'"

2    **Q.**    What did you understand him to be saying here?

3    **A.**    To pretty much be bragging about it.

4         **MS. BERKOWER:**  Now, if we could take this down,

5    please, and pull up for the Court, counsel and witness only,

6    Government's Exhibit 212.2.

7    **BY MS. BERKOWER:**

8    **Q.**    Jackson, do you recognize Government's Exhibit

9    212.2?

10   **A.**    Yes, I do.

11   **Q.**    What is it?

12   **A.**    It is screenshots that my dad took of the news

13   coverage with circles around himself.

14   **Q.**    Did you receive these messages?

15   **A.**    Yes, I did.

16   **Q.**    Where did they come from or who did they come

17   from?

18   **A.**    My father.

19   **Q.**    And is this an accurate picture of what you saw

20   that day?

21   **A.**    Yes, it is.

22        **MS. BERKOWER:**  Your Honor, I would ask to move

23   this exhibit into evidence.

24        **THE COURT:**  Any objection?

25        **MR. WELCH:**  No, Your Honor.

1          **THE COURT:**  It's admitted.

2          (Government's Exhibit 212.2 admitted into evidence.)

3          **MS. BERKOWER:**  If we could publish please.

4     BY MS. BERKOWER:

5          **Q.**  So, Jackson, could you explain what we are looking

6     at in this exhibit?

7          **A.**  We are looking at screenshots that my dad has sent

8     to our group chat on -- and he had screenshotted a -- the

9     footage from Fox News that contained him in the background.

10         **Q.**  And do you see him in a photograph in this image?

11         **A.**  Yes, I do, both of them.

12         **Q.**  Could you explain where that is that you see

13    him --

14         **A.**  I see him walking up the handrail above a sea of

15    people.

16         **Q.**  And do you see any yellow markings on that

17    photograph?

18         **A.**  Yes, I do.

19         **Q.**  Could you explain what those yellow markings are?

20         **A.**  Those yellow markings are edits he had made to his

21    screenshot to point out who he is in the crowd.

22         **Q.**  Do you see one or two images in this exhibit?

23         **A.**  Two.

24         **Q.**  And do you see one or two yellow markings?

25         **A.**  Two.

1     Q.   And what -- do both of those yellow markings have

2     significance to you?

3     A.   Yes, they do.

4     Q.   Could you explain why?

5     A.   Those outline my father in the crowd.

6     Q.   And was there a text message that came with these

7     photos?

8     A.   Yes, there is.

9     Q.   Could you read what it says?

10    A.   "Me telling Patriots to hold my beer and watch

11    this."

12    Q.   Now, at the time that you received these messages,

13    was your father home yet?

14    A.   I do not remember.

15    Q.   Do you remember when he got back?

16    A.   I believe Friday night.

17    Q.   So it was -- did you say night?

18    A.   Yes, later at night.

19         **MS. BERKOWER:**  We can take this down, Ms. Rohde.

20    Thank you.

21    **BY MS. BERKOWER:**

22    Q.   Let's talk now about when your father got back.

23    Was he with anyone?

24    A.   Yes, he was.

25    Q.   So can you tell us what happened when he got back

1    and who he was with?

2         A.    He showed up very happy.  He showed up with an

3    older gentleman.  I do not remember his name, but he was

4    some older white guy.  They had both driven up to

5    D.C. together.  And when they showed back up, obviously,

6    everyone was happy at what they had accomplished.

7         Q.    And where were you in your house when your father

8    and this man arrived?

9         A.    I was sitting in my main living room watching a

10   movie when they showed up and they were all chitchatting in

11   the kitchen.

12        Q.    So --

13             MS. BERKOWER:  Ms. Rohde, if we could have

14   Government's Exhibit 121A.

15             If we could publish it, please.

16   BY MS. BERKOWER:

17        Q.    Does this photograph show the area of the house

18   you were in when he arrived home?

19        A.    Yes, it does.

20        Q.    Could you explain where you were based on this

21   photograph?

22        A.    I was sitting on the closest section of our couch,

23   and my family was in between the brown table and the island

24   in the kitchen talking.

25        Q.    And when you say "your family," who are you

1    talking about?

2         **A.**    My mom, my dad and the older gentleman, but he is

3    not family.

4         **Q.**    At some point did the older gentleman stay or

5    leave?

6         **A.**    He stayed for a little while, not too long.  I

7    believe under an hour and then they left.

8         **Q.**    Were they in this area of the house the entire

9    time or did they go to a different area?

10        **A.**    I believe they were in that house or the area the

11   entire time.

12        **Q.**    Now, what were they doing while they were talking?

13        **A.**    Just chitchatting about what's been done and what

14   they accomplished and what they are going to keep doing.

15        **Q.**    When your father got home, did he have luggage

16   with him?

17        **A.**    Yes, he did.

18        **Q.**    And what did he do with the luggage?

19        **A.**    He laid it out in the kitchen, as well as his

20   bedroom.  He had brought it in from my mom's car.

21        **Q.**    And what luggage did he have?

22        **A.**    I believe he had a small black briefcase, a

23   see-through, opaque trash bag liner filled with clothes and

24   what not, as well as his gun case that carried his AR.

25        **Q.**    When you say see-through opaque bag, can you

1    explain a little bit more about what kind of bag this was?

2         **A.**   It was, like, an over-sized trash can liner that

3    you see in hotels, like in their rubbish bins and what not.

4         **Q.**   What color was it?

5         **A.**   White but opaque and see through a little.  You

6    can see the fading colors come through the bag.

7         **Q.**   So what colors could you see through the bag?

8         **A.**   Blue, black and more white.

9         **Q.**   And where did he put these items?

10        **A.**   I believe just against the island in between the

11   dining -- that brown dining table and the island.

12        **Q.**   And you said that he had his -- a rifle case?

13        **A.**   Yes.

14        **Q.**   What did he do with that?

15        **A.**   Later in the night he moved it.  I do not know

16   where he got it from.  I believe he had it next to the front

17   door after taking it out of the car, and later in the night

18   he moved it into the living room to take it out.

19        **Q.**   Do you know if anything was inside of the case?

20        **A.**   Yes.

21        **Q.**   How do you know that?

22        **A.**   He took it out in front of me.

23        **Q.**   What was inside?

24        **A.**   His AR.

25        **Q.**   Now, when you saw your father come in, did he have

1    any other weapons with him?

2        **A.**    Yes.

3        **Q.**    What did he have?

4        **A.**    His handgun.

5        **Q.**    Where was it?

6        **A.**    On his hip.

7        **Q.**    And you said that your father and mother and this

8    man were talking?

9        **A.**    Yes.

10       **Q.**    What were they saying?

11           **MR. WELCH:**  Objection.

12           (Sidebar discussion.)

13           **THE COURT:**  So, Ms. Berkower, obviously his

14   statements are admissions.  And to the extent the other

15   statements are necessary to give context to whatever he is

16   saying, Mr. Welch.  I assume that is your objection is

17   hearsay?

18           **MR. WELCH:**  It's hearsay as far as what

19   Mrs. Reffitt and the older white man were saying.

20           **THE COURT:**  But his -- don't we need those

21   statements in order to give context to whatever statements

22   Mr. Reffitt was making?  Is that a possibility?

23           **MR. WELCH:**  It's a possibility but we don't know

24   at this point.

25           **THE COURT:**  All right.  Can you make a proffer,

1    Ms. Berkower?

2              **MS. BERKOWER:**  Can you hear me?

3              **THE COURT:**  Yeah.

4              **MS. BERKOWER:**  I think he's going to say that they

5    were talking generally -- the older gentleman and

6    Mr. Reffitt were talking generally about their experience in

7    D.C.  That they were pleased.  That they were glad they

8    could accomplish what they had accomplished.  And that -- I

9    don't know if it's going to go much further than that.

10             **THE COURT:**  Well, why don't you try to focus on

11   Mr. Reffitt's comments.  Obviously, there might need to be

12   some back and forth to give context to what -- you know, a

13   question he's answering or something, but to the extent you

14   can focus on the admissions.

15             **MS. BERKOWER:**  I will, Your Honor.

16             We would -- to the extent any other statements

17   come in, it would not be for the truth but to provide the

18   context for the conversation --

19             **THE COURT:**  All right.

20             Mr. Welch, with this and with the other statement,

21   I will give a limiting instruction any time you want to ask

22   for it.

23             **MR. WELCH:**  I understand.

24             The other thing I want to flag for the Court right

25   now, I believe there would be coming up through this

1    conversation talks about going to the media and going to

2    California to blow up the media and stuff like that.

3              **THE COURT:**  Do you think there is any risk of

4    that, Ms. Berkower?

5              **MS. BERKOWER:**  I have never heard that witness say

6    that before.  So I don't expect he is going to say that.

7              **THE COURT:**  You'll know before we know?

8              **MS. BERKOWER:**  I will stop it.

9              **THE COURT:**  You need to stop that.

10             **MS. BERKOWER:**  Yes.

11             **THE COURT:**  All right.  Okay.

12             (Sidebar concluded.)

13             **THE COURT:**  You may proceed.

14   **BY MS. BERKOWER:**

15        **Q.**   Did the conversation include a discussion of what

16   happened in D.C.?

17        **A.**   Yes.

18        **Q.**   What was said about what happened in D.C.?

19        **A.**   I do not remember exactly, but they expressed how

20   glad they were that it had happened and --

21        **Q.**   When you say "they," who are you talking about?

22        **A.**   My father and the older guy.

23        **Q.**   Now, after -- at some point you said the older

24   gentleman left?

25        **A.**   Yes.

1    Q.   And what did you all do after that?

2    A.   My mother and my father were kind of chitchatting,

3    and later in their conversation I kind of joined along out

4    of boredom.

5    Q.   And where were you in the house when you joined in

6    on their conversation?

7    A.   I rotated over to the brown seating table off the

8    -- in the kitchen.

9    Q.   Can you see that table in the exhibit that is

10   currently on the screen, Government's Exhibit 121A?

11   A.   Yes, I can.

12   Q.   And where were you sitting?

13   A.   I was sitting -- from this angle to the left.

14        **MS. BERKOWER:**   Actually, let's pull up 121.  I

15   think that might give a better picture.

16   **BY MS. BERKOWER:**

17   Q.   Does this give a better picture of -- does this

18   picture allow you to better explain where you were sitting?

19   A.   Yes.

20   Q.   Could you explain where you were sitting?

21   A.   The chair on the far right is the chair I moved

22   to.

23   Q.   And as you were talking, did the topic of January

24   6th come up?

25   A.   Yes.

1    **Q.**    Who was talking about January 6th?

2    **A.**    Mainly my father and my mother.

3    **Q.**    And at that point in time, did you make a

4    decision?

5    **A.**    Yes.

6    **Q.**    What decision did you make?

7    **A.**    To record the conversation.

8    **Q.**    Why did you decide to record the conversation?

9    **A.**    Because I was afraid that if no one actually

10   believed me, what my father had done and is saying, that

11   it's better his word against mine.

12   **Q.**    And how did you decide to record the conversation?

13   Like, how did you actually do it, make the recording?

14   **A.**    I downloaded an app on my phone, because I didn't

15   know how else to record.  I downloaded it right then and

16   there and started recording.

17   **Q.**    Did you have any familiarity with that recording

18   app?

19   **A.**    No.

20   **Q.**    Do you even remember what it was?

21   **A.**    No.

22   **Q.**    And how did you find that app?

23   **A.**    Just, like, recording software on the Google Play

24   Store on an Android.

25   **Q.**    And when you downloaded the app, what did you do

1    to use it?  Like, how did it work?

2         **A.**    I believe it was just a little red circle button

3    with a microphone on it.  And you just pressed record, and

4    it recorded via the speaker microphone.

5         **Q.**    And how are you feeling as you did all of that?

6         **A.**    I felt pretty gross, and I felt pretty

7    uncomfortable for even thinking about doing something like

8    this, but I knew that it would help immensely.

9         **Q.**    Help immensely?  What do you mean by that?

10        **A.**    By proving that he is saying this in this

11   conversation, and it doesn't have to go through me.

12        **Q.**    Did you have concerns about whether or not you

13   would be believed?

14        **A.**    Of course.

15        **Q.**    Why?

16        **A.**    This is a lot and very weird topic, and I just --

17   better safe than sorry.

18        **Q.**    Now, before coming to court, have you been -- did

19   you review what has been marked as Government's Exhibit 214,

20   215, 216, 217 and 218?

21        **A.**    Yes.

22        **Q.**    Do you know those to be copies of the recordings

23   you made?

24        **A.**    Yes, it is.

25        **Q.**    And do you know them to be true and accurate

1      copies?

2          **A.**   Yes.

3              **MS. BERKOWER:**   Your Honor, I would move to admit

4      Government's Exhibit 214, 215, 216, 217, 218 and to publish

5      them as we go.

6              **THE COURT:**   Any objection?

7              **MR. WELCH:**   No, Your Honor.

8              **THE COURT:**   All right.   They are admitted.

9          (Government's Exhibits 214, 215, 216, 217 and 218 were

10     admitted into evidence.)

11             **MS. BERKOWER:**   Your Honor, if we may have our

12     sidebar conversation for a moment.

13             (Sidebar discussion.)

14             **MS. BERKOWER:**   Your Honor, I was just going to say

15     that these recordings also have transcripts.   I wanted to

16     flag that for the Court.   I didn't know if you wanted to

17     give another instruction about that.

18             **THE COURT:**   Yes.   Thank you.   Thank you.

19             (Sidebar concluded.)

20             **THE COURT:**   All right.   Ladies and gentlemen,

21     before the government plays these tapes, I want to remind

22     you there will be transcripts attached.   Again, those

23     transcripts aren't evidence, but what's on the tapes is.

24     And to the extent there is any conflict, the tape is the

25     evidence, not the transcript.

1          **MS. BERKOWER:**  Your Honor, may we proceed?

2          **THE COURT:**  Yes.

3     BY MS. BERKOWER:

4          **Q.**   So before we play these, I want to ask you, did

5     the recordings in these exhibits capture the entire

6     conversation that you had that evening?

7          **A.**   Not entirely.

8          **Q.**   And were you able to capture the entire

9     conversation that evening?

10         **A.**   No.

11         **Q.**   So what happened?

12         **A.**   I don't know.  I think I was messing -- so if you

13    go to a certain app that uses a microphone, it will cut off

14    recording and specify to that specific app or it might have

15    just done something weird.  But that is what I think

16    happened.

17         **Q.**   Did you turn on and off the recording that night

18    -- I'm sorry.  I think the jurors can't hear.

19         **THE COURT:**  Yes.  Both of you keep your voices up,

20    please.

21         **THE WITNESS:**  Will do.

22    BY MS. BERKOWER:

23         **Q.**   I'll go back a question.  Did you record the

24    entire conversation you were having that night?

25         **A.**   No.

1   **Q.**   Why not?

2   **A.**   Because it kept stopping.

3   **Q.**   Do you know why -- were you intentionally stopping

4   the recording?

5   **A.**   No, of course not.

6   **Q.**   So why was it stopping?

7   **A.**   I'm not entirely sure.

8   **Q.**   Have you listened to all of the recordings in

9   their entirety?

10   **A.**   Yes, I have.

11   **Q.**   And based on what you heard, do you feel that they

12   capture the context of that evening's discussion?

13   **A.**   Yes, of course.

14         **MS. BERKOWER:**  So I think at this time we will

15   start, Ms. Rohde, if you could pull up -- oh, I'm sorry.   A

16   few other questions.

17   **BY MS. BERKOWER:**

18   **Q.**   While you were recording, who was in the room?

19   **A.**   My father and my mother and me and briefly you can

20   hear Peyton and Cade.

21   **Q.**   So do you hear several different voices on some of

22   these recordings?

23   **A.**   Yes, of course.

24   **Q.**   Do you hear your father's voice?

25   **A.**   Yes, I do.

1      Q.   Do you occasionally hear your voice?

2      A.   Yes.

3      Q.   Do you occasionally hear your mother's voice?

4      A.   Yes.

5      Q.   And occasionally Peyton's voice?

6      A.   Yes.

7      Q.   Okay.  Could you briefly explain -- I think you

8  mentioned someone named Cade.  I don't know we've heard that

9  name before.  Can you explain who he is?

10     A.   Cade is my younger sister, Peyton Reffitt's,

11 boyfriend, I believe.

12          MS. BERKOWER:  So, Ms. Rohde, if we can start with

13 Government's Exhibit 216 and we'll play from 0 seconds to 10

14 seconds on the ticker.  I'm sorry.  If I said 214, I meant

15 216.  Sorry.  216.

16          COURTROOM DEPUTY:  Now, it's on.

17          MS. BERKOWER:  I think if we could start 0 seconds

18 to play to 10 seconds.

19          (Played video.)

20 BY MS. BERKOWER:

21     Q.   Now did you hear a male voice?

22     A.   Yes, I did.

23     Q.   Whose voice was that?

24     A.   My father's.

25     Q.   And did you also hear other noise?

1     **A.**   Yes.

2     **Q.**   What was that other noise?

3     **A.**   Like, it was the crowd chanting and yelling from

4     the GoPro video that my father was showing me on his laptop.

5     **Q.**   So at the time you made these recordings, what was

6     he doing?

7     **A.**   He was narrating over his video and showing me on

8     his laptop.

9     **Q.**   Where did that video come from?

10    **A.**   From his GoPro helmet, his helmet.

11    **Q.**   And where were you in your house, as he is showing

12    you that video?

13    **A.**   Sitting on the chair I said previously.

14    **Q.**   And where was he?

15    **A.**   To the right of me, the furthest chair that you

16    could see in that exhibit.

17    **Q.**   I think if you could keep your voice up, please.

18    **A.**   Yes.  Sorry.  He was sitting to the right of me.

19    **Q.**   At some point while you were recording, did he

20    talk about January 6th?

21    **A.**   Yes.

22         **MS. BERKOWER:**  If we could go to 3:32 on the

23    recording, please.  Let's stop it there.  Thank you.  At

24    4:06?

25

1   BY MS. BERKOWER:

2      Q.   Now, in that clip did you hear a male's voice?

3      A.   Yes.

4      Q.   Whose voice was that?

5      A.   My father's.

6      Q.   Did you also hear a woman's voice?

7      A.   Yes.

8      Q.   Whose voice was that?

9      A.   That was my mother.

10     Q.   And in this clip, did you hear a reference to him

11  being in the security of his own home?

12     A.   Yes.

13     Q.   Could you explain what was being talked about at

14  that point in time?

15     A.   My mother had pretty much stopped him from talking

16  about something.  And my mother -- and my father responded,

17  This is my house.  I can say whatever I want in here.

18     Q.   And when your mom stopped him from talking, what

19  had you been talking about?

20     A.   What he was doing.

21     Q.   What he was doing when?

22     A.   On January 6th.

23        MS. BERKOWER:  Now, if we could jump forward to 6

24  minutes on the recording and play to 6 minutes and 10

25  seconds, please.

1                      (Played video.)

2            **MS. BERKOWER:**  Yes, and we stopped at 6:11.

3    **BY MS. BERKOWER:**

4        **Q.**   Did you hear your father talking there?

5        **A.**   Yes.

6        **Q.**   Did you hear him say -- refer to turning his

7    camera back on?

8        **A.**   Yes.

9        **Q.**   What was he talking about there?

10       **A.**   He was talking about whenever he stopped recording

11   to preserve battery on his GoPro to then record it once he

12   starts making the move on the Capitol.

13       **Q.**   And what happened when he -- did he have a video

14   of that?

15       **A.**   Briefly.

16       **Q.**   So explain what he had and what he didn't have.

17       **A.**   He had a one-second clip and that was it.   It

18   seemed to have died or just stopped recording.

19       **Q.**   On that clip we just heard, did you hear saying,

20   "Going up to the insurrection"?

21       **A.**   Yes.

22       **Q.**   What did you understand him saying there?

23       **A.**   Charging the Capitol.

24            **MS. BERKOWER:**  If we could go to 6:40 on the

25   timestamp, please.

1          (Played audio.)

2          **MS. BERKOWER:**  Let's stop there at 6:40, please.

3  BY MS. BERKOWER:

4     **Q.**  So what happened in that clip that we just

5  listened to?

6     **A.**  He was attempting to show us the clip that he had

7  taken once he had started recording, again.

8          (Sidebar discussion.)

9          **MS. BERKOWER:**  I didn't know if we should take a

10  break or --

11          **THE COURT:**  How much more do we have?

12          **MR. NESTLER:**  There's a bunch more recordings to

13  go through.  I am just saying maybe, Your Honor, to wake

14  them up.

15          **THE COURT:**  No.  No.  I thought you were getting

16  close.  You got more videos than this?  How much more do you

17  have, Ms. Berkower?

18          **MR. NESTLER:**  Maybe about 40 or 45 minutes to get

19  through the recordings, Your Honor.

20          **THE COURT:**  Forty-five minutes?  All right.

21          (Sidebar concluded.)

22          **THE COURT:**  Mr. Hopkins, we are going to take a

23  break.  So let's hold off.

24          All right, ladies and gentlemen --

25          **COURTROOM DEPUTY:**  Hold on, Your Honor.

1      **THE COURT:**  All right, ladies and gentlemen, we

2   are going to take a 10-minute break now.  So if you could

3   please be back at 3:40.

4      **COURTROOM DEPUTY:**  All rise.

5      **THE COURT:**  I'm going to stay on the bench to talk

6   to counsel.

7      **COURTROOM DEPUTY:**  Okay.

8      (Jurors exited the courtroom.)

9      **THE COURT:**  All right.  You can sit.

10      I just wanted to raise two issues.  One,

11   Mr. Welch, I don't understand why you are so concerned about

12   Reffitt's wife telling Jackson Reffitt he was in D.C.   If

13   you want a limiting instruction on that, it wasn't offered

14   for the truth of the matter, I will give it.  The texts that

15   he was in D.C., he's not disputing he was in D.C.  I guess

16   I'm missing why you were so concerned about that.

17      **MR. WELCH:**  I did not know what else he might say

18   his mother said during that conversation, Your Honor.  I

19   mean --

20      **THE COURT:**  All right.  Well, that was the only

21   thing that I caught that she said.  It wasn't offered for

22   the truth.  If you want a limiting instruction, I just want

23   to be clear.  I will give that.  But the fact he was in

24   D.C. is not disputed.  Right?

25      **MR. WELCH:**  It's not disputed.

1          **THE COURT:**  All right.

2          **MR. WELCH:**  And as it played out, that is all --

3          **THE COURT:**  All right.  All right.

4          **MR. WELCH:**  I was concerned that something more

5     might come in.

6          **THE COURT:**  That's not the point you made but

7     anyway.  I get it.  I get it.

8               As far as breaks, folks, if you all need a

9     restroom break or, you know, a drink of water, let me know.

10    I will give you that break.  Just ask me.  Otherwise, I'm

11    going to wait for the jury, for signs that they need to go.

12    All right?  So don't suggest this would be a good time to

13    break, unless -- just ask the question, May we have a break?

14    I'm not trying to keep anyone here who is uncomfortable.

15    But I want to move this case.  As long as the jury is

16    attentive, I want to keep this going.  This is taking longer

17    than I expected, so I want to move it.

18         **MR. NESTLER:**  Your Honor, so I can make a record.

19    The reason I mentioned that, I saw a juror --

20         **THE COURT:**  I'm glad you did.  I'm not

21    complaining.  I want you all to know I will take a break for

22    you all as well as the jury.  I am not going to break when

23    the government thinks it's a good time to break.  All right?

24    I am going to wait until I think the jury needs a break,

25    unless you need one.

1          **MR. NESTLER:**  Yes, Your Honor.

2          (Recess.)

3          **THE COURT:**  So, Counsel, I sure hope we can get to

4     the cross today.  Do you think that's realistic to go to

5     3:45?

6          **MS. BERKOWER:**  Um, do you mean 4:45?

7          **THE COURT:**  I mean 4:45.

8          **MS. BERKOWER:**  I think it is realistic, Your

9     Honor.  I will try to pick up the pace a little bit.

10    Unfortunately, with the recordings, they play at their

11    normal speed.  But I will try to make this go a little

12    faster.

13         **THE COURT:**  Mr. Reffitt, I want to remind you, you

14    are still under oath.  Keep your voice up.  You have a

15    tendency to answer and drop off as you are answering.

16         **THE WITNESS:**  I do.  How is this?

17         **THE COURT:**  Better.

18         **THE WITNESS:**  I will keep it like that.  Please

19    let me know.

20         **THE COURT:**  I will give you a hand signal.  I hate

21    to keep interrupting your testimony.

22         (Jurors entered the courtroom.)

23         **COURTROOM DEPUTY:**  Parties can be seated.

24         **THE COURT:**  All right.  You may proceed,

25    Ms. Berkower.

1        **MS. BERKOWER:**  Thank you.

2        **THE COURT:**  You may remove your mask.

3        **THE WITNESS:**  Oh, yeah.

4   BY MS. BERKOWER:

5        **Q.**   I will remind you, you are still under oath.  You

6   understand that.  Right?

7        **A.**   Of course.

8        **Q.**   And if you could continue to speak into the

9   microphone.

10       **A.**   How is that?

11       **Q.**   All right.

12       **MS. BERKOWER:**  We are going to move on to

13   Government's Exhibit 214.  Mr. Hopkins, if you can remove

14   the jurors' view of the screen for a moment.

15       **COURTROOM DEPUTY:**  Absolutely.

16       **MS. BERKOWER:**  Ms. Rohde, if you could cue it to

17   28 seconds, please?  Mr. Hopkins, if we could please have

18   the jury view.  And if you could please play it, Ms. Rohde.

19            (Played audio.)

20       **MS. BERKOWER:**  You can stop it there.

21   BY MS. BERKOWER:

22       **Q.**   Jackson, did you hear two female voices on that

23   recording?

24       **A.**   I did.

25       **THE COURT:**  Wait.  Did we lose the mic?

1          **COURTROOM DEPUTY:**  I don't think so.

2          **THE WITNESS:**  Check?  How is this?

3          **THE COURT:**  Much better.

4          **THE WITNESS:**  There we go.

5          **MS. BERKOWER:**  Okay.  All right.  May I proceed,

6   Your Honor?

7          **THE COURT:**  Yes.

8   **BY MS. BERKOWER:**

9      **Q.**   Did you hear two female voices in that clip?

10     **A.**   Yes, I did.

11     **Q.**   Who was the first female voice talking about a

12  moment of sadness?

13     **A.**   My mother.

14     **Q.**   Who was the second female voice asking why?

15     **A.**   Peyton.

16         **MS. BERKOWER:**  Now, if we could play from 35

17  seconds to 45 seconds, Ms. Rohde.

18         (Played audio.)

19         **MS. BERKOWER:**  You can stop at 48 seconds.

20  **BY MS. BERKOWER:**

21     **Q.**   Did you hear a male voice there?

22     **A.**   Yes, I did.

23     **Q.**   Whose voice was that?

24     **A.**   My father's.

25         **MS. BERKOWER:**  If we could continue playing

1    through 1:45 seconds.

2              (Played audio.)

3              **MS. BERKOWER:**  You can stop it there.  And,

4    Ms. Rohde, if we could fast forward to 3:03 on the timestamp

5    and play to 3:38, please.

6              (Played audio.)

7              **MS. BERKOWER:**  We stopped at 3:38.

8    BY MS. BERKOWER:

9         **Q.**   Did you hear a reference to a bag right there?

10        **A.**   Yes, I did.

11        **Q.**   What was he referring to?

12        **A.**   The opaque plastic trash bag liner that was

13   holding his clothes.

14             **MS. BERKOWER:**  And, Ms. Rohde, if we could go to

15   4:29 on the timestamp, please, and play to 5:30.

16             (Played audio.)

17             **MS. BERKOWER:**  Stop there at 5:31.

18   BY MS. BERKOWER:

19        **Q.**   Did you hear your father say that he, "Take on the

20   Capitol police like nobody else was doing"?

21        **A.**   Yes, I did.

22        **Q.**   What did you understand him to be talking about

23   there?

24        **A.**   His confrontation with the police on January 6th

25   at the Capitol.

1    **MS. BERKOWER:**  And, Ms. Rohde, if you could

2    continue playing this through 6:03.

3           (Played audio.)

4           **MS. BERKOWER:**  Stop there at 6:04.

5           Ms. Rohde, could you please advance to 6:30 and

6    play to 6:40.

7           (Played audio.)

8           **MS. BERKOWER:**  Stop there at 6:41.

9           We'll go on now to Government's Exhibit 218.  If

10   we could take down the jury's view while Ms. Rohde cues the

11   recording.  And if we could have the jury view back, please?

12   Thank you.

13          And, Ms. Rohde, if you could play the start of

14   there to 34 seconds.

15          (Played audio.)

16          **MS. BERKOWER:**  You can stop that there.

17          If we could go on, fast forward to 3:23, and play

18   that for a little over 2 minutes.

19          (Played audio.)

20          **MS. BERKOWER:**  Stop right there.  It stopped at

21   what looks like 5:48.

22   **BY MS. BERKOWER:**

23     **Q.**   Do you recall your father telling you the things

24   you heard in this clip?

25     **A.**   Yes, I do.

1      Q.   What was his demeanor as he was telling you this?

2      A.   He was proud and ecstatic.

3           **MS. BERKOWER:**  If we could go, Ms. Rohde, to 6:26

4      and play til 7:54.  Thank you.

5                (Played audio.)

6           **MS. BERKOWER:**  You can stop there.  We stopped at

7      7:26.

8      **BY MS. BERKOWER:**

9      Q.   Did you hear your father say, "This gun right here

10     was loaded"?

11     A.   Yes, I did.

12     Q.   What was he talking about?

13     A.   The gun on his hip.

14     Q.   How do you know that?

15     A.   Because I believe he lifted it out of his holster

16     and showed it.

17          **MS. BERKOWER:**  Ms. Rohde, if you could please pick

18     back up where we left off at 7:26.

19                (Played audio.)

20          **MS. BERKOWER:**  You can stop there at 7:55.

21     **BY MS. BERKOWER:**

22     Q.   In those two clips we just listened to, did you

23     hear your father refer to the preface -- or the beginning?

24     A.   Yes.

25     Q.   And what did you understand him to mean?

997

1      **A.**    That he was going to do more and that --

2      **Q.**    How did that make you feel?

3      **A.**    Scared, paranoid and worried.

4      **Q.**    And why?

5      **A.**    Because January 6th was already so bad and for

6      that to just be the beginning is scary, and to hear my

7      father say that is scary.

8           **MS. BERKOWER:**  Going on now to 10:45 and play to

9      11:15, please.  We will start at 10:42.  Thank you.

10          (Played audio.)

11          **MS. BERKOWER:**  Well, actually, keep playing for a

12     second.

13          (Played audio.)

14          **MS. BERKOWER:**  Stop there.  We stopped at 1:19.

15     **BY MS. BERKOWER:**

16     **Q.**    Did you, in that clip, talk about fighting for

17     months yourself?

18     **A.**    Yes.

19     **Q.**    What were you talking about?

20     **A.**    Me speaking up about what I think is wrong and

21     going to protests and advocating for them.

22     **Q.**    And what kind of protests have you been going to?

23     **A.**    Peaceful rallies around city blocks, as well as

24     speaking out online.

25     **Q.**    What kind of causes were you going for?

1      **A.**   BLM, as well as just advocating for trans' rights

2   and et cetera.

3      **Q.**   Were they causes that you had -- that you knew

4   your father and mother had opinions about?

5      **A.**   Yes.

6      **Q.**   And did your opinions agree or disagree with them?

7      **A.**   They disagreed.

8      **Q.**   And why did you raise going to those rallies and

9   events at this point in the conversation?

10      **A.**   To compare what he's doing to what I'm doing.

11          **MS. BERKOWER:**   Now, if we could go ahead to 13:07,

12   Ms. Rohde, and play to 13:48, please?

13          (Played audio.)

14          **MS. BERKOWER:**   We stopped at 13:48.  Ms. Rohde --

15   Mr. Hopkins, if you could take down the jury view.  We will

16   go on, Ms. Rohde, to Government's Exhibit 215 in evidence.

17   Ms. Rohde -- and we can have the jury screen up again,

18   please, Mr. Hopkins.  Thank you.

19          Ms. Rohde, if we can cue this up at 3:11 and play

20   to 4:18.

21          (Played audio.)

22          **MS. BERKOWER:**   We can stop there.  That's at 4:17.

23   If you could, Ms. Rohde, go to 4:17 and play until 5:48.

24          (Played audio.)

25          **MS. BERKOWER:**   I think that's the end.  We can

1    stop right there.  And, Mr. Hopkins, if you could take the

2    jury view down.  We have one more recording.

3            Ms. Rohde, if you could please cue that up.  And

4    Mr. Hopkins, if you don't mind showing the jury again.  And,

5    Ms. Rohde, we will start this at 12 seconds.  And you can

6    play that.

7            (Played audio.)

8            **MR. BERKOWER:**  We stopped at 1:34.

9    **BY MS. BERKOWER:**

10       **Q.**   What did you understand your father to be talking

11   about there?

12       **A.**   To be talking about, he brought a weapon onto --

13   with him to the Capitol.

14           **MS. BERKOWER:**  And if we could go, Ms. Rohde, to

15   2:25, please, and play to 3:25.

16           (Played audio.)

17   **BY MS. BERKOWER:**

18       **Q.**   Did you hear your father say, "I'm not done yet"

19   in this clip?

20       **A.**   Yes, I did.

21       **Q.**   What did you understand him to mean by that?

22       **A.**   That he was going to keep doing what he was doing.

23       **Q.**   And did you take him seriously?

24       **A.**   At this time, yes.

25       **Q.**   Why at this time?

1     **A.**   Because clearly he wasn't just talking at this

2     point.   He had proven that he can say stuff and act out on

3     them.

4     **Q.**   And hearing all of this from your father, how did

5     this make you feel that night?

6     **A.**   Uncomfortable.

7     **Q.**   And how did this evening end?   Well, how did the

8     night end?

9     **A.**   We just went our separate ways.

10    **Q.**   So let's talk about what happened after your

11    father got home and the days after.   Okay?   When you first

12    got home, did he seemed concerned about the consequences of

13    what he had done?

14    **A.**   Yes.

15    **Q.**   And describe what you mean by that?

16    **A.**   He had stopped me in the hallway one morning,

17    after I came back home to pick up some stuff, and he had

18    mentioned that he had -- that the FBI was watching him and

19    that he had to delete everything.

20    **Q.**   And was this right after he got home?   A few days

21    later?   Much later?   Can you orient us in time, please?

22    **A.**   It was a few days later.

23    **Q.**   And how did you respond when he told you this

24    about being watched?

25    **A.**   I pretty much had said -- I mean, yeah, you were

1    at the Capitol on January 6th.

2         **Q.**   And when he said he had to delete everything, what

3    did you understand him to be talking about?

4         **A.**   I don't know specifically.

5         **Q.**   What did you do upon having this conversation with

6    him?

7         **A.**   I pretty much tried grabbing my stuff.  I was,

8    like -- I did not want to be there for that conversation.

9         **Q.**   Did you leave your house?

10        **A.**   I don't remember.

11        **Q.**   So was that the only time that your father -- that

12   conversation in the hallway that you just described, was

13   that the only time your father expressed concerns about

14   getting caught?

15        **A.**   No.

16        **Q.**   Was there another conversation as well?

17        **A.**   Yes.

18        **Q.**   So let's talk about that conversation.  Was that

19   conversation the same day that you later met with the FBI?

20        **A.**   Yes, it is.

21        **Q.**   So was that in the morning?

22        **A.**   Yes, it was.

23        **Q.**   Who else was a part of this conversation that you

24   had with your father?

25        **A.**   My younger sister, Peyton.

1    **Q.**   Was there anyone else in the room?

2    **A.**   Her friend Cade.

3    **Q.**   How did this conversation start?

4    **A.**   I'm not entirely sure.  I walked in while my

5    sister and my dad were talking.

6    **Q.**   And what were they talking about?

7    **A.**   My younger sister was expressing how she did not

8    agree that my father went on January 6th, and my dad was

9    defending it.

10    **Q.**   Did you weigh in on the conversation yourself?

11    **A.**   Yes, I did.

12    **Q.**   What did you do?

13    **A.**   I told you this was going to happen, clearly, as

14    you did what you did.

15    **Q.**   What did you mean, I told you this would happen?

16    What were you referring to?

17    **A.**   A previous exchange through our messages, such as

18    me saying, Aren't they watching everyone going there and

19    everyone on social media, et cetera.

20    **Q.**   And what happened after you weighed in?

21    **A.**   My father got more upset as the conversation went

22    on.

23    **Q.**   And upset in what way?  How could you tell?

24    **A.**   He -- I perceived it as almost as him being

25    cornered by me and my sister, by communicating how a lot of

1    stuff can go wrong whenever you do something like this.

2         **Q.**   And what was he saying?

3         **A.**   He was -- he went on to talk about all these

4    families are turning each other in, and we both agreed that

5    that is going to happen.

6              He got progressively more upset, labeling those

7    who do that as traitors.  And then later saying, If you turn

8    me in, you are traitor.  Traitors get shot.

9         **Q.**   And what did you do when you heard him say that?

10        **A.**   I looked at my sister.  She looked at me.  We were

11   both -- from what I could tell -- flabbergasted and

12   confused.  And I was pretty grossed out hearing my father

13   say that to me and pretty worried about my sister.

14        **Q.**   Did anyone say -- did either you or your sister

15   say anything to your father?

16        **A.**   Yes.  We retaliated being, like, Why did you say

17   that?

18        **Q.**   Can you keep the microphone up?

19        **A.**   Yes, I apologize.

20        **Q.**   I'm sorry.  You said one of you did respond to

21   him?

22        **A.**   Yes.

23        **Q.**   Could you explain who responded and what either of

24   you said?

25        **A.**   Yes.  We both retaliated and said, Why would you

1    say that?  And expressed that that's not cool to say to your

2    kids.  That's a threat.

3        **Q.**   And how were you feeling when this was all going

4    on?

5        **A.**   Scared.  Not only for myself but my sister.

6        **Q.**   And why were you scared?

7        **A.**   Because what he said was a threat and he could

8    perceive it in any way.  That's not okay to say to your

9    kids.

10       **Q.**   What happened when you spoke back to your father

11   about that?

12       **A.**   He argued that we are putting words in his mouth.

13       **Q.**   And did you feel that you were?

14       **A.**   No.

15       **Q.**   So what did you say?

16       **A.**   I said, You said what you said literally.  You

17   said that.

18       **Q.**   And what happened next?

19       **A.**   I believe Peyton later moved over to the island in

20   the kitchen on a barstool, and she was on her phone.  Later

21   in the conversation my father snapped at her and said, um,

22   You better not be recording this or I will put a bullet in

23   your phone.

24       **Q.**   And what was your understanding what Peyton was

25   doing with her phone at that point?

1    **A.**    She was going through her apps.  Because whenever

2    she is flustered or frustrated with a conversation, she will

3    just swipe through her phone.

4    **Q.**    And what happened when he said that to her?

5    **A.**    She pretty much gasped and was, like, What?  No.

6    No.  She said -- she denied that she would do that.  And I

7    don't think she took it as seriously as she should have.

8    **Q.**    Did you take it seriously?

9    **A.**    Of course.

10    **Q.**    Why?

11    **A.**    Cause that's a violent action towards my little

12    sister.

13    **Q.**    And at the time that he was saying these things,

14    what was his demeanor?

15    **A.**    Towards the start of the conversation, he was

16    relatively calm standing his ground.  But as it grew and I

17    focused on him being more cornered, and that's what I

18    perceived, he grew more frustrated, red.  His eyes grew a

19    little larger.  He was shaking a little.  He was clearly

20    very, very, very upset.

21    **Q.**    Later that same day, did you meet with the FBI in

22    person?

23    **A.**    Yes, I did.

24    **Q.**    Had -- was that the first time?

25    **A.**    Yes, it was.

1     Q.   And did you want to go to that meeting?

2     A.   Yes.

3     Q.   Why?

4     A.   I felt obligated to tell someone about what's been

5  going on.

6     Q.   And before you went, how were you feeling about

7  it?

8     A.   Terrified.  Clearly never done something like that

9  before.

10    Q.   Did you have any concerns that your family would

11 find out?

12    A.   Yes.

13    Q.   Did you take any steps to avoid being found out?

14    A.   Yes, I did.

15    Q.   What did you do?

16    A.   I had -- I was paranoid, since my father owned a

17 GPS tracker that he could attach to the bottom of a car.  I

18 had not seen it in his gun safe prior.  So I took the action

19 to drive to my local high school where some old friends

20 were.  And wait there for about 15 minutes and hang out.

21 And then proceed to the restaurant where I was meeting the

22 FBI agent with.

23    Q.   And why did you think that would help you from

24 being caught by anyone in your family?

25    A.   Because it would give me some sort of story to say

1  that I was actually doing that day.

2      **Q.**   Now, when you met with the agent, who did you meet

3  with?

4      **A.**   FBI Agent Hightower.

5      **Q.**   And did you give him anything?

6      **A.**   Of course.

7      **Q.**   What did you give him?

8      **A.**   I gave him screenshots from our group chat.

9      **Q.**   Were those the screenshots you testified about

10  earlier today?

11      **A.**   Yes, it is.

12      **Q.**   What else did you give him?

13      **A.**   Audio recordings that I made.

14      **Q.**   Were those the audio recordings we just listened

15  to here in court?

16      **A.**   Yes, it is.

17      **Q.**   What else did you tell him?

18      **A.**   Pretty much everything that I could -- I have

19  known from my father's snowballing into a former extreme

20  militia, to his recent activities of his meeting in my

21  house, traveling around and going to other meetings.

22      **Q.**   And did you tell him what you had learned from

23  your father about his activities on the 6th?

24      **A.**   Yes.

25      **Q.**   Did you also tell the agent about the conversation

1    you had had earlier that day with your father and Peyton?

2         **A.**   Yes, I did.

3         **Q.**   What was the main message you were trying to

4    convey with the agent when you were telling him about that?

5         **A.**   That he threatened me and my little sister.

6         **Q.**   Now, about five days after that, did the FBI come

7    and search your house and place your father under arrest?

8         **A.**   Yes.

9         **Q.**   In the time between when you met with Agent

10   Hightower and the day that the FBI came to your house, where

11   did you spend most of your time?

12        **A.**   Usually at my girlfriend's house.

13        **Q.**   Did you also spend time at your parents' house?

14        **A.**   Yes.

15        **Q.**   And how were you feeling at that point?

16        **A.**   Terrified and guilty.

17        **Q.**   So why did you --

18        **A.**   No, you are perfect.

19        **Q.**   You said terrified, guilty and what?

20        **A.**   Gross.

21        **Q.**   And why did you stay at home, if that's how you

22   were feeling?

23        **A.**   Because I wanted to be there and pretty much

24   comfort my family.  But I also didn't want to be there to

25   have any sort of clash.

1    **Q.**   Did you engage in much conversation with your

2    father during that time period?

3    **A.**   Not much, no.

4    **Q.**   Why not?

5    **A.**   Because I didn't want to be around him.

6    **Q.**   On the day of the search, were you home when the

7    FBI came?

8    **A.**   No.

9    **Q.**   Where were you?

10   **A.**   At my girlfriend's house.

11   **Q.**   Did you know ahead of time they were coming?

12   **A.**   Of course not.

13   **Q.**   And how did you find out they had come?

14   **A.**   I believe my mom called me.  I don't remember the

15   time.

16   **Q.**   And what did you do when she called you?

17   **A.**   I ran right over.  It was a very brief

18   conversation.

19   **Q.**   And when you went -- when you got to your house,

20   how were you feeling?

21   **A.**   Surreal and nervous, obviously.  But I just wanted

22   to be there to comfort my family.

23   **Q.**   Now, in the first few days after the search, did

24   you still keep your belongings at home and live at home?

25   **A.**   Of course.

1      **Q.**   During those days, what, if anything, did your

2    family know about your previous contact with the FBI?

3      **A.**   None.

4      **Q.**   And did there come a time when they learned you

5    had been in touch with the FBI?

6      **A.**   Yes.

7      **Q.**   How did your mother and sisters react to that

8    news?

9      **A.**   Pretty hard.  But --

10      **Q.**   And -- sorry.  Keep finishing your answer.  I

11   didn't realize you had more.

12      **A.**   No, that's okay.

13      **Q.**   Did you make the decision to move out?

14      **A.**   Yes.

15      **Q.**   Have you had much contact with your family since

16   then?

17      **A.**   Not much, no.

18      **Q.**   And how does that make you feel?

19      **A.**   Sad.  It's difficult.  It's, yet again, surreal.

20   I've never had this happen to me and be this long without

21   any sort of contact, but when we do talk it's nice.

22      **Q.**   In the days after your father's arrest, did you

23   give interviews to the media?

24      **A.**   Yes.

25      **Q.**   Did you get paid for any of those interviews?

1    **A.**    No.

2    **Q.**    Why did you give all of those interviews?

3    **A.**    I thought it would be a good thing to talk about

4    for a lot of families that are going through this.

5    **Q.**    What do you mean "a lot of families that are going

6    through this"?

7    **A.**    There were hundreds of people involved in January

8    6th, and they all have families, and everyone is attached to

9    them.

10   **Q.**    And after some of these media appearances, did you

11   start a GoFundMe account?

12   **A.**    Yes, I did.

13   **Q.**    Why?

14   **A.**    People were asking for it.

15   **Q.**    What was the stated purpose of the money in the

16   GoFundMe account?

17   **A.**    College, living expenses, dental care, as well as

18   to help me get around in my car.

19   **Q.**    At that point, were you living with your family?

20   **A.**    No.

21   **Q.**    Did you have support monetarily from your family?

22   **A.**    No.

23   **Q.**    And did people contribute to your GoFundMe

24   account?

25   **A.**    Yes, they did.

1    **Q.**   At the present time, how much money has been

2    contributed?

3         **A.**   158,000.

4    **Q.**   What have you used that money for, to the extent

5    you've used it?

6         **A.**   Getting started in my apartment, as well as my

7    college expenses, my car as well.

8    **Q.**   Did you also get dental care?

9         **A.**   Yes, I do now.

10   **Q.**   Did you buy any gifts with this money?

11        **A.**   No.

12   **Q.**   Did you take any trips?

13        **A.**   No.

14   **Q.**   Did you buy new cars, fancy cars?

15        **A.**   No.

16   **Q.**   Did you take vacations?

17        **A.**   No.

18   **Q.**   How do you feel about people donating all of that

19   money to you under these circumstances?

20        **A.**   I -- I -- I almost feel guilty but they are

21   helping me throughout all of this and I'm so grateful.

22   **Q.**   Jackson, did you come forward to the FBI to get

23   famous?

24        **A.**   No.

25   **Q.**   Did you come forward to get money in a GoFundMe

1    account?

2         **A.**   No.

3         **Q.**   Why did you send a tip to the FBI on Christmas

4    Eve?

5         **A.**   Because I was scared and paranoid, and I didn't

6    know what was going to happen.

7         **Q.**   Why did you record your father when he came home

8    from D.C. ?

9         **A.**   Because I was afraid no one would believe me.

10        **Q.**   And why did you meet with the FBI after January

11   6th?

12        **A.**   Because I wanted to talk to someone.

13        **Q.**   Sitting here today, how do you feel about your

14   decision to report this to the FBI?

15        **A.**   I don't regret it but it's a lot.  I don't have

16   words to really describe it.  I think this is the best-case

17   scenario.

18        **Q.**   Is this an emotional topic for you?

19        **A.**   Of course.

20        **Q.**   Is it hard for you to testify about these things?

21        **A.**   Of course.

22             **MS. BERKOWER:**  Court's brief indulgence.

23             No further questions for this witness, Your Honor.

24             **THE COURT:**  Mr. Welch?

25             **MR. WELCH:**  Yes, please.

1    <u>CROSS-EXAMINATION OF JACKSON REFFITT</u>

2  BY MR. WELCH:

3    **Q.**   Good afternoon, Mr. Reffitt.

4    **A.**   Hi.

5    **Q.**   My name is Bill Welch.  I am also going to ask you

6  some questions.  Isn't it true that your dad rants a lot?

7    **A.**   Yes, he does.

8    **Q.**   And in those pictures that the government was

9  showing you of your dad's nightstand, did you see the

10  bottles on that table?

11    **A.**   Yes, the Corona bottles.

12    **Q.**   The Corona bottles.  To be explicitly clear, what

13  is Corona?

14    **A.**   It's a beer.  A Mexican beer.

15    **Q.**   And does your dad drink?

16    **A.**   Yes.

17    **Q.**   And, in fact, on the day when you made those

18  recordings, he had been drinking.  Correct?

19    **A.**   Casually, yes.

20    **Q.**   And would you agree that he was at least tipsy

21  when you made those recordings?

22    **A.**   Yes.

23    **Q.**   Have you seen him tipsy on other occasions?

24    **A.**   Yes, of course.

25    **Q.**   Have you seen him intoxicated on other occasions?

1   **A.**   Yes, I have.

2   **Q.**   How often would you say that you have seen him

3   intoxicated?

4   **A.**   Heavily intoxicated?

5   **Q.**   Yes, please.

6   **A.**   Very rarely.  Every couple months.

7   **Q.**   Every couple of months.  And how often do you see

8   him drink?

9   **A.**   Pretty much any time he is lounging.

10   **Q.**   And how often was that, say, in the time between

11   August of 2020 and when you moved out in January of 2021?

12   **A.**   How much as -- had he drank in between that

13   period?

14   **Q.**   How often was he lounging?

15   **A.**   Pretty consistently.  About every night he was

16   lounging before he actually went to bed.

17   **Q.**   Every night.  So that would mean he was drinking

18   every night.  Correct?

19   **A.**   Almost every night, yes.

20   **Q.**   Does your dad take any medications that you know

21   of?

22   **A.**   Yes, he does.

23   **Q.**   What medications does he take?

24   **A.**   I know Xanax but that is all I know.

25   **Q.**   And do you know what he takes the Xanax for?

1    **A.**   I believe his back pain is his reason.

2    **Q.**   Okay.  Isn't Xanax a medication for anxiety?

3    **A.**   Yes.

4    **Q.**   To your knowledge, does your father have anxiety?

5    **A.**   Yes, he does.

6    **Q.**   Do you know whether you're supposed to be drinking

7    when you take Xanax?

8              **MS. BERKOWER:**  Objection, Your Honor.

9              (Sidebar discussion.)

10             **MS. BERKOWER:**  I don't know that there is any

11   foundation that this witness has the information.

12             **THE COURT:**  Mr. Welch, I don't think that is an

13   appropriate question for him.

14             **MR. WELCH:**  If he knows, Your Honor.  He might not

15   know.

16             **THE COURT:**  He doesn't establish he has medical

17   expertise or any knowledge of Xanax.  I just don't think

18   this is the appropriate witness to get into this.  You can

19   talk about his drinking and how he appears but getting into

20   that, unless you know the kid takes Xanax himself.

21             **MR. WELCH:**  Well, maybe I can ask him whether he

22   knows.  And if he doesn't know, then I am stuck with the

23   answer.

24             **THE COURT:**  Do you have a good-faith basis for

25   asking that question?

1          **MR. WELCH:**  He is familiar with the fact that his

2    dad takes medication.  He takes Xanax.

3          **THE COURT:**  Keep your voice down.

4          Do you have a good-faith basis for knowing that he

5    takes Xanax?

6          **MR. WELCH:**  That Jackson takes Xanax?  No, I don't

7     know whether he takes it.

8          **THE COURT:**  I'm not going to allow the question.

9          (Sidebar concluded.)

10   **BY MR. WELCH:**

11   **Q.**   Turning to January the 11th, 2021, do you know

12   whether your dad had been drinking that day?

13   **A.**   Yes, he had.

14   **Q.**   Do you know how much he had had to drink that day?

15   **A.**   Not much, no.

16   **Q.**   And it was still the morning; is that right?  In

17   other words, when you had your conversation with you, your

18   dad and your sister, that would have been in the morning.

19   Correct?

20   **A.**   Oh, um -- that's January 11th.  I thought January

21   11th was the day he got back.

22   **Q.**   We were talking about January the 11th, the day

23   that you and Peyton and your dad were having a conversation.

24   **A.**   I don't know if he was drinking.

25   **Q.**   You don't?

1    **MR. WELCH:**  Court's indulgence, please.

2    **BY MR. WELCH:**

3        **Q.**   I believe you indicated during that conversation

4    that your dad was clearly upset.  Correct?

5        **A.**   Yes.

6        **Q.**   And you thought it would be a good idea to

7    continue that conversation, even though your dad was clearly

8    upset; is that right?

9        **A.**   Yes.

10       **Q.**   You didn't decide to stop that conversation, even

11   though you knew your dad was clearly upset.  Correct?

12       **A.**   So was my sister, yes.

13       **Q.**   Did you consider asking your sister to leave the

14   room with you?

15       **A.**   Of course.

16       **Q.**   But you didn't do that?

17       **A.**   No.

18       **Q.**   You decided to continue the conversation?

19       **A.**   With him, yes.

20       **Q.**   Now, you also indicated that after that

21   conversation, you turned to stay at home with your family,

22   despite the threat, in order to comfort your family; is that

23   right?

24       **A.**   I had went out after that threat.

25       **Q.**   Correct.  But then you did return home later that

1    day.  Correct?

2         **A.**   Yeah.

3         **Q.**   Okay.  And between the 11th of January, 2021 and

4    whenever you ultimately moved out, when was that?

5         **A.**   I don't exactly remember.

6         **Q.**   Excuse me.  I couldn't hear you.

7         **A.**   I don't exactly remember.

8         **Q.**   You don't remember when you moved out?

9         **A.**   No.

10        **Q.**   But you did continue living at home with your dad

11   even after that threat.  Correct?

12        **A.**   Of course.  I wanted to be with my sisters and my

13   mom.

14        **Q.**   To comfort them.  Correct?

15        **A.**   Of course.

16        **Q.**   Okay.  How did they learn that you had turned your

17   dad in?

18        **A.**   Through the Chris Cuomo interview on CNN.

19        **Q.**   So you didn't tell your mom or your sisters that

20   you were going to do that interview; is that correct?

21        **A.**   No.

22        **Q.**   Did you tell them that you were going to do the

23   Good Morning America interview?

24        **A.**   No.

25        **Q.**   Did you tell them that you were speaking to anyone

1      else in the media?

2          **A.**    No.

3          **Q.**    Did you consider, as a way to try to comfort your

4      family, at least giving them a heads up that these

5      interviews were going to happen?

6          **A.**    No.  That would have been a much bigger conflict

7      between us and I did not want that.

8          **Q.**    Don't you think it would have been shocking for

9      them to learn through the television --

10         **A.**    Of course.

11         **Q.**    -- that you were going to talk about that?

12         **A.**    Yes, of course, but I did not want to have that

13     clash in person at all.  I cannot tell them myself.

14         **Q.**    But if you stayed home in order to comfort them,

15     didn't you?

16         **A.**    After the CNN interview I left.  I did not want to

17     have that clash.

18         **Q.**    And in terms of comforting them, have you, from

19     your new found GoFundMe fortune, offered to them help them

20     at all?

21         **A.**    Yes.

22         **Q.**    What did you do to help them?

23         **A.**    I offered.

24         **Q.**    In fact, isn't what you said to your mom, It's

25     GoFundMe, not go fund us?

1      **A.**   That is not a quote.  It is from the Vice article.

2      It is not a quote.

3      **Q.**   So you deny that?

4      **A.**   Yeah, I believe my sister said that in SnapChat.

5      **Q.**   You said today that you took your father's words

6      literally on January the 11th.  Correct?

7      **A.**   Of course.

8      **Q.**   But isn't it true that you also said to T.J.

9      Holmes on Good Morning America, "I never thought he would

10     act on it."  Isn't that true?

11     **A.**   I believe, yes.

12     **Q.**   The Court's indulgence, please.

13         I'm going to change topics now and talk a little

14     bit about what you are studying.  Okay?  You are studying

15     political science; is that right?

16     **A.**   Yes.

17     **Q.**   And would you agree that you have strong political

18     feelings yourself?

19     **A.**   Yes.

20     **Q.**   Like your dad has strong political feelings.

21     **A.**   Yes, but not as aggressive.

22     **Q.**   But they are the opposite political feelings.

23     **A.**   Yes.

24     **Q.**   And wouldn't you also agree that you feel that

25     your dad talks down to anyone who is against his opinion; is

1       that a fair statement?

2            **A.**    Yes.

3            **Q.**    And having such strong political feelings

4       yourself, you must not like that when he does it to you?

5            **A.**    Anyone does it to anyone.

6            **Q.**    But you choose to argue with him about that.  You

7       don't choose to let it go; is that fair to say?

8            **A.**    I learned my lesson and learned to pick my

9       battles.

10           **Q.**    When did you learn that lesson?

11           **A.**    Throughout the many years.

12           **Q.**    Well, if you learned it throughout the many years,

13      then why on January the 11th, 2011, did you choose to keep

14      that political conversation going, when you knew he was

15      clearly upset?

16           **A.**    I don't know.

17           **MR. WELCH:**  Court's indulgence, please.

18      **BY MR. WELCH:**

19           **Q.**    On February the 25th of this year, basically a

20      week or so ago, isn't it true that you said you were "pretty

21      sure" that your dad used the words "traitors get shot"?

22           **A.**    Yes.

23           **MR. WELCH:**  Court's indulgence, please.

24      **BY MR. WELCH:**

25           **Q.**    You indicated in your direct testimony with

1   Ms. Berkower that you were concerned about your father.  Do

2   you remember saying that?

3       **A.**   Yes.

4       **Q.**   Were you concerned about only what he was doing or

5   were you concerned about something else?

6       **A.**   I don't know what you mean.

7       **Q.**   Well, were you concerned about his well-being at

8   all?

9       **A.**   Of course.

10      **Q.**   What specifically were you concerned about in

11  terms of his well-being?

12      **A.**    If he were to go to a protest, he could get into a

13  fight, get shot.  Later down the line, SWAT might have

14  broken into our house.  He pulls his AR out.  Gets shot

15  himself.  It was for everyone's sake.  I mean, anyone could

16  have gotten hurt.

17      **Q.**   Anyone could have gotten hurt.  And that's true

18  when people goes to protests.  Correct?

19      **A.**   Yes.

20      **Q.**   You don't control everybody in a protest.

21  Correct?

22      **A.**   Yes.

23      **Q.**   You yourself go to protests.

24      **A.**   Yes.

25      **Q.**   You don't know everybody at the protest.  Correct?

1    **A.**   Of course.

2    **Q.**   Even if you go with peaceful intentions, you don't

3    know if everybody around you necessarily shares those same

4    peaceful intentions.  Correct?

5    **A.**   Yeah.

6    **Q.**   So when you go to a protest, likewise, you could

7    get injured.  Correct?

8    **A.**   Yes, that is true.

9    **Q.**   If somebody had a gun, you could get shot.

10   Correct?

11   **A.**   It's true.

12   **Q.**   So, likewise, when anyone goes to a protest, that

13   is a risk.  Correct?

14   **A.**   Yes, but yet again, I choose my battles.

15   **Q.**   Even if you choose a peaceful path, you can't

16   control everybody else.  Correct?

17   **A.**   Yes.

18   **Q.**   When you were concerned about your dad and his

19   well-being, did you consider saying anything to your mother

20   about that?

21   **A.**   I have.

22   **Q.**   You did speak to your mother about that?

23   **A.**   I have spoken several times to her.

24   **Q.**   What did you tell your mom?

25   **A.**   That I'm worried about what he is doing.  She

1       herself would come into my room every month or so and

2       express her paranoia to me.  And I would speak back about my

3       paranoia about him as well.

4            Q.   So when you talked about what he was doing, did

5       you express any concerns about what his thinking was?

6            A.   Of course.

7            Q.   And what were those concerns that you expressed?

8            A.   That he doesn't know what he is doing.

9            Q.   He doesn't know what he is doing.  He might not be

10      well; is that right?  Is that a fair way to put it?

11           A.   My dad is a smart guy.

12           Q.   I didn't say he wasn't smart.  Would you agree

13      with me somebody could be intelligent and suffering from a

14      mental illness at the same time?

15                MS. BERKOWER:  Objection.

16                THE COURT:  Sustained.

17      BY MR. WELCH:

18           Q.   Are you saying that your belief is that a smart

19      person cannot suffer from mental illness?

20                MS. BERKOWER:  Objection.

21                THE COURT:  He can answer the question.

22                THE WITNESS:  I am not.  Of course a smart person

23      can suffer from a mental illness.

24      BY MR. WELCH:

25           Q.   Okay.  So he could be a very smart person and he

1   could be suffering from some sort of mental illness at the

2   same time.  Correct?

3        **A.**   That could happen, yes, to someone.

4        **Q.**   Did you discuss that with your mother?

5        **A.**   I don't remember.

6        **Q.**   Did you express any concerns to your sister,

7   Sarah, about how your dad was acting?

8        **A.**   Of course.

9        **Q.**   Did you talk to your sister, Peyton, and express

10  any concerns to her about how your dad was acting?

11       **A.**   Of course.

12       **Q.**   In your conversations with your mother, did you

13  talk to her about what, if anything, you all might be able

14  to do to address those concerns with your dad?

15       **A.**   I don't think so, no.

16       **Q.**   In your conversations with your sister, Sarah, did

17  the two of you discuss what, if anything, you might be able

18  to do to address your concerns about your dad?

19       **A.**   I don't remember, no.

20       **Q.**   In your conversations with your sister, Peyton,

21  did you discuss with her what, if anything, you might be

22  able to do to address your concerns about your dad?

23       **A.**   I don't remember.

24       **Q.**   Your initial contact was to leave an online tip

25  with the FBI, is that correct, when you reached out for

1    help?

2         **A.**    Yes.

3         **Q.**    Yes.  Did you consider calling 911?

4         **A.**    Yes, but I decided not to.

5         **Q.**    Why did you decide not to?

6         **A.**    They are an immediate response.  I did not want an

7    immediate response.  There was no urgent emergency.  There

8    was the overarching thing that my dad might be planning to

9    do, although I'm not sure exactly what.

10        **Q.**    And you say your feelings about that changed on

11   January 6th; is that correct?

12        **A.**    Yeah.

13        **Q.**    Okay.  And did you call the FBI again on January

14   the 6th?

15        **A.**    I did not call them, no.  They called me.

16        **Q.**    So if they had not called you on January the 6th,

17   would you not have reached out to anyone again?

18        **A.**    Of course not.  I would have no real way to.

19        **Q.**    Well, you could call 911.

20        **A.**    That's immediate response, though.  I didn't

21   really need that.

22        **Q.**    You didn't feel this was an emergency?

23        **A.**    It was but the cops aren't going to do anything.

24        **Q.**    Did you give them the chance?

25             **MS. BERKOWER:**  Your Honor, I'm going to object.

1          (Sidebar discussion.)

2          **MS. BERKOWER:**  Your Honor, I think we are talking

3    about a completely hypothetical situation here, and I think

4    it's gone a little far afield.

5          **THE COURT:**  I agree.  Mr. Welch, where are you

6    going with this?

7          **MR. WELCH:**  He's indicated this was an emergency.

8    At the same time he said he did not reach out --

9          **THE COURT:**  I know.  You've asked the 9-1-1

10   question a couple of times.  He's answered if.  You are

11   arguing with him now.  It's cumulative.  I think you need to

12   move on.

13         **MR. WELCH:**  He just made a statement, Your Honor,

14   What would the cops do?  So my question to him is, Why

15   wouldn't you give them a chance?

16         **THE COURT:**  You are getting argumentative with

17   him.  You made your point.  He didn't call 9-1-1.  That's

18   enough.  Let's move on.

19         (Sidebar concluded.)

20   **BY MR. WELCH:**

21   **Q.**   When you met with Sergeant Hightower on January

22   the 11th, 2021, did you disclose to him that when you

23   originally reached out, on December the 24th of 2020, you

24   had had an argument with your dad?

25         **MS. BERKOWER:**  Objection.  I don't know there is

1    any foundation.  I'm sorry, Your Honor.

2            (Sidebar discussion.)

3            **MS. BERKOWER:**  I'm sorry, Your Honor.

4            **THE COURT:**  You say one-word objection until I --

5            **MS. BERKOWER:**  Sorry.

6            **THE COURT:**  -- pick up the phone.

7            So what's the problem?

8            **MS. BERKOWER:**  I don't think there is any

9    foundation for what he's asking about at this point.  I

10   don't remember the exact wording of the question, but it is

11   assuming testimony that hasn't been given yet.

12           **THE COURT:**  He said, When you met with Sergeant

13   Hightower on January 11th, did you disclose to him that when

14   you originally reached out on December 24th, 2020, that you

15   had an argument with your dad?

16           What's not in evidence about that?

17           **MS. BERKOWER:**  I don't know that he testified

18   about an argument with his father that day.  If he's

19   referring to the text messages then, I guess, we just ask to

20   orient the witness to that.  But I don't think there was

21   testimony about an actual argument.

22           **THE COURT:**  Is that what you are referring to,

23   Mr. Welch?

24           **MR. WELCH:**  What I am referring to, Your Honor, is

25   that there has already been testimony that his initial

1    contact was an online report to the FBI, an online tip.

2         THE COURT:  Understood.

3         MR. WELCH:  I have a good-faith basis to ask now

4    because the --

5         THE COURT:  Ask what?  What are you asking --

6         MR. WELCH:  To ask about the argument --

7         THE COURT:  The argument in text or what?

8         MR. WELCH:  No, no.  The argument --

9         THE COURT:  Well, ask him, Did you have an

10   argument with your father on Christmas Eve?  Ms. Berkower's

11   point is she is not sure that is in evidence.

12        MR. WELCH:  I understand.  I was simply trying to

13   orient the witness to the time --

14        THE COURT:  Do that.  Do that.  There's a lot in

15   that question and some of it's not in evidence.  So orient

16   him to December 24th.  Ask if he had an argument that day.

17   Ask if he told Hightower on that day about the argument.

18        MR. WELCH:  All right.  I understand.

19        (Sidebar concluded.)

20        THE COURT:  Mr. Welch, you may proceed.  But we

21   are going to need to stop in about two minutes.  All right?

22        MR. WELCH:  Fair enough.  I will try to wrap up,

23   Your Honor.  I think I can do it in the next five or ten

24   minutes.

25        THE COURT:  Completely?

1            **MR. WELCH:**  Yes.

2            **THE COURT:**  All right.  I don't want to go too

3   much beyond that.  So I will give you five minutes?

4            **MR. WELCH:**  That will be fine.

5            **THE COURT:**  All right.

6            **MR. WELCH:**  Thank you, very much.

7   **BY MR. WELCH:**

8      **Q.**   On December the 24th, 2020, isn't it true that you

9   submitted the tip to the FBI after having an argument with

10  your dad?

11     **A.**   I wouldn't call it an argument but, yes, I

12  submitted a tip after that conversation.

13     **Q.**   Well, isn't it true that when you met with Agent

14  Hightower on January the 11th and had a conversation with

15  him, you told him that you had submitted the original tip,

16  the online tip, back on Christmas Eve, after having an

17  argument with your dad?

18     **A.**   I did.

19     **Q.**   You did tell him that.

20           **MR. WELCH:**  Court's indulgence.

21        Your Honor, I will pass the witness.

22           **THE COURT:**  Ms. Berkower, can you be brief?

23        **REDIRECT EXAMINATION OF JACKSON REFFITT**

24  **BY MS. BERKOWER:**

25     **Q.**   Good afternoon.

1    **A.**    Good afternoon.

2    **Q.**    Jackson, Mr. Welch asked you questions about going

3    to protests.  Do you remember being asked about that?

4    **A.**    Yes, I do.

5    **Q.**    And he asked you -- I think he asked you a

6    question that you could go -- even if you go to a protest

7    with peaceful intentions, you could get hurt.  Right?  He

8    asked you that?

9    **A.**    Yeah.

10    **Q.**    Have you ever worn body armor to a protest?

11    **A.**    No, I have not.

12    **Q.**    Have you ever worn a helmet to a protest?

13    **A.**    No, I have not.

14    **Q.**    Have you ever brought a firearm to a protest?

15    **A.**    No.

16    **Q.**    Have you ever brought flex cuffs to a protest?

17    **A.**    No.

18    **Q.**    And Mr. Welch asked you questions about the

19    conversation with your father and Peyton in the kitchen on

20    the morning of January 11th.  Do you remember being asked

21    about that?

22    **A.**    Yes, I do.

23    **Q.**    When your father said the words "traitors get

24    shot" to you and your sister, how did that make you feel?

25    **A.**    Terrified.  I never really thought my father would

1    ever say that to us.

2         **Q.**   Were you upset?

3         **A.**   Of course.

4         **Q.**   Did your father end the conversation seeing that

5    you were upset?

6         **A.**   No, he did not.

7         **Q.**   How old are you?

8         **A.**   I'm 19.

9         **Q.**   How old is he?

10        **A.**   He is 50.

11             **MS. BERKOWER:**  No further questions.

12             **THE COURT:**  All right.  May this witness be

13   excused?

14             **MR. WELCH:**  Yes.

15             **THE COURT:**  All right.  Thank you, sir.

16             **THE WITNESS:**  Thank you.  Sorry about the mic.

17             **COURTROOM DEPUTY:**  You can leave that there.

18   Thank you.

19             (Witness exited the courtroom.)

20             **THE COURT:**  All right.  Ladies and gentlemen, so

21   that concludes the testimony for today.  I am going to

22   dismiss you until 9:30 tomorrow.  We will return 9:30

23   tomorrow, and we will go until just 4 p.m. tomorrow.

24             Again, I will remind you, please don't read about

25   the case, talk about the case, do any research.  I hope you

1  have a good night and we will see you back tomorrow at 9:30.

2  Counsel, I'm going to have you stay for just a

3  moment.

4  **COURTROOM DEPUTY:**  All rise.

5  (Jurors exited the courtroom.)

6  **THE COURT:**  All right.  Very long day for

7  everybody.  All right, Counsel, is there anything we need to

8  cover before we adjourn for the day?

9  **MR. NESTLER:**  Not from the government's

10  perspective.

11  **THE COURT:**  Can you tell me, Mr. Nestler, is Agent

12  Wade the next witness?

13  **MR. NESTLER:**  In the morning we will first have

14  Mr. Schwager testify, and then we will go to Agent Wade, and

15  then Rocky Hardie will testify.  And the Karla Kennedy, the

16  photographer from Dallas will testify.  We have additional

17  witnesses after that who will be on call.  But that will

18  probably take us through tomorrow.

19  **THE COURT:**  All right.  And remind me.  After

20  that, what, you have three Capitol witnesses after that and

21  Peyton Reffitt?

22  **MR. NESTLER:**  After that we have two Capitol

23  police officer witnesses, Adam DesCamp and Matthew Flood;

24  two FBI case agents, Laird Hightower and Tom Ryan.  Both of

25  them are pretty short.

1       **THE COURT:**  Okay.

2       **MR. NESTLER:**  And then we have Peyton Reffitt, who

3   will also be quite short.  I think we will end by the end of

4   the day on Monday.

5       **THE COURT:**  All right.  Great.  And you've got the

6   jury instructions to take a look at?  I know it's early but

7   I just wanted you all to have.  It's premature but I just

8   want to make sure you got them.

9       **MR. NESTLER:**  Understood.

10       **THE COURT:**  All right.  Mr. Reffitt, I will see

11   you tomorrow at 9:00.

12       (Proceedings concluded at 4:52 a.m.)

1

**C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court**

4  **Reporter,** certify that the foregoing is a true and correct

5  transcript of the record of proceedings in the

6  above-entitled matter.

7

8

9

10

11  ____**March 4, 2022**____          __/s/_____
                **DATE**                        **Lorraine T. Herman**
12

13

14

15

16

17

18

19

20

21

22

23

24

25