UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GUY WESLEY REFFITT,<br><br>    *Defendant.* | No. 21-cr-32 (DLF) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Reffitt's Motion for Judgment of Acquittal, Dkt. 128, is **DENIED**.  It is further

**ORDERED** that Reffitt's Motion for New Trial or in the Alternative Judgment on Count 3(a), Dkt. 129, is **DENIED**.  It is further

**ORDERED** that Reffitt's Motion to Arrest Judgment on Count Two, Dkt. 130, is **DENIED**.

**SO ORDERED.**

                                                                                          _____
                                                                                          DABNEY L. FRIEDRICH
                                                                                          United States District Judge

May 4, 2022