# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CRIMINAL ACTION NO.** |
| ) | |
| **Plaintiff,** ) | **1:21-CR-00032-DLF** |
| ) | |
| v. ) | |
| ) | |
| **GUY WESLEY REFFITT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION TO SUBSTITUTE COUNSEL

Defendant, Guy Wesley Reffitt, hereby moves this court to substitute counsel in the above-referenced action and, in support of this motion, sets forth the following facts and argument:

1. William Lawrence Welch, III, Esq. was previously appointed under the Criminal Justice Act to represent Mr. Reffitt.

2. Mr. Reffitt has engaged the law firm of Broden & Mickelsen and attorney F. Clinton Broden to represent him.

3. Mr. Welch has been informed of Mr. Reffitt's decision to substitute counsel.

WHEREFORE, Guy Wesley Reffitt, respectfully requests this Court to substitute the law firm of Broden & Mickelsen and F. Clinton Broden as attorney of record in place of William Lawrence Welch, III, Esq.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Guy Wesley Reffitt

/s/ Guy Wesley Reffitt
Guy Wesley Reffitt

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on June 1, 2022, I caused a copy of the above document to be served via electronic filing on all counsel of record:

/s/ F. Clinton Broden
F. Clinton Broden
