# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| v. | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Substitute Counsel, said Motion is this _____ day of June 2022, GRANTED.

ORDERED the law firm of Broden & Mickelsen and F. Clinton Broden, 2600 State Street, Dallas, Texas 75204, 214-720-9552, 214-720-9594 (facsimile) are substituted as attorney of record in the above-referenced matter in place of William Lawrence Welch, III, Esq.

_____
DABNEY L. FRIEDRICH
United States District Judge