## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### ORDER

Upon consideration of Defendant's Motion to Extend Date on Which to File Objections to the Presentence Report and Motion to Continue Sentencing Date, said Motion is this _____ day of June, 2022, GRANTED.

ORDERED Defendant shall file any objections to the presentence report by _____, 2022.

FURTHER ORDERED the sentencing hearing in this matter is continued to _____, 2022 at _____.


_____
DABNEY L. FRIEDRICH
United States District Judge

5