# ATTACHMENT A

## OBJECTIONS TO THE PRESENCE REPORT

After having received and reviewed the Presentence Report (the "PSR") and the Addendum to the Presentence Report (the "Addendum") prepared by the United States Probation Office for the District of Columbia, Defendant Guy Wesley Reffitt hereby files the following objections to

**1.  Page 6, ¶ 20** The PSR claims that Mr. Reffitt "recruited" Rocky Hardie to join him on the trip to Washington, D.C.  Nevertheless, Mr. Hardie's testimony contradicts that claim. Indeed, Mr. Hardie was quite clear during his trial testimony that he had already planned to travel to Washington, D.C. for January 6 prior to him having any contact with Mr. Reffitt and that he made contact with Mr. Reffitt and not the other way around.  *See* Trial Tr. at 1107-08.  Mr. Hardie testified that he was put in contact with Mr. Reffitt after Mr. Reffitt's travel companion dropped out and that is how they came to travel to Washington, D.C. together.  Any allegation that Mr. Reffitt "recruited" Mr. Hardie is simply wrong and directly belied by Mr. Hardie's sworn testimony at trial.

The Addendum notes messages sent by Mr. Reffitt to the TTP on Telegram stating that TTP members should "join him" in going to Washington on January 6 lest they be "tread on."  While it would be a real stretch to characterize this as "recruitment," it is, in any event, a red herring.  Indeed, there is no evidence that these

1

messages, in actuality, served to "recruit" Mr. Hardie or, for that matter, that Mr. Hardie even saw the message. Again, Mr. Hardie's testimony is clear that he was not "recruited," but decided on his own to go to Washington.[1]

2. **Pages 7-8, ¶ 22**   The PSR claims that Mr. Reffitt "instructed [the crowd] how to move forward to ascend the staircase and overwhelm the police officers who were guarding the landing." While it is true that Mr. Reffitt can be seen waving on others in the crowd, upon information and belief, there is absolutely no evidence that he was instructing others "how to move forward" or how to "overwhelm the police."

The Probation Officer states that she based the assertion that Mr. Reffitt told others "how to" move forward and "how to" overwhelm police" on what she was told by the government and what the evidence showed at trial. Nevertheless, there was no evidence that Mr. Reffitt told others "how to" perform such actions. Indeed, Capitol Police Officer Kerkhoff testified that she did not hear what Mr. Reffitt was saying and, contrary to the Addendum, there was no evidence presented at trial as to what Mr. Reffitt said to others on the Capitol staircase. *See* Trial Tr. at 641.

**3. Page 23 ¶ 23** The PSR incorrectly claims that Mr. Reffitt "charged at the officers." A simple review of Gov't Trial Exhibit 205 shows this characterization to

---

[1]It should also be noted that, for purposes of U.S.S.G § 3B1.1, the recruitment issue is only related to recruitment of actual accomplices in the offenses of conviction. *See* U.S.S.G § 3B1.1 (Application Note 4).

be incorrect.

The Addendum admits that the Probation Officer blindly relied upon "information provided by the government" to support making this claim in the PSR. It is, of course, concerning to the defense that what purports to be an independent recitation of the facts is, at least in part, a simple parroting of claims advanced by one of the parties to the litigation and, in this instance, a claim that is contrary to the actual video of the event.  In the end, Government Exhibit 205 speaks for itself.

**4.  Page 7-8 ¶ 24, 29**  The PSR claims that Mr. Reffitt directed the deletion of messages regarding "[h]is plans and intentions while in Washington, D.C. on January 6, 2021, including being armed while at the US Capitol."  First, while it is true that Mr. Reffitt directed the deletion of messages with the leader of TTP, the purpose was to protect the leader of TTP in what was believed to be an unrelated investigation. Second, there is no evidence that the messages related to Mr. Reffitt's "plans and intentions while in Washington, D.C. on January 6, 2021, including being armed while at the US Capitol."  Indeed, there were numerous preserved messages located on Mr. Reffitt's phone regarding his participation in the events on January 6, 2021 giving support to his claim that the texts he was concerned about related to texts involving the TTP leader himself and not specially messages related to January 6.

The Addendum does not suggest that there is any evidence contradicting Mr.

Reffitt's objection in this regard.

**5. Pages 7, 9-10 ¶¶ 26, 52** As set forth above, there is absolutely no evidence that Mr. Reffitt "recruited Rockie Hardie to join him on the trip to D.C." *See* Objection 1, *supra*. Likewise, there is no evidence that Mr. Reffitt "instructed Mr. Hardie on what to bring including firearms." While Mr. Hardie testified that he and Mr. Reffitt had a discussion about bringing firearms, he never testified that he brought a firearm at Mr. Reffitt's instruction. *See* Trial Tr. at 1111-12. In fact, Mr. Hardie previously told prosecutors that he did not remember whether it was he or Mr. Reffitt that first suggested bringing guns to Washington, D.C. *See* Attachment A-1.

Likewise, as noted above, there is no evidence that Mr. Reffitt "instructed [the crowd] how to move forward to ascend the staircase and overwhelm the police officers who were guarding the landing." *See* Objection 2, *supra*.

Consequently, the upward role adjustment recommended in the PSR is without a sufficient factual foundation.

**6. Page 10 ¶ 48, 49** The PSR recommends an 8-level enhancement for an offense which "involved causing or threatening to cause physical injury to a person, or property damage, in order to obstruct the *administration of justice"* pursuant to U.S.S.G. § 2J1.1(b)(1)(B) and a 3 level enhancement for "substantial interference with the *administration of justice*" pursuant to U.S.S.G. § 2J1.1(b)(2).

4

Initially, it should be noted that "obstructing the due administration of justice" has been held to mean "'interfering with the procedure of a judicial hearing or trial.'" *United States v. Richardson*, 676 F.3d 491, 502-03 (5ᵗʰ Cir. 2012) (citation omitted).

Moreover, the "law of the case"[2] precludes both of these enhancements. In its ruling denying Mr. Reffitt's motion to dismiss the obstruction of justice count, the Court made clear that, while it believed Congress's counting of electoral votes was an "official proceeding," such a proceeding did *not* involve the "administration of justice." *United States v. Reffitt*, ____F.Supp.3d ___, 2022 WL 1404247 (May 4, 2022). *See also United States v. Sandlin*, ____F.Supp.3d ___, 2021 WL 5865006 (Dec 1, 2021). Consequently, the law of the case doctrine precludes these two enhancements which require a relation to the "administration of justice" and not simply to an "official proceeding."[3]

**7.  Page 10 ¶ 50**  The PSR recommends a 2-level enhancement pursuant to U.S.S.G. § 2J1.1(b)(3), which applies when an offense is "extensive in scope,

---

[2]The law-of-the-case doctrine rests on a simple premise: "the *same* issue presented a second time in the *same case* in the *same court* should lead to the *same result." LaShawn A. v. Barry*, 87 F.3d 1389, 1393 (D.C.Cir.1996) (*en banc*) (emphasis in original).

[3]The Addendum points to comments by Judge Moss in *United States v. Matthew Ryan Miller,* 21-cr-00075. Nevertheless, the Addendum fails to note that Mr. Miller pleaded guilty pursuant to a Plea Agreement in which he stipulated to the applicability of these enhancements. Moreover, this Court's opinions upholding the obstruction of justice counts are different from Judge Moss's opinion on the same subject and, at least with regard to this Court's opinion in the instant case, a different "law of the case" analysis applies.

planning or preparation."   First and again, there is no evidence that Mr. Reffitt "recruit[ed] other members of the TTP to join him on the cross country trek." Second, while the fact that Mr. Reffitt brought a firearm, helmet, bulletproof vest, flexicuffs, radio, and megaphone obviously reflects some planning and indicates this trip was not "spur of the moment," it is hardly the type of "extensive" planning that warrants an increase under U.S.S.G. § 2J1.1(b)(3).

The Addendum's response fails to attempt to distinguish between "some" planning and "extensive" planning and, as such, does not really address Mr. Reffitt's objection to this enhancement.   Nevertheless, the Sentencing Commission's use of both the terms "more than minimal planning" [4] and planning that is "extensive in scope" in the Sentencing Guidelines shows that the Sentencing Commission recognizes such a distinction.

---

[4] *See, e.g.,* U.S.S.G. 2B2.1(b)(1)

# ATTACHMENT A-1

**wlw wwelchattorney.com**

| | |
|---|---|
| **From:** | Berkower, Risa (USADC) <Risa.Berkower@usdoj.gov> |
| **Sent:** | Wednesday, March 2, 2022 11:16 PM |
| **To:** | wlw wwelchattorney.com |
| **Cc:** | Nestler, Jeffrey (USADC) |
| **Subject:** | US v. Reffittt- exhibits for tomorrow, and discovery disclosure |

Bill,

Two things:

First, due to a change in the witness order, we now will be introducing the following exhibits tomorrow through Jackson Reffitt instead of through Karla Kennedy.  They are all photographs from your client's house:

100
102
104
106
108
119
120
120A
121
121A
122
123
124
125
126
127
128
129
135
136
147
148

Second, during a trial prep session on 3/2/22, Rockie Hardie said that he did not remember who (Mr. Hardie or Mr. Reffitt) first suggested bringing guns to DC for January 6.

Let me know if you have any questions or concerns.

Thanks,

Risa

Risa Berkower
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia

1

Phone: 202-803-1576
Email: risa.berkower@usdoj.gov

# ATTACHMENT B

Your Honor,

I appreciate the opportunity to speak to the court through this letter.

November 2019

I returned home from a long trip to Malaysia.  I had been working under contract for Velesto Sdn Bhd and the contract ended abruptly over a failure on their part.  That was the last day of a very long career.  I contacted the usual headhunters and had began negotiating between a few new contracts.  After spending the holidays home with my family, which in the oil & gas industry is a blessing, it was to be Mexico for the next big adventure.  The contract was to begin late March but that never happened.

January 2020

New Years day started in the most unexpected way.  Tragedy beset our family from day one and became exponential over the year.  Our sealed hearing explains to some degree the beginning of that year.  I believe the court is fully aware of how much it affected me and my family.  If the court wishes, I will explain.  I would prefer to avoid specific details.  It's very difficult to discuss. He hurt my daughter, a scar for life.  Our home and the safety of my wife and children had now been violated.  In all my years working away from home, my children were safe. Nicole is more than enough to protect them.  I was home this time, and I failed.  I flipped out and reacted with haste. When I returned, I had calmed and followed procedures.

The year continued to be full of turmoil.  The pandemic seemed not only to be attacking the lungs, but also of the mind.  The mental deconstruction was exponential as the year went on. I very much enjoyed the time I was able to spend with Peyton and it was very much time needed with my baby girl.  I was doing what I could to keep money coming in the house on my end and Nicole along with Sarah were working long hours.  Jackson was reclusive and became more like the house unicorn.  He and the girls had differing politic beliefs than myself and Nicole but we always try to embrace their individuality.  Jack had a much harder time with the discussions and I attributed it to his odd teacher relationship.  She was very far on the left side of the spectrum and Jackson adored her, along with many other students. At some point she used mine and Nicole's Facebook accounts to display to the class, what she deemed "extreme conservatives."

I took Jack out on the job with me to try and get closer but it seemed to have little effect.  I took Peyton to her therapist and anything she needed.  We bonded and it was so wonderful.  Being home was two-fold, we needed the money but it was so awesome to spend the time with my family. Sarah and Nicole were full force with working long hours but it was wearing them down.  For me to go from over 150k per year to less than 40k was a massive blow to the house.  My career was decimated, after 19 years of blood, sweat and tears, it was gone.  I have always worked and I started young.  I got my ass kicked for the last time by my dad so I left home at 15.  Got a job at KFC for minimum wage.  I'm a self-made man.   Started washing dishes at KFC with no serious responsibilities (other than cleaner dishes), graduated to make critical, even life & death decisions. Upwards of $250 million operations for two of the world's largest oil companies, Saudi Aramco and

Kuwait Oil Company.  A bad decision would cost millions of dollars and potentially hundreds of lives.

The pandemic produced a very new challenge.  A career change was in order.  I tested and passed the licensing for insurance adjusting and I was working to start a security company.  Both of the men on that Zoom call were certified through the state of Texas under the licensing of my soon to be fully operational security company.  Texas Three Percenters seemed like a good pool for already trained security guards.  I named the company Tactics, Technics and Procedures, TTP for short to garner employees.  A new business and a new start.  A chance to be home with my family.

My father always seemed to be gone but when he was home, punishment was harsh.  I never wanted to be like that if I ever had children.  Belts, switches and occasionally smacks or fists.  Seemed as though a kid shouldn't be treated that way.  Out of respect, I took it, until I didn't.  Kinda wish he was here now to be the one to punish me.  At least I would know it's only me it's hurting.  I can handle any amount of pain to my body until it reaches outside of me and affects the most important, my heart and my soul, my family.  My regrets for what has happened is insurmountable.  There's not a day go by that I don't regret how much this has affected them.  227 days of solitary confinement allows lots of time to reflect.

When I told Jack about coming to DC back in December 2020.  It was just me being a jerk.  He and I got into a heated exchange over using one of the cars to go protest for BLM.  I couldn't afford to repair any damages if any protesters decided to torch it.  He was furious.  So, when Trump announced J6 I told him I was going and it was going to be big!  Yes, I was pretty sure it was going to be a big deal but not that kind of a big deal.  I didn't actually have any plans at that time because I couldn't afford such a trip.  Media hyped it enough to make me believe it was going to be a big deal.  I almost didn't go because the person that was going with me had to back out last minute.  Somehow Rocky became available.  Then the trip was back on.  The political rhetoric was background noise.  I never thought of it as any sort of reality.  I literally didn't know a single person at the Capitol.  I had no intentions of violence.  I hate how atrocious the language used was but considering how the political climate was that year, it seemed rather tame.  I don't normally speak with such colorful language I am however oilfield and we can be very colorful around each other.  I never intended for my stuff to be available for public consumption.  So, after hearing all of my life the famous line "If you have a complaint, take it to the steps of the Capitol!" yea kinda just followed that logic when I got there.  From Peace Circle I could see them on the stairs.  Brought a megaphone because I was sorta thinking we would be further back.  I became energized by the crowd and I am not proud of what I did on the Capitol staircase that day and, as I said, my regrets are immense.  After being pepper sprayed someone helped me until I could see again and when I could, I left.  At no time that day did I engage in any physical violence and I never ever should have been screaming at the officers at the Capitol and for that I am truly ashamed.

As of this sentencing day of August 1, 2022.  I have been incarcerated 564 days, 227 days have been in solitary confinement of 22-23 hours per day and yet I'm not a death row inmate.  43% of my time has been in my cell wishing I could return back the clock and stay home.  While the last 564 days have been horrible.  Each and every single day has hurt me because of the damage it has done to my wife and kids.  This is damaging them far more directly than me.  I have lived in much

worse accommodations in my quest to provide for them.

September 17, 2021- Nicole and my kids were about to board a flight to D.C. for a J6 rally. The kids freaked out at the last minute because the government scared them so bad.  My wife had a complete break and was taken from the airport to a mental health facility for inpatient treatment. My eldest daughter is suffering from mental health issues and regularly has episodes.  Peyton has been to the emergency room for episodes.  I too am receiving mental health treatment.  So, you see your Honor, this is directly punishing my girls and indirectly punishing me.  Yes, what is happening to my family is all my fault, I would like to fix it, please.  I have lost a 20 year career.  The security company appears to be gone.  I'm pretty sure the insurance license is expired.  I simply ask for a chance to prove myself again.

Thank you, your Honor

Guy Wesley Reffitt

# ATTACHMENT C

Dear Your Honorable Judge Dabney L. Friedrich,

My name is Peyton Reffitt, I was born on May 19th 2004 in Athens, Texas. I now live in Wylie, Texas and I am 18 years old.

I am fascinated by the details and small beauties in life. To me, everything has a deep meaning hidden within it, and I am somewhat addicted to discovering these treasured meanings, especially within myself and the people I love. I consider my life to be so giving and I don't go a day without feeling gratitude to the people who have raised me and my siblings. In this case, I have known the defendant my entire existence, he is my father and ever since I can remember he has been the most giving and hardworking man I have ever known. He has a great influence on who I am and has worked so incredibly hard to provide for our family in more ways than one, he has provided great significance of tender memories and experiences that have made mine and my siblings lives so incredible. When I was growing up I was very close with my mother, I am the youngest and as a baby always strapped onto her chest as she was raising my big brother and sister. In addition, she had the role of watching over our two cousins. Five little kids and having to run a functional household I can only imagine is a lot. She was a great stay at home mother. My father was a beam of light to all of us growing up. Never a dull moment as a child when he was present, he was playful and silly, as if he was a kid with us. I remember him being very involved with us having great memories and I don't remember many significant memories of him not there. Although he worked in the oil industry and would be gone weeks to months at a time, he was the one who provided the most stimulating memories of our childhood. It was always exciting to look forward to when he would come home, bringing souvenirs from foriegn countries. My mother and father took good care of our Gigi, my great grandmother, we lived with her most of my childhood. After she passed, my mother and father discussed and decided that we should enter a new era and move to Penang, Malaysia. This fascinated me because I've never experienced the introduction of something so new and exciting for me to anticipate, especially after grieving the loss of my great grandmother. Also that in the small world of living in a trailer home on a pasture in East Texas, I wasn't exposed to much other than my young and narrow perceptions of life. So we packed up our little life and flew across the world. My mother and father would talk to us often about our safety as this would expose us to unfamiliarity in all aspects. I was sad to say goodbye to my friends and extended family but was excited to see where this reinvention would take our family.

When we got to Penang it was truly incredible. The beauty of being introduced to this tropical island of a melting pot of cultures I never even knew existed. My eyes began to open to the bigger aspects of life. We stayed in a resort on the beach for some time, I saw the fruitfulness of my father's success in work for the first time, as I had no clue because my father didn't talk about how much money he had, only talking about how he felt so satisfied knowing all his hard work is being paid off through our experiences and how happy that makes him. Me and Jackson played all day on the beach. We had never been out of the country before and this felt like the beginning of something so great. Sarah had just turned 16, Jackson had just turned 10, and I was 9. We saw the way day and night had their own essence of life and adventure on the island. We quickly became closer to each other as we were really truly together as a team, in a new

incredible experience in which we only knew and had each other as our home. We started settling down in this three story house that was huge. I couldn't even believe we were living so lavishly. My parents quickly found a group of friends from an expat group and this really helped us acclimate to our surroundings and show us the way of the island. We looked at a few international schools they had and there was one that most of the American kids and American missionaries on the island attended and my father was sure that putting us into that school would only cause us to lose more experience of us being in this new environment, that we could learn more from the exposure of being surrounded by more diversity. All three of us enrolled into this new international school system. I was blown away by all the variety of subjects and diversity of teachers and students from the schools we attended.

My father wanted to move houses because we didn't like how the open space at our first house separated us and wanted to live somewhere better for our family. So he found a bungalow right on the beach and it was way more comfortable for our family dynamic. We got to travel a lot during our time in Malaysia. My father allowed me to travel independently to Austria when I was twelve years old to visit my best friend. I went on a school trip to a Malaysian jungle to experience the indiginous tribal community and learned about the ecosystem of Malaysia. We visited Thailand a few times while we lived abroad, our adventures there as a family were the most vibrant and abundant memories of my life.

My father lost his job and the oil & gas industry crashed. We were living off the money we had left in hopes we could stay and figure it out. My father left to come back to America to find work here and was here for 6 months by himself trying to figure it out. My mother was struggling without him there and was having to figure out whether we could even stay and finish school. Which would mean my father would have to send money for tuition and be without us in America working or mother could go be with him while me and Jackson stay in school or we could all move back and be united as a family. My mother asked us what we wanted to do and we all said there is no other option, we need to be with father and work this out together. We planned to only be back for 9 months and go back if the industry picked back up. We were sad to leave our second home but it is more important to be together and struggling than this weird separation where he feels like he has promised us this life and now owes us it indefinitely. I didn't mean so much to go into my personal experiences but what I do intend to show is how I wouldn't have had any of these experiences if my father didn't work so hard for the purpose of giving his children the opportunity to experience life so abundantly. My father did this all with the intention that his children would grow up to be people with a head of their own, with free thought, and a unique perspective of life. My parents didn't want their children to only know a one-point idea of the world or to have the same ideology they have.

When we got back, during August of 2016, I recognized that my father was trying to show us that he was doing fine but I could tell he was deeply disappointed in himself and depressed. (I had noticed at this point he had started to take interest in the election and the Trump Administration, he had rarely ever taken interest in politics before then.) He even told me a few years later that he felt so down to the point he contemplated suicide, during the time he was here in America and we were still in Penang. He expressed how he felt like he couldn't be

honest about how things weren't working out and just wanted to fix everything. He was tired of working from the bottom up as he's had to do it over and over throughout his life. He had felt hopeless but his mindset is that overcoming and enduring the pain will be worth it in the end. I think him starting to be more vulnerable, honest and transparent with me impacted my image of him to evolve in a way that I got to understand things about him from a more grown up and in depth perspective. It's great he was able to provide for us in so many ways, all that he has had to sacrifice for us to live so abundantly is something I will never truly know, but it is something I know to respect, as his daughter. This respect doesn't mean I can't speak up when I perceive something he says or does to be fundamentally wrong and trust me I have no fear of speaking up and making my voice heard in these instances. We have had many conversations that have ended in his remorse and accountability for his actions or choice of words.

The loss of my fathers presence in our home holds an enormous void. He holds attributes of being strong-willed, resourceful, confident, protective and assertive. These attributes can hold a power of intimidation to people that in conversation can turn in arguments because he has no shame in his beliefs. He has always been someone who doesn't mind confrontation. In fact, the occasional debate makes him come alive a little bit inside. This has always been a quality in him so when that quality began to be embodied by me and my brother he appreciated that and was open to whatever the topic. In these debates we were never shut down by him, sometimes interrupted, but he encouraged our perspectives to openly take shape. When the flowing nature of our ongoing world changed with Covid and political pressure so did our conversational family debates. As the election approached I noticed my father becoming more involved in buying more Trump merchandise, attending local Trump related events, and being overall a little more involved online with Trump supporters. This did alarm me because In my opinion as his teenage daughter it was enormously embarrassing and I thought of it all as ridiculous. He was quite silly about it, being playful about me and my brothers' dislike, he would joke and poke fun at himself, as me and my siblings were more or less bullying him about it. My mother would pitifully joke with us even though she was in support of him finding comfort in his expression of his ideology. I took notice that my brother didn't find the playful joking nature of how I dealt with it very funny, not even when dad would make fun of himself. It was a very satirical way I guess we dealt with the state of the world and the obvious infatuation my father had with the Trump administration and everything on the other side of that. Jackson's joking manner of it was more satirical in the idea that our father was pathetic, he has used the word "pathetic" to describe our father often during this time. I thought of it not too concerning considering how many people were just like my father, I guess what I mean to say is; what I found concerning is how many people seemed to portray the exact same nature of loyalty to this administration. What he was doing was not any more than tons of other middle aged white men not only locally but all across the country. I wasn't going to single him out as the problem, I saw a bigger problem that my father has been subjected to. There is a lot to unpack in the complexity of how a movement can affect someone's identity in relation to their ideology. My father is a loyal friend, family member and coworker. He loves the people in his life in big ways, he does big things for people in life orienting ways to provide balance and stability. When he walks into a room, he has an authoritative air about him that doesn't go unnoticed. He finds himself being placed in leadership roles very quickly because of his level of dedication and assertiveness he brings to every

situation. I believe he is naturally authoritative, in which he doesn't like when others are in control of what he is doing. In conversations he isn't afraid to ask hard questions. He likes to prove to others that he is more than they give him credit for. He feels like it's his duty to be a pillar of strength for others. People when they first meet him will say he can come off strong or that he is intimidating and "too much" at times. He does speak often with vulgarity and that can make people laugh or feel incredibly uncomfortable in conversation. I think he does this for shock value or that this adds to his emotional nature of passion and exaggeration, as well as his humor. This is all true but I see him beyond the surface level that he expresses that people don't realize how soft he is inside because of his tough exterior. He shields himself from vulnerability through responsibility and projection. He has a hard time justifying rest and stillness to himself. He always feels like he needs to be doing something purposeful. When he was out of work, he would either be looking into what he could do to build a security business to sustain our family and be a business owner or he was falling down the rabbit hole of political news and online banter. He can't stand seeing injustice in the world or in the lives of his loved ones. These qualities he has about him I believe put him in a position where he has been subjected to wholeheartedly putting his faith into a leader with the attributes of President Trump. I could really see how my fathers ego and personality fell to his knees when President Trump spoke, you could tell he listened to Trump's words as if he was really truly speaking to him. His personal devices at this point really had a knowing of this, as technology today personalizes everything to influence someone as politically invested as my father even further. Constantly feeding polarizing radical thought. Trump didn't speak to his supporters as individuals but more as a group of one, as though the group were somehow more important than the individual. As if all individual citizens outside of this group were another group of one. This contradicts the aspects of our genetic makeup that every human being is unique, this basis that our whole idea of freedom is based upon. I wish my father had his guard up against these verbal booby traps into which he has been led, he should have analyzed this verbiage and made more rational decisions that day.

There is another void in our home that I have had to emotionally address more often as it has been a process that has been most difficult. This is the void of my big brother Jackson. I love him so much and I now hold no anger or resentment towards him or our relationship. There is more mending to be done and conversations to be had. It won't stop at this division, we may never understand our differences in ideology but we can't hate each other for things we won't change, we can appreciate our differences and surrender to the love we share as a family. Witnessing him and our father have conversations, I reflect on the nature of these conversations and how they constantly challenged each other with information and when these conversations would end they would go there separate ways to search for more information to challenge each other with for the next debate. These debates would get heated but never went violent. I think Jackson over time really saw all the problems he was being exposed to through information about the world and embodied them into one man, our father, and this solidified to be a problem in which our father didn't know how to handle and I think with the lack of vulnerability he expressed to Jackson allowed this perception he had to blossom into deception. They deeply misunderstood each other and their relationship suffered from them trying so hard to prove themselves to each other. The day of Jackson's graduation, we were all waiting for him at a

restaurant and my father burst out into tears saying that he feels like he has lost his son, this wasn't because of their differences, but because of how their differences caused Jackson to emotionally detach from our father in such a way that we could all now recognize. When Jackson and his girlfriend showed up, our father put himself back together and showed Jackson pure love and tenderness. Our father was proud of Jackson graduating and looked at him admirably with tears in his eyes. There was intuition I felt in this time that I should have paid more attention to, that if only we discussed more openly that these misunderstanding and disguised emotional troubles show us something greater than deception, that what is more important is the love we share and the beacon we truly are to each other in a family is something that is supposed to be appreciated, counting our differences as the most beautiful gift the earth has to give in our human experience. Having conversation on the foundation of curiosity and respect and to leave these conversations with the same love we began with instead of leaving with less love everytime.

That day, January 6th, the President of the United States of America spoke these words to my father and tons of other individuals; "We're gathered together in the heart of our nation's capital for one very, very basic and simple reason: To save our democracy." And "We want to go back and we want to get this right because we're going to have somebody in there that should not be in there and our country will be destroyed and we're not going to stand for that." And "You don't concede when there's theft involved. Our country has had enough. We will not take it anymore" And "We fight like hell. And if you don't fight like hell, you're not gonna have a country anymore," And "you will have an illegitimate president. That's what you'll have. And we can't let that happen.". The president said much more that day, but he covered himself by telling them to protest peacefully. How did our intelligence not know there people were rallying the idea to storm the capital that day?

In my opinion, President Trump abused his authority and enormous influence he had on these people to see if what possibly could happen, would happen. President Trump deceived my father and many other normal citizens with families to believe that this past election was fraudulent. I personally think President Trump used methods of subliminal projection in his speech on January 6th and leading up to that day. President Trump spoke vaguely, spoke in a way that would bypass his supporters rational thought and appeals to their subconscious and deeper emotion. In order to 'take back freedom and save democracy'. I don't mean to sound like a conspiracy theorist and that's not what my viewpoint on this is, I just mean to convey that the language used by the President of the United States has real effects on American citizens. What my father did that day is not the responsibility of President Trump. However, it is something to greatly consider when a leader of this country holds so much influence on a great number of American citizens and knowingly uses this influence to deceive these people through possibly orchestrated language to have these individuals genuinely believe that he won by a landslide and that this is the first time in our history that the election results were manipulated. However untrue this is, these are the ideas the President implemented his supporters to believe and instructed them to take action in preserving democracy.

When I realized how dangerous and frankly insane it was for my father to be there, it was well too late. I was most concerned with what could happen to him in such a large crowd of people, especially in these instances, but I was never concerned that my father would possibly be there inflicting harm on anyone. I was at home and tracked his location on the app Life360. I wasn't happy he was there, I thought genuinely how catastrophic it would be if the government was somehow overthrown by these people whom have this obscure idea that they represent all Americans, but what they lack to understand is they only represent maybe as much as half of Americans and that is simply not enough to morally overthrow our working system. I really disadmired all the Trump flags and doing it all in the name of Trump. It does however show the influence of his leadership of enticing such true emotion in these people. Once I saw my father was back at his hotel well before the curfew I was relieved that it was over and he was safe. I also sat with discomfort at the idea he was now involved with this day in history and I'm not quite sure how I'm supposed to react to it or express to him about how I feel about it.

 When he got home he was boastful and proud, I still wasn't sure how to find the right words to explain to him how I felt about it all. So I just teased him and nodded my head. Jackson was strangely ecstatic about it and started hanging around a lot more after he got back home. After my father settled back home I did hear him talking about being paranoid about 3 letter agencies watching him and told me and Jackson not to post anything about him being there that day. Of course he knew we would post about it and we did anyway. On January 11th me, Jackson and our father were talking in the kitchen and me and Jackson were naturally teaming up, challenging our father together, against his decision to go to the capitol on January 6th. I don't remember how this conversation started but our father kind of just started ranting about it. At some point he made a statement that really had me and Jackson feeling disappointed in his choice of words. Jackson claims he felt as though his life was threatened by our fathers statements about "traitors getting shot" but I was there and I can say honestly that I saw our father ranting to more of a bigger picture of things rather than us, his own children. Jackson immediately asked if what he said was a threat, to which our father replied "don't put words in my mouth". Our father also stated he'd put a bullet through my phone if I was recording his nonsense. I thought 'he pays for the phone, it's his anyway', although I wasn't recording. I never felt threatened, my father doesn't threaten me, I rather get annoyed about his dramatic way of speech that often uses outdated references and recitations. I guess he was nervous about being discovered and picked up by the FBI, as they were already doing in North Texas. He rationalized that he didn't break any laws other than trespassing that day and that they were probably going to come and he would comply with being held accountable for that offense. The next morning the raid happened, I had to give myself a second to recognize what was happening and as I sat outside after, I knew from that moment my life would drastically change forever, and it has.

Ever since then my life has been more difficult than I ever thought possible, finding out through CNN that my big brother turned our father in, dealing with the loss of them both in such circumstances, nurturing my mother through this grief that she never thought she'd have to be exposed to, trying to figure out what to do, trying to finish school before trial, everyday being more difficult than the last. However, it has taught me more lessons and truths than anything

ever before. I am grateful for that, I just don't know how long I'll be able to keep it all up. I am optimistic about my future and my parents' future. My father and mother are hard working and will figure out how to regain a normal life together. I will help them not feel drawn to hopelessness in themselves, their future is important to me and mine will not be as fulfilled without both of them there to witness it. I have experienced the toll this situation has taken on my mind and body. I have never experienced such trauma as this situation has exposed me to, it has been the most painful. The personal private troubles or past traumas that have been brought to light have been so hard to deal with as they have already been dealt with in the past. I am hurting and the pain stores itself in my own body, I focus on breathing it out and letting it go. I have been offered many times to tell my story and use my voice, everytime taken away a moment before by whatever platform offered it. Maybe it's for the best, spare me the public embarrassment.

I was truly disappointed knowing I lost the opportunity to testify, I knew I had been too talkative to the prosecutors, they knew I wasn't going to benefit their narrative.
 I hate seeing thousands online 'pick a side', to them either my father or my brother is a hero and the other a disgrace. I'm not so blind to see that their political stance is what influences this, to them it is just another situation to banter about online, just another story that they assume they know everything about. It is truly another reflection of the polarizing nature of our country. To me, it is my blood, my family, my private life, when I close my eyes it is all that I see and all that I feel. They make these conclusions that my family must have been so abusive and awful. There is just so much they don't know about my family's eternal love.

I respect the jury's decision. If I did not know my father so personally I would have perceived this all so differently, from the outside looking in. I am not writing to excuse my fathers actions. I am writing to you, Your Honorable Judge Dabney Friedrick, to ask for leniency in this process of sentencing as I feel that under these abnormal circumstances of the crimes committed, my father is misunderstood as a danger to society. It is our incredible system of justice for him to be held accountable for his actions and has been since his detention thus far. Once my father is given the opportunity to come home, I know he will be a positive and needed member of our household, more than ever before. I know more than ever now how much his presence matters in my life. When he is given the opportunity to be an active member of society again he will play a positive role. In addition we will have conversations to lead him to understand the circumstances of our situation more objectively. There are many conversations awaiting him in the comfort of our home, that fundamentally will never again divide us and the nature of our family will in fact hold so much strength from all of this. The conversations we will have are going to end in more love than they began with. The state of our nation is no longer welcome to infiltrate the love we share as a family and this division we face as a country will not end in a winning side, no lines will be drawn ever again in my home.

Thank you, Your Honor.

# ATTACHMENT D

Dear Your Honor,

I would first like to say thank you for taking the time to read these letters and for you taking into consideration all of the different reasons to be lenient on this sentencing and also being a fair judge in this case. My name is Sarah Reffitt, daughter of Guy Reffitt, which I am proud to be. My father is not a violent, nor malicious man. He is so much the opposite. Our hearts are broken knowing that all people see and believe are the headlines. They don't know who he really is or what he stands for, yet he is dubbed a "child murderer" and "the worst father of the year". He is the backbone of my family. We are devastated and empty without him. The sooner he is home with us, the sooner we can start rebuilding.

I met my father when I was 3 years old. Immediately he loved me and treated me as his own. I was, without a doubt, his child. My biological father wasn't ready to be a father and my mom got herself out of her bad situation and met my true father. He promised that he would take care of both of us and we became the most important two things in his life. The day I was adopted and legally changed my name is still one of the happiest days in both of our lives. I've never once felt out of place or like I was missing my father. Until now.

My father was never violent to my siblings and I, in fact, it's quite the opposite. I feel less safe with him being gone than ever before. My father was always there. He was willing to come get me any time I called, and was always ready to help me in any situation. Now everything feels overwhelming. I am lost without him in my life. He always had the answers to guide me where I needed to go, and show me what I needed to do.

My dad is extremely boastful and pompous. I can easily say, as his eldest child, that it is annoying at times. Especially when you can imagine how it was getting a lecture from him. He always talks so extravagantly and with too much swagger so it can sometimes stir people the wrong way. Even though this irritates many people, not everything he says can be taken at face value. My dad's statements are always taken with a grain of salt in our house, to save an argument. Of course anybody that doesn't know him may actually believe in the things he says, the only thing deserving of a lot of his remarks is an eyeroll. A lot of his remarks made regarding January 6th were just that. Although some of his language sounds alarming, if you knew him you would know that he talks with a lot of hyperbole and exaggeration, but really what he means is much more of an understatement. He would never "cut the head off" or "pull somebody by their hair." He may copy what others have said or come up with a magnificent metaphor, but the actual actions would never occur. He would not strike somebody without that person causing imminent danger to another individual or himself. For example, he had told me when he bought the zip cuffs, months before January 6th, they were a nonlethal or non violent resolution for containing unorderly individuals. However putting hyperbole and these items in the same box you get a much scarier idea of what they might be used for, but not a positive truth.

Even being annoyed with his swanky lingo, I really miss it. My father is a good man to his family, his friends, and to his community. My father goes out of his way to help others and finds a great amount of purpose doing it. My dad never hesitates to assist people whom he may not know

personally because to him everybody is a friend. He finds joy in making others' lives easier. He is considered a second dad by many of my friends. He always opened his home to me and my brother and sisters' friends who may have stressed or troubled lives at their own house. I had a fair share of friends who were not comfortable in their own house, whether it was neglect, abuse or they didn't have a safe space. My dad wanted them to know that they always have a safe space in his home and made sure they always felt welcome.

Such as on Thanksgiving two years ago, Jackson had a friend whose mother had stage 4 cancer and was ill. My dad heard about this and decided to make a second turkey and some extra dishes to bring over to his friend's house so that his mother and family could enjoy a traditional Thanksgiving dinner. Before he left with the meal he stopped and asked us to pick which turkey looked better. We chose and that was the one he took to their house. He couldn't stop smiling the rest of the day. Just remembering that makes me proud and always reminds me how selfless he truly is.

He was very open minded and even though it was hard to sway him from his beliefs, his heart was open to new ideas and thoughts. He taught us to be the same way and to look at things in other people's shoes. My parents even decided that because we had the opportunity to move to a different country with different cultures, we should do so. My dad not only wanted to show us the wonders of the world, but to also meet different people and experience others' culture. It was one of his proudest achievements, having my siblings and I go to an international school and travel and to be able to allow us to have that experience. We are beyond grateful and privileged for it. During this time however, the oil field crashed and dad went to work at a "new location" back in the US. Little did we know we were severely struggling financially, dad didn't want us to stress and for us to just focus on school. When school was over we came up with the money to get us all plane tickets to come back to the US. It was extremely hard leaving the life we created there, but being a family was by far the most important thing to us. For months we were living on very little money, however dad made sure to make everything as happy as possible. Looking back on it now it makes me beyond sad knowing the amount of stress he had on him while still smiling and giving us as much as he could. He is an empathetic and kind man.

My dad has never been involved with anything truly violent and does not have malicious intent with anything he does. Whether or not people agree with his opinion or actions, I know that he himself never does anything with evil or heinous intent. The following year COVID was making him feel hopeless. Since he had lost his job in the oil field and finding work was getting difficult. The bills were getting behind and my mother and I started coming together to help maintain everything the best that we could until everything was better. My father has always worked very hard and was feeling that he couldn't provide us with what we needed and then it seemed to him that he could hardly provide the basics. His anxiety was high during COVID and he was becoming suicidal. He had thoughts of killing himself due to being ashamed and in his words, "a failure."

My father is the complete opposite of a "failure." He was blinded by his need to protect us and give us security. His mental health was declining throughout 2020, but eventually bounced back.

His work from home was improving and he was going to start a new business in something he was passionate about. The movement of January 6th was also something he felt strongly about. I know that my father did not go because he wanted to cause harm to anybody. He stated his purpose of going was to make sure he was heard and wanted to do something that he thought could help his family and the families after him. It was his opinion and, right or wrong, he was overzealous about it. However the thought of him doing any violent acts while there is beyond me. I couldn't imagine him harming anybody. He simply wouldn't. I, personally, have never seen him cause an argument or fight somebody even in the circumstances on January 6th. He was more of someone who always prepared himself for a fight or to defend, but never somebody to cause such a scene.

My mother and sister are not well at all at home. We have been getting my mother psychiatric help because of the amount of pain, stress and despair she has felt throughout all of this. Due to the situation she feels like she has not only lost her husband, but also her son. My sister is still always at home, constantly trying to raise my mother's spirit and has become overly protective over her. My sister's own anxiety due to the events of the past year and from the prosecution is also at an all time high. With my dad being home my mother would not only be able to know what to do for her future, but also my baby sister. The three of us have been helping each other through it and have been successful in keeping together along with keeping our spirits. The feeling of being stuck has been immense on my family without my father, in nearly every way possible. We feel we are not able to build ourselves because our future is so uncertain without him. Truly knowing the man that he is and then thinking of his sitting in prison for so long is sickening for us. We miss our sweet, kind and loving piece of our family.

Thank you for reading these letters and considering my father for who he truly is and not for what the prosecution and media paints him to be. I pray that you can see how much of a special and kind person he is and that he is not a threat to anybody in his home, community or country.

# ATTACHMENT E

To The Honorable Judge Dabney Freidrich:

I truly appreciate your time in reading my letter for my husband, Guy Wesley Reffitt. I have been Guy's wife and partner for almost 22 years, and have known him for 25 years. We have proudly raised three beautiful, spirited, mindful children, Sarah, Jacks, and Peyton. Guy is not always an easy person, but he is always open, and present for the ones he loves. Guy is a self made man, and has always put others before himself. Much of Guy's personality comes from the fact that he has been on his own since he was fifteen, and he has had only himself to back himself up. Guy is exactly who he is, even if his words are conflated, his heart is true. Guy is a person of integrity, pragmatic, and an observer. When we met it was the beginning of everything,  and we created three humans that are spiritual, forward thinking, and loving. As a family we have traveled this globe, and have done it all together, as a family. Guy and I  have always thought this is how we, as a family, would take on the world, together. But, the world had a different plan.

As a family, we have gone through the ups and downs of life, and all that it can throw at you, and during the time of 2016, we as a family were going through changes, and in a parallel way so was our Country. During this time we were all just trying to understand each other, and navigate these waters of very decisive idology, and have some kind of common ground. But, as Covid restrictions began, and our world changed, so did the dynamics of our family. I will not take up your Honors time with rehashing the effects of Covid known, and the debate of Covid unknown, but what I can speak to is the effect it has had on my family. Guy and his career working abroad was for now gone, Jacksons senior year of highschool was to never be finished, the isolation, the time online feeding their own egos, and the tensions in our Country spilling over into our living room, i truly thought it would pass, that it was a generational issue,... growing pains, not issues that would permanently transform our family. But in hindsight, I was naive as a mother and wife, and allowed my ignorance of mental health to damage my family. Mine and Guy's only focus is to heal and restore our family, nothing is more important. We need to be whole as a family and heal together.

I have been a stay at home mom for 17 of our 22 years together, and I take that job seriously. Guy has been the main income provider in our home the entirety of the time, and if it had not been for the generosity of the American People, there would have been no way for me to continue in our home. Guy is present in his family's lives, and it has been a great loss to us that he has been gone, emotionally and financially. To see the fear and pain in our children's faces makes he and I take pause. We have spent many tearful calls on the subject of our family, and the want, drive, and love is there to overcome the issues, and ideology of the world…we just need Guy home to fully heal.

I understand and respect the people of the jury, and how hard the events of January 6 must have been on the people in the district, and I appreciate their time to perform their civic duty.

Guy is a loving, productive, non violent person in society who is always trying to make himself and those around him better.  I thank your Honor again for your time and consideration of reading this letter.


Best Regards,



Nicole Reffitt
903-603-4807
mrsreffitt@gmail.com

# ATTACHMENT F

Dear Honorable Judge Friedrich,

      Guy Reffitt has been a role model in my life since I met him. He was kind, knowledgeable, and thoughtful. My name is Cole Mitchell, I've known Guy for about 5 years. I traveled to DC with his family to support them during the trial. I am in love with his daughter, Sarah Reffitt. During the time I've known him, he only grew more endearing. He had always been respectful to me and anyone that I had ever seen him interact with. I am writing this mitigation letter to you because I want to shine more light on who Guy is as a person, and give some explanation as to why I believe that he deserves as much mitigation on his sentence as possible.

      I want to first give some background on who he was to his family. I had basically been living in between where I live, and his house for the last 2 years, so I believe I saw a significant amount of who he was around his family. He was the person asking if you needed help with anything, car trouble, computer trouble, if anything was needed around the house, it was obvious to me that he liked helping his family/close friends. He was the person to surprise someone with the item he had heard them talking about 3 days prior. I remember him helping Jackson build his computer not a year before January 6th. Guy and I drove together from Dallas to Austin to help his niece, Abbi, move all of her stuff into his house and let her stay there until she got back on her feet. He took joy in taking care of his family. My son Jace adored Guy and it was obvious to anyone that Guy cared for him immensely. They had so much fun together and Guy made Jace so happy. They would laugh and play around the house for hours. Guy would do one silly/funny thing after the next to keep it going. Nicole and Guy have a good marriage and relationship with each other. It was obvious to everyone that he loved Nicole with all his heart and that he worked hard to show her that and to provide for her and their family. He had put up a set of shades on the balcony of my apartment for my mom and I. He had fixed my mom's car when it was having problems. It was the alternator that he had to take out and rebuild for her. He not only did things for his family and close friends, but he cared so truly for them. I am touching on all of these times that he's helped his family to show that he was selfless. He did not do things because he wanted the recognition. He did them because he truly cared and wanted to show it in the best ways he thought he could. He expressed interest in his family and what they were doing, not to reprimand them, but because he cared what they were doing, their safety, and he was active in their lives. He was my friend and my family. I wanted him to be in my life because he was genuine and kind hearted. He reminded me of my own dad, who is the same sort of person. They would get along with anyone and have a laugh about it. They care so much for their family and what they need to do to care for them.  He is someone that I would be happy to call my own father, and someone that I desperately want back in my life. We all miss him so much.

      The way Guy presented himself to others was courteous, kind, and lighthearted. He would go out of his way to help people that he didn't know, whether it was a flat tire, someone needed a couple of dollars in front of him in line, or just going out of his way to greet people and truly ask how they were. Guy drove to Dallas to help clean up the trash and vandalism that

occurred after the deaths of George Floyd and Breonna Taylor. I had never seen Guy become confrontational towards anyone else in public ever. He could discuss things with others while keeping the conversations light. He liked to joke and make others laugh when he saw the opportunity.

Guy had lost his job in the oil field in 2019, and while he still had his job doing home installations, he wasn't making nearly the same amount of money. As I had mentioned before, Guy cared so much and put a heavy weight on his shoulders to fully care for and provide for his family. The loss of his primary career led to him feeling worthless and unable to care for his family in the same way that he had been for so long. Pair that feeling of inadequacy with the long quarantine lockdown, and that gave him enough time to ruminate and reinforce these negative thoughts. I witnessed him struggling to get certified being an insurance adjuster and spending a lot of time in front of the computer searching and applying for jobs. With such limited options to finding another well paying job during quarantine Guy felt defeated. He felt like a failure to his family. Guy became more engaged with politics during quarantine. He would have the news on more frequently and would openly express his opinions to his family. From what I have seen Guy believed that there was an injustice in the government. He believed some parts of the government to be corrupt and not acting in the best interest of the citizens. I also believe that in his state of depression he was trying to find a way he could do more for his family. Guy had told his family that he had gone to DC for them, and for their kids. I believe in his mind this was something he could do for them. Guy wanted to go to the capitol to shine light upon what he believed to be injustice. He wanted to show the United States citizens that they have power and voices. He wanted the government to know that their citizens were losing trust in them, and their concerns should be acknowledged and answered. That is the reason why he went to protest. He wanted to try and ensure that his children and his children's children grew up in a place where they mattered to their government. I truly do not believe he went there to cause people harm. He had never said anything to us about that. He did not go there with the intention of stopping the proceeding or causing harm. He went to be a part of a protest that was already happening whether he was there or not. He jumped on the bandwagon and chose to go that day so that he could be heard. He was not a militia leader, or some warlord. He did not organize an entire group or plan to overthrow anything. He was a dad and a citizen who wanted to make a difference. I do think that he romanticized the whole situation in his head where he was a hero and that he was bigger than he was. Thinking of himself that way and in a sense "playing the part" is what ultimately got him in trouble. We, as his family, know that he is exaggerative in the way that he speaks. He is prideful and he lets his mouth run from time to time. He wanted to be part of something bigger and took this as his opportunity. He liked to make himself seem bigger to his family because he wanted them to be proud of him. He wanted them to believe that he had done something not only for them, but for many people. I truly believe that is why he went, and why he exaggerated so much. He repeated the same statement about pulling Nancy Pelosi out of the capitol because she had made a similar statement towards Trump stating that she would pull him out of office 'by his hair'. Guy took that, spun his own version of that exaggeration and repeated

it over and over. I truly believe that Guy would not hurt anyone unless he was in true danger that he himself did not cause. I believe that Guy would act in self defense, but I have never been given any indication that Guy would hurt someone who is not actively and intentionally bringing physical harm to him. I know that he would not choose to harm anyone at all.

I'd like to end this by saying thank you for taking the time to take a closer look at Guy, and giving his family and friends a chance to share their perspective on what kind of person he is. Please consider lessening his sentence as much as possible as it is in the best interest of his family and friends. We will do all that we can to show him that he is loved and appreciated, so that he does not repeat the same path ever again. We will also do all that we can to influence him not to act unlawfully in any shape or form from here on out. We apologize that we did not realize the gravity of what he was doing before it happened. We all truly care about Guy and want to help him as much as he has helped us. Thank you, Your Honor.

# ATTACHMENT G

wlw wwelchattorney.com

| | |
|---|---|
| **From:** | tsewell texsunexteriors.com <tsewell@texsunexteriors.com> |
| **Sent:** | Sunday, May 15, 2022 7:17 PM |
| **To:** | wlw wwelchattorney.com |
| **Subject:** | Letter for Guy Reffitt |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

May 15, 2022

Judge Dabney Frieddich
333 Constitution Ave NW
Washington, DC 20001

Dear Honorable Judge Dabney Friedrich,
 My name is Timothy Sewell, I live in Texas with my wife and daughters. I'm writing you about Guy Wesely Reffitt. I've known Guy since he was fourteen and I was fifteen. We went to the same Christian private school together. We became friends and have been till this day. Guy has always been a dedicated and hardworking person. He got his first job at the age of fifteen or sixteen and has worked ever since. Nothing was ever handed to him, he worked for everything he has. From buying his first car at age of sixteen to making sure his family was taken care of and had everything they needed. After his wife Nicole had their second child Jackson they thought it was best and more cost effective for her to stay home with the kids. That's when Guy went into the oilfield business, with the help of his Father-in-law who worked on a rig offshore in the gulf of Mexico. He was able to get Guy on at an entry level deck hand. Over the years he worked hard to climb the ladder from a laborer to the head driller running the crew. He has sacrificed time with his family and friends, missing events from birthdays, holidays and even the birth of his third child Peyton by working on the other side of the world a month at a time. But he did it so his family had everything they needed. He was eventually able to move his family to Malaysia that way they were closer and could experience other cultures. He was able to put his children in a top-notch private school. Things were going good up till the oil industry all but shut down and he couldn't find work. He didn't want to disrupt his kid's life or education and decided in 2015 to leave his family in Malaysia and come back to Texas and work for me. He stayed at my shop and sent the money he was making back to them to pay for school and bills. He was hoping that it would be temporary and that he would be able to move back after the oil industry picked back up.  Things didn't turn out that way and he had to move his family back to Texas. He continued to work for me and the oilfield. If he wasn't working for me, he was gone for a month drilling. This didn't bother him because to Guy his family is everything. If there is one thing, I could say about Guy he would do anything for his family. His family was and is the most important thing to him. I can personally say he would do anything to take care of them and protect them. That's him in a nutshell.
  As far as things he has said that has gotten him into trouble, anything that has been reported he said he probably said them. Because he can talk like he is ten foot tall and bullet proof. He can talk with a lot of hyperbole and exaggerate things. A lot of that comes from working in the oilfield. He was talked tough to when he started and as a leader, he in returned talked tough to his crew. But I know for certain that he would never hurt a hair on his children's head. He had confided in me early in 2020 that he missed his son Jackson. He had become distant and not wanting to be around the family. Guy continued to do anything he could for him. He helped him get a car and tried to spend time with him working on it for him. He did all the leg work to

1

get Jackson enrolled in college and get him financial aid. Jackson really didn't want to go to college but Guy kept pushing. He knew it would make Jackson's life better and he wanted the best and still does for him. Guy talked to me the morning after he was recorded by Jackson. He had said that Jackson was saying America would be better off as a socialist or communist country. Guy said they had a heated conversation so there is no telling what was said. I've known Jackson since the day he was born and has always been a kind hearted person. But I find it unsettling that he would wait for his dad to have a few beers in him, gaslight him and record it. Especially when Jackson was rarely at home and didn't have very many conversations with his dad. Jackson knows his dad hasn't ever and would never hurt him and has admitted as much. Guy's family is torn apart right now without him. They have been to hell and back from getting nasty messages online to even death threats dropped off at their house. Not to mention they are missing the one person they looked to for everything. He was and is the head of their household and they are lost without him. He has been in jail for almost a year and a half. Having to stay in his cell for twenty-three hours a day and no visitation rights. He even almost died shortly after he was arrested. They wouldn't give him his medication and he had a seizure and ended up in the hospital for days and his family weren't informed till after. His wife Nicole called me worried knowing something was wrong because she had not heard from him. The hardest part for him has been not being there for his family.  I believe he has been though a lot more than a normal inmate. Especially since it was his mouth that caused most of this. I know words have consequences but I think he has had enough since January 2021. I hope you will take this into consideration in your sentencing. Thank you for your time and consideration.


Sincerely,
  Timothy Sewell
  3913 Castle Dr
Rowlett, Tx 75089

# ATTACHMENT H

Keelan Bubb
Forney, TX


Judge Dabney Frieddich
333 Constitution Ave Nw
Washington, DC 20001

**May 15th, 2022**


**SUBJECT: Guy Reffitt Letter for Leniency**

Respected Judge Dabney Frieddich

My Name is Keelan Bubb of Forney Texas. I have known Guy Reffitt most of my life. Our friendship started in 1998 when we met through a mutual friend. I know him to be honest, compassionate, and a very loving family man. He has always been a hardworking person that would anything for his family and friends. He is the type of person that never meets a stranger. He makes friends with everyone he comes across and is well liked by people of all races and political believes. I respectfully request that you look past the political light that has been cast on him and see who he really is. He is a good citizen that contributes to society in a positive way who has a loving family that needs him tremendously. Guy is a good person and I pray you can find a way to give him a second chance.


Yours Faithfully,

Keelan Bubb
Forney, Texas

# ATTACHMENT I

May 15, 2022

Judge Dabney Frieddich
333 Constitution Ave NW
Washington, DC 20001

Case #1:21-cr-32

Dear Honorable Judge Dabney Friedrich,

My name is Christi Cross, I live in Texas with my daughter. I am writing on behalf of
Guy Wesley Reffitt in hopes that you will consider a reduced sentence. I've known
Guy since we were 15 yrs old. We dated for 6 yrs & remain friends now. He has
always been loyal to both his family & friends since I have known him. He would do
anything for anyone at any given time with no hesitation. He has always been a
hard worker & took on many leadership roles over the years. Guy has been very
much involved in his family life and would do anything to keep them happy. I have
grown very close to his wife Nicole & the kids over the years and have enjoyed
vacations with him with our group of friends we have known since high school. If
me, my family, or our friends ever needed anything we know we could always
depend on him to be there for us with absolutely no hesitation.

As far as his current situation goes I am quite sure Guy talked with alot of hyperbole
which is known to do and at times can exaggerate things. I do believe if he had it to
do all over again that  he would've made wiser choices for the sake of himself and
his family that he has always cherished very much. I am sure he has many regrets
mostly for the trauma his family is going through.  I strongly believe that Guy would
never physically harm anyone including his family. He is not a violent person. I know
his wife and daughters are really struggling both financially, mentally and with ugly
messages & threats they receive on a daily basis from the community. Social media
has made him out to be a type of  violent terrorist which he is not. He loves God,
people and his country and only wants what is best for all. He is very outspoken
about his morals, values and beliefs for the good of man. I have heard from his
family that he is struggling due to the long twenty-three hours a day lock down, no
visitation rights and limited communication with the outside world. I understand his
actions have consequences as they should but he's been through quite alot while

being in jail more than most of the other inmates. I ask that you will take my letter into consideration upon sentencing and give him a chance to speak on his own behalf if possible. This was not an option nor was he allowed to have his own daughter Peyton testify as a witness for him during his trial. Thank you for your consideration.

Sincerely,

Christi Cross
2508 Wales Drive
Mckinney, Tx 75072

# ATTACHMENT J

## **(Mitigation) Guy Reffitt

Thursday, March 31, 2022    4:03 PM

| | |
|---|---|
| Subject | **Guy Reffitt** |
| From | Linda Reffitt |
| To | wlw wwelchattorney.com |
| Sent | Wednesday, March 30, 2022 1:16 PM |

Dear Your Honor,
I am Linda Reffitt, Guy Reffitt's mother, and I am writing to help Your Honor
see what kind of man Guy is.I thank you for reading this.
Since Guy was little he always loved learning new things. His Dad was a Diesel
mechanic and taught both his boys about fixing cars, he still does his
own maintenance on his families vehicles mine included.
His Dad was very pro physical punishment of his sons, my husband always said his
dad raised him that way. he could be too hard on the boys but told me to stay out of
it and I believe because of the way he was treated by his dad is why Guy has never
spanked his children or physically corrected them in anyway. I am proud of the way
Guy and Nicole have raised their children. They are turning out to all be fine
responsible adults.
Guy is a very devoted family man and a good provider, his wife and children are his
world. He is a very loving son, husband ,father and friend. Guy has many friends
from grade school, some from 2nd grade, they have all grown up together and as
married couples with children, every year they all take vacations and rent several
cabins on a lake in Arkansas to spend the week and catch up.
Both my boys were Boy Scouts and both became Life Scouts.they taught me how to
build a great campfire.
Guy just wants to go back to being a normal family and restoring a loving
relationship with all three of his children and his loving wife Nicole.
Thank you,
Sincerely,
Linda L. Reffitt

Sent from my iPad

# ATTACHMENT K

May 2, 2022

Judge Dabney Friedich
333 Constitution Avenue NW
Washington, DC 20001

Dear Honorable Judge Dabney Friedrich,

My name is Deanna Sewell, I live in Texas with my husband and two grown daughters. I have worked the past 13 years at Surgical Associates of Collin County as a Surgery Scheduler. My husband and I also own and have operated Texsun Exteriors since 2005. I am writing you on behalf of Guy Reffitt. I met Guy when I first moved to Texas 24 years ago, he struck me as a fun, happy, compassionate person who loved to talk. We quickly became close friends. We have been there for each other through all the things life has given us such as our weddings, births of our children, passing of friends and family members. Family means everything to him; he loves them all unconditionally including Jackson. Their family always struck me as an especially close one, seeing what their lives are like now is especially hard. They live in constant fear. They have had death threats mailed, hand delivered and yelled at them. People hiding behind their social media accounts to bully his family is a constant, it is both unwanted and unprovoked. This has put a tremendous amount of stress and anxiety on them, yet through it all they stick together. I think a lot of things that happened on 01-06 should have never happened or been allowed to happen. Guy is a big talker and loves to brag, I realize his mouth has gotten him where he is, but I fail to see how this long sentence of being locked in a cell for 23 hours a day for well over a year is justified. Guy is a wonderful friend and father who deserves after all this time to be with his wife and children.

Thank you for your time and consideration.

Sincerely,

Deanna L. Sewell
3913 Castle Dr
Rowlett, Texas 75089
(469)964-1167
dsewell76@yahoo.com