| | United Sttes of America | VS. | | | Civil/Criminal No. | CR 21-32 |

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

GUY REFFITT

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Timeline of 1/6/21 events | 8/1/2022 | 8/1/2022 | Def atty - Clinton Broden | |
| 2 | Thumb drive of 1/6/21 events | 8/1/2022 | 8/1/2022 | Def atty - Clinton Broden | |
| 3 | Thumb drive of 1/6/21 events | 8/1/2022 | 8/1/2022 | Def atty - Clinton Broden | |