## UNITED STATES CAPITOL POLICE
## TIMELINE OF EVENTS FOR JANUARY 6, 2021 ATTACK

This document memorializes critical events leading up to and during the January 6, 2021 attack at the U.S. Capitol.

The timeline is as follows:

### WEDNESDAY, DECEMBER 16, 2020

- The United States Capitol Police (USCP) learns that different groups of protesters are organizing demonstrations on U.S. Capitol grounds related to the January 6, 2021 joint session to certify the electoral vote count.

### FRIDAY, DECEMBER 18, 2020

### TUESDAY, DECEMBER 22, 2020

### WEDNESDAY, DECEMBER 23, 2020



**MONDAY, DECEMBER 28, 2020**



CAPD_000003194

## TUESDAY, DECEMBER 29, 2020

## WEDNESDAY, DECEMBER 30, 2020

- Revised Special Event Assessment issues for January 6, 2021 event.

    - Revised assessment indicates that "[a] number of individuals and groups are calling for their supporters to travel to Washington, DC, on or before January 6, 2021, to show support for POTUS and for overturning the election results. The protests/rallies are expected to be similar to the previous Million MAGA March rallies in November and December 2020."

    - Revised assessment indicates that "Stop the Steal has posted a webpage entitled 'wildprotest.com' that includes a map of the Capitol grounds indicating they will be gathering on the Senate East Front Grassy Area 9 on January 6, 2021. The webpage states 'We the People must take to the U.S. Capitol lawn and steps . . . [.]' They plan to show support for the Members of Congress who are expected to file objections to the certification of the electoral vote."

    - Revised assessment indicates that a Member of Congress is confirmed as a speaker in the "Stop the Steal" event.

    - Revised assessment indicates that "there have been several social media posts encouraging protesters to be armed."

    - Revised assessment found "no information regarding specific disruptions or acts of civil disobedience targeting this function. Due to the tense political environment following the 2020 election, the threat of disruptive actions or violence cannot be ruled out."

## THURSDAY, DECEMBER 31, 2020

CAPD_000003195

**SATURDAY, JANUARY 2, 2021**

**SUNDAY, JANUARY 3, 2021**



CAPD_000003196



**MONDAY, JANUARY 4, 2021**



CAPD_000003197



CAPD_000003198



CAPD_000003199

**WEDNESDAY, JANUARY 6, 2021**

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| Approximately 0600 hours | USCP deploys counter surveillance agents to monitor and report back on demonstrators at the Ellipse, at metro stations in the area, and around Capitol and Supreme Court grounds, including numbers, their attire, packages or equipment they are carrying, directions from which they are coming or going, any gathering locations, and any suspicious activity. |
| | USCP deploys DPD agents to the Ellipse as protection for Members in the event of any threats. |
| | USCP assigns agents to all emergency evacuation vehicles for Congressional Leadership in the House Garages. |
| 0743 hours | USCP begins releasing demonstration updates related to the January 6, 2021 event. |
| 0823 hours | The Department receives intelligence regarding the radio frequency that some of the demonstrators are using to communicate.  The Department intercepts the frequency and assigns an intelligence analyst to monitor the frequency and protester activity. |
| 0845 hours | 75 to 100 demonstrators walk up Constitution Avenue near North Barricade. |
| 0926 hours | Approximately 50-60 people on the House Egg. |
| 1000 hours | Metro transit personnel investigates suspicious package at Capitol South Metro.  USCP personnel respond to assist. |

CAPD_000003200

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1002 hours | Suspicious package at Capitol South Metro is cleared. |
| 1022 hours | USCP demonstration update indicates that unconfirmed count put crowd size at 25-30k at the rally on the Ellipse. Update also indicates that organizers of the Ellipse event planning a march to the Capitol after POTUS speech. |
| 1048 hours | USCP demonstration update indicates that large crowd of protesters gathered on East Front remain peaceful. |
| 1051 hours | One group originally permitted for Senate East Front Grassy Area 9 will no longer be demonstrating. |
| 1058 hours | Demonstration group gathers in the Senate Park on the C Street side of the Russell Senate Office Building. Also steady flow of demonstrators walking along Louisiana and Constitution heading west. |
| 1058 hours | USCP learns that another agency has recovered two firearms from an unattended vehicle in Northwest, DC and reports it over the radio for situational awareness. |
| 1059 hours | Approximately 200 Proud Boys gather near Garfield Circle move toward Senate Egg. |
| 1109 hours | Approximately 400 demonstrators on the East Front stretching from Senate Plaza to House Plaza. |
| 1111 hours | USCP demonstration update indicates that MPD found a vehicle with a rifle and scope in plain view at L'Enfant Plaza. |
| 1114 hours | USCP personnel investigate suspicious package at the Supreme Court of the United States ("SCOTUS"), 100 block of East Capitol Street. |
| 1115 hours | JEMNS alert sent: The USCP is continuing to investigate a Suspicious Package at the Unit Block of Second Street NE. Staff and other personnel are directed to AVOID THIS AREA until further notice. |
| 1124 hours | USCP personnel monitors 3-4 counter demonstrators setting up "props" on 3rd Street and Pennsylvania Southeast. |

CAPD_000003201

| WEDNESDAY, JANUARY 6, 2021 | |
| --- | --- |
| **TIME** | **EVENT DESCRIPTION** |
| 1126 hours | USCP investigates a twitter posting indicating that a militia was being formed on Capitol Hill by the Silver Arm Band. Allegedly a man was handed a flyer near the U.S. Capitol that states that a national militia is being organized on Capitol Hill to defend the Constitution and the Republic and that members must wear silver armbands signifying that they are lawful combatants. |
| 1135 hours | Additional demonstrators arrive on the Capitol Square. |
| 1139 hours | JEMNS alert sent: The USCP is continuing to investigate a Suspicious Package at the Unit Block of Second Street NE.  Staff and other personnel are directed to AVOID THIS AREA until further notice. |
| 1144 hours | Approximately 100-150 demonstrators walking up Delaware Avenue from Union Station. |
| 1151 hours | USCP demonstration update indicates that MPD is responding to reports of a man with a rifle at 15th & Constitution Avenue NW. |
| 1151 hours | USCP demonstration update indicates that DHS is investigating two handguns found in a vehicle during a security check at 550 12th Street SW. |
| Approximately 1157 hours | POTUS Trump begins speech at the Ellipse. |
| 1204 hours | USCP clears suspicious package at SCOTUS. |
| 1215 hours | JEMNS alert sent: The USCP has cleared the incident with the Suspicious Package at the Unit Block of Second Street NE. |
| 1229 hours | USCP personnel reports hearing the sound of a Taser at the Senate Egg. USCP personnel advised for situational awareness and officer safety. |
| 1230 hours | Very large group reported as heading to the U.S. Capitol from eastbound on Pennsylvania Avenue at approximately 7th Street. |
| 1233 hours | USCP demonstration update indicates that USPP have detained a person armed with a rifle at 17th Street near the WWII memorial. |

CAPD_000003202

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| Approximately 1236 hours | USCP personnel and USSS escort VPOTUS Pence into the U.S. Capitol. |
| 1239 hours | JEMNS alert sent: Due to Demonstration Activity, the following road closures are in effect: First Street between Constitution and Louisiana Avenues NW and Constitution Avenue between First and Third Streets NW. |
| Approximately 1244 hours | USCP personnel investigate explosive device at RNC headquarters. |
| 1245 hours | D.C. police camera captures what looks like a wall of people suddenly arriving about a block west of the Capitol. |
| 1246 hours | USCP personnel shut down Constitution Avenue due to approach of large group of demonstrators. |
| 1248 hours | JEMNS alert sent: The USCP is responding to suspicious package at the 300 Block of First Street SE. |
| 1249 hours | USCP K-9 units sweep Command Post at 1st and D Streets SE and conduct additional sweeps on 1st Street. |
| 1252 hours | USCP deploy additional personnel to begin clearing residences and businesses near RNC Headquarters. |
| Approximately 1253 hours | Insurrectionists at the front of the large group amassing near the Capitol Reflecting Pool pick up a metal barrier and push it into USCP officers. A crowd begins to press onto the restricted Capitol grounds. |
| 1255 hours | USCP directs all available USCP units to respond to the West Front of the Capitol to assist with breaches along the perimeter.  USCP personnel instructed to lock Lower West Terrace door and south side. |
| 1256 hours | USCP directs units to respond to Upper West Terrace area to contain insurrectionists. |
| 1256 hours | USCP personnel evacuate construction workers. |
| 1258 hours | COP Sund asks for and receives assistance from Acting Chief Contee MPD. |

CAPD_000003203

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1300 hours | USCP personnel advise Metro to have trains bypass Capitol South metro station due to explosive device. |
| 1300 hours | CDU Hard Platoon forms line at Upper West Terrace and less lethal Grenadiers prepare to launch from inauguration stage area. |
| 1301 hours | COP Sund asks for and receives assistance from Chief Thomas Sullivan USSS/UD. |
| 1301 hours | USCP personnel evacuates Madison Building due to explosive device at RNC headquarters. |
| 1303 hours | USCP personnel finds vehicle with explosive chemicals (eleven Molotov cocktails) and a firearm. |
| 1304 hours | COP Sund asks SSAA for declaration of emergency for National Guard support. |
| 1305 hours | Prisoner transport staged on House side plaza. |
| 1306 hours | USCP Grenadiers directed to launch chemical munitions. |
| Approximately 1306 hours | USCP personnel go door to door to notify residents in the vicinity of the explosive device to evacuate. |
| 1307 hours | USCP personnel investigate explosive device at DNC Headquarters. |
| 1308 hours | USCP personnel deploy OC Spray on Upper West Terrace. |
| 1309 hours | COP Sund asks HSAA for declaration of emergency for National Guard support. |
| 1309 hours | USCP personnel closes the following roadways due to explosive devices at RNC headquarters and 300 block of first street: First Street between C and D Streets SE New Jersey Avenue between Ivy and D Streets SE |

CAPD_000003204

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| | D Street between New Jersey Avenue and Second Street SE |
| 1309 hours | JEMNS alert set: The USCP is continuing to investigate a Suspicious Package in the 300 Block of First Street SE.  Staff and other personnel are directed to AVOID THIS AREA until further notice. |
| 1310 hours | POTUS Trump speech ends. |
| 1310 hours | MPD units respond to South Side Upper West Terrace.[1] |
| 1311 hours | USCP personnel evacuates Cannon Building directing staff to leave underground through the Longworth Building due to explosive devices at RNC and DNC headquarters. |
| Approximately 1314 hours | USCP personnel raise all south barricades. |
| Approximately 1314 hours | USCP personnel and USSS evacuate protectee at DNC headquarters. |
| 1315 hours | The following PA/Annunciator message sent: "Evacuate, evacuate, evacuate the Cannon House Office Building immediately due to a suspicious package and internally relocate to the Longworth House Office Building.  I repeat evacuate, evacuate, evacuate, the Cannon House Office Building immediately due to a suspicious package and internally relocate to the Longworth House Office Building." |
| 1321 hours | Additional MPD units respond to U.S. Capitol Building. |
| 1322 hours | JEMNS alert sent: The USCP is evacuating the following building due to police activity: Cannon. |
| 1322 hours | COP Sund reiterates request to HSAA for emergency declaration for National Guard support. |
| 1323 hours | USCP personnel arrest two insurrectionists for unlawful conduct at the Upper West Terrace south. |

---

[1] Timeline is not a comprehensive account of all LE partners' arrivals or participation.

CAPD_000003205

| WEDNESDAY, JANUARY 6, 2021 | |
| --- | --- |
| **TIME** | **EVENT DESCRIPTION** |
| 1325 hours | USCP personnel arrest an insurrectionist for unlawful conduct at the Upper West Terrace north. |
| 1330 hours | USCP personnel advise DNC security and Fairchild Building security to have occupants shelter in place. |
| 1334 hours | CDU units report to Lower West Terrace. |
| Approximately 1335 hours | USCP relocates DPD Leadership Limos from the Senate and House side of Capitol Plaza to the Loading Dock and Rayburn Garage respectively. |
| 1339 hours | JEMNS alert sent: The Cannon Building is executing internal relocation due to police activity. All other staff should remain inside their building until further guidance is received from USCP. If you are outside a building on Capitol Hill follow the direction of law enforcement officers. If you are in the Cannon Building, take visitors, escape hoods, and go kits and report to the South Tunnel connecting to the Longworth, further information will be provided as it becomes available. |
| 1340 hours | COP Sund requests and receives confirmation of support from Ashan Benedict, ATF. |
| 1342 hours | Insurrectionists breach Lower West Terrace fence line and scaffolding. |
| 1345 hours | Insurrectionists breach East Plaza fence by the skylights. |
| 1348 hours | JEMNS alert sent: All CLEAR. The evacuation of the Cannon has been cleared, and any associated road closures will clear momentarily. |
| Approximately 1348 hours | Insurrectionists breach the Upper West Terrace. |
| 1349 hours | COP Sund requests National Guard Support from General Walker. Advises General Walker that a CPB emergency declaration is forthcoming. |
| 1351 hours | COP Sund calls Metropolitan Washington Consortium of Governments to activate LE mutual aid within the National Capitol Region. |

CAPD_000003206

| WEDNESDAY, JANUARY 6, 2021 | |
| --- | --- |
| **TIME** | **EVENT DESCRIPTION** |
| 1353 hours | USCP Library Division deploys 12 officers to respond to Upper West Terrace. |
| 1354 hours | Insurrectionists breach the Inauguration Stage and begin tearing things down. |
| 1357 hours | MPD Hard Platoons respond to Lower West Terrace door. |
| 1359 hours | Insurrectionists breach a barrier at the north side of the plaza. |
| 1359 hours | CDU lines form on Senate Steps and Center Steps of East Plaza.  Less lethal munitions deployed to Center Steps. |
| 1400 hours | Assistant COP Pittman orders lockdown of U.S. Capitol Building. |
| 1402 hours | JEMNS alert sent: Due to Police Activity, all personnel are advised to relocate from the Cannon House Office Building to the Rayburn and Longworth House Office Buildings through the underground tunnels. Do not evacuate outside the buildings. All personnel should shelter in place in the Rayburn and Longworth House Office Buildings. |
| 1403 hours | COP Sund reiterates to HSAA request for emergency declaration for National Guard support. |
| 1405 hours | The following Annunciator message is sent: Due to an external security threat, no entry or exit is permitted at this time in the U.S. Capitol Building. You may move throughout the buildings but stay away from exterior windows and doors. |
| 1406 hours | Insurrectionists breach Rotunda steps. USCP deploys 10 units with shields up to the Rotunda door to hold the line. |
| 1406 hours | JEMNs alert sent: The USCP is preparing to disrupt a Suspicious package in the 400 Block of Canal Street SE.  A loud bang may be heard in the area. There is no cause for alarm, and no action needs to be taken by Congressional Staff. |
| 1408 hours | Insurrectionists breach House Plaza coming from the south side of the U.S. Capitol building. |

CAPD_000003207

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1408 hours | Assistant Chief Pittman orders Capitol Complex wide lockdown. |
| 1410 hours | CPB issues verbal emergency declaration and gives authority for National Guard deployment. |
| 1410 hours | JEMNS alert sent: Due to an external security threat located on the West Front of the U.S. Capitol building. No entry or exist is permitted at this time. You may move throughout the building(s) but stay away from exterior windows and doors. If you are outside seek cover. |
| 1410 hours | The following PA/Annunciator message is sent: "Due to an external security threat, no entry or exit is permitted at this time in any building of the Capitol Complex. You may move throughout the buildings but stay away from exterior windows and doors." |
| Approximately 1410 hours | USCP personnel arrest rioter for kicking in a window on the center steps of the east plaza. |
| 1411 hours | USCP personnel and USSS escort VP Pence from Senate Chambers. |
| Approximately 1415 hours | USCP DPD units evacuate House and Senate Leadership. |
| 1415 hours | Second floor of the Capitol breached. USCP units directed to respond to Senate chambers. |
| 1415 hours | USCP units directed to respond to the Rotunda, Senate side, first level. USCP orders lockdown of House and Senate Chambers. |
| 1417 hours | The following PA/Annunciator message is sent: Security threat, security threat, security threat. Due to a security threat inside the building, immediately seek shelter inside the nearest office. Take visitors and emergency equipment. Lock all doors if able. If shelter is unavailable, seek cover or concealment. Remain quiet and await further direction. |
| 1418 hours | JEMNS alert sent: Capitol Staff: Due to a security threat inside the building, immediately: move inside your office or the nearest office. Take emergency equipment and visitors. Close, lock, and stay away from external doors and windows. If you are in a public space, find a place to hide or seek cover. |

CAPD_000003208

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| | Remain quiet and silence electronics. Once you are in a safe location, immediately check in with your OEC. No one will be permitted to enter or exit the building until directed by USCP. If you are in a building outside of the affected area, remain clear of the police activity, await further direction. |
| 1418 hours | USCP personnel barricade Senate Chamber. |
| 1419 hours | Approximately 200 insurrectionists breach Rotunda. USCP Hard Platoon deployed to Rotunda. |
| 1420 hours | Insurrectionists breach Senate door and north side door of the Upper West Terrace. |
| 1422 hours | CDU Platoons 1 through 3 deployed to House side of U.S. Capitol; CDU Platoons 4, 6, 7, and 8 deployed to Rotunda. |
| 1424 hours | JEMNS alert sent: The USCP is preparing to disrupt a Suspicious Package in the 300 Block of First Street SE. A loud bank may be heard in the area. There is no cause for alarm, and no action needs to be taken by Congressional Staff. |
| Approximately 1426 hours | COP Sund urgently request National Guard support during teleconference with Christopher Rodriguez, DC Homeland Security; Chief Contee, MPD; General Walker, DC National Guard; Muriel Bowser, DC Mayor; Lieutenant General Walter E. Piatt, Army Staff Secretary. COP Sund is advised by the Army Staff Secretary that "we don't like the optics of the National Guard standing a line at the Capitol" and that his recommendation to the Secretary of the Army will be not to support the request. |
| 1428 hours | Remaining Members evacuated from Senate floor. |
| 1430 hours | Per DC National Guard's request USCP drafts a formal written request to Department of Defense for National Guard support. |
| 1432 hours | USCP personnel deployed to extract Members in office.[2] |
| 1434 hours | Upper West Terrace breached. |

---

[2] Timeline is not a comprehensive account of all Member or staff extractions.

CAPD_000003209

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1437 hours | Corridor to House Chamber breached. |
| 1439 hours | USCP personnel begin evacuating Members inside the House Chamber. |
| 1440 hours | FBI personnel investigate an explosive device in the 600 Block of Independence Avenue. |
| 1443 hours | USCP personnel shoots insurrectionist attempting to breach area outside of House Floor. |
| 1444 hours | Assistant COP Pittman orders USCP SWAT team to respond to House Floor. |
| 1444 hours | Officers barricade in third floor gallery of House floor with 12 to 15 members and staff ordered to shelter in place. |
| Approximately 1445 Hours | USCP Inspector meets with evacuated Congressional Leadership at alternate site to brief them on the situation. |
| 1450 hours | Senate Chamber breached. |
| 1450 hours | USCP SWAT team deployed to extract Members in offices. |
| 1451 hours | USCP SWAT team holds insurrectionists at gun point at the House Chamber door. |
| Approximately 1451 hours | USCP personnel and LE partners deployed to extract Members and staff from offices. |
| 1457 hours | USCP personnel arrest a rioter in possession of two knives. |
| 1457 hours | Evacuation of Members on House Floor completed. |
| 1457 hours | USCP personnel extract Members in offices. |
| 1504 hours | USCP deploys additional CDU Hard Platoon to Rotunda. |
| 1507 hours | Approximately 20 ATF and FBI personnel arrive at speaker's lobby. |
| 1509 hours | Montgomery County PD through checkpoint 7 heading to North Barricade. |

CAPD_000003210

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1518 hours | USCP personnel extract Member and staff from office. |
| 1526 hours | USCP deploys K9 unit for sweep at New Jersey and Independence Avenue to assist DC Fire. |
| Approximately 1532 hours | USCP and LE partners clear Senate Floor, second floor, Rotunda, and South Wing of the first floor of unauthorized persons. |
| Approximately 1532 hours | A Hard Platoon of about 40 DHS officers deployed. |
| 1533 hours | Explosive device at RNC headquarters is cleared. |
| 1541 hours | JEMNS alert sent: Capitol Staff: Due to a security threat inside the building, immediately: move inside your office or the nearest office.  Take emergency equipment and visitors.  Close, lock and stay away from external doors and windows.  If you are in a public space, find a place to hide or seek cover.  Remain quiet and silence electronics.  Once you are in a safe location, immediately check in with your OEC. |
| 1543 hours | USCP personnel extract Members from office. |
| 1547 hours | USCP personnel clear Rotunda and secure broken Rotunda door. |
| 1551 hours | Armed squad of Arlington County Police arrive and deploy to Lower West Terrace. |
| 1554 hours | USCP personnel extract staff who called for assistance. |
| 1559 hours | USCP personnel arrest an insurrectionist near the Hart loading dock. |
| Approximately 1601 hours | USCP personnel extract staff from office. |
| 1607 hours | USCP personnel extract staff from office. |
| Approximately 1608 hours | Fairfax Police Department and Virginia State Troopers arrive. |

CAPD_000003211

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1609 hours | JEMNS alert sent: All buildings within the Capitol Complex Staff: Due to a security threat inside the building, immediately: move inside your office or the nearest office. Take emergency equipment and visitors. Close, lock and stay away from external doors and windows. If you are in a public space, find a place to hide or seek cover. Remain quiet and silence electronics. Once you are in a safe location, immediately check in with your OEC. |
| Approximately 1611 hours | SSAA requests USCP extraction team respond to Senate offices in the U.S. Capitol. |
| Approximately 1613 hours | USCP arrests insurrectionists who jumped through a window in the hallway. |
| 1615 hours | COP Sund teleconference with VPOTUS Pence. |
| Approximately 1615 hours | USCP personnel extract Member from Lincoln room. |
| Approximately 1619 hours | Senate Chambers cleared. |
| 1621 hours | JEMNS alert sent: The USCP has cleared the incident with the Suspicious Package in the 400 Block of Canal Street SE. |
| 1628 hours | USCP confirms basement, subways, first floor, and crypt of both wings secure. Also officers reinforcing every access point to include the windows that were shattered. Further second floor, Rotunda, and wings are clear. House chamber is secure. |
| 1628 hours | USCP personnel extract staff barricaded in Senate offices. |
| 1636 hours | Suspicious package at DNC cleared. |
| 1645 hours | USCP personnel deploy munitions at Rotunda door where insurrectionists pushing in doors and breaking windows. |
| Approximately 1648 hours | USCP personnel and LE partners move insurrectionists off the West Front Terrace. |

CAPD_000003212

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 1648 hours | USCP deploys chemical munitions on Lower West Terrace to disperse insurrectionists. |
| 1652 hours | USCP arrests two insurrectionists in the Rotunda. |
| 1709 hours | USCP personnel extract staff barricaded in Senate offices. |
| Approximately 1720 hours | USCP deploys K-9 teams to sweep House and Senate Chambers. |
| Approximately 1720 hours | USCP arrests one insurrectionist at the staff wing, north side, west front stairs and one insurrectionist north stairs. |
| 1730 hours | USCP and LE partners clear media tower on the West Front. |
| 1736 hours | USCP and LE partners clear West Front, Lower West Terrace and the House and Senate Steps of all unauthorized occupants. |
| 1736 hours | COP Sund meets with VPOTUS Pence and teleconference with House Speaker Nancy Pelosi to brief them on the security posture.  Advised that the building could be safely re-occupied by 1930 hours. |
| Approximately 1738 hours | USCP and LE partners push invaders away from the U.S. Capitol building on the West Front. |
| 1745 hours | PA announcement internal and external: There is a curfew in effect at 1800 hours until 0600 hours tomorrow.  All individuals are required to leave Capitol Hill or be subject to arrest. |
| 1746 hours | USCP deploys HDS to sweep Senate floor. |
| 1747 hours | Seven National Guard buses headed to north barricade. |
| 1750 hours | USCP and LE partners push insurrectionists off West Front grassy areas to First Street. |
| 1752 hours | USCP and LE partners push insurrectionists off of East Front Plaza. |
| 1756 hours | Fifteen Airport Police Officers arrive and deployed to center deck. |

CAPD_000003213

| WEDNESDAY, JANUARY 6, 2021 | |
| --- | --- |
| **TIME** | **EVENT DESCRIPTION** |
| 1801 hours | USCP and LE Partners sweep East Plaza. Confirm clear. |
| 1806 hours | USCP investigates suspicious package at First Street from Constitution Avenue to East Capitol. |
| Approximately 1807 hours | USCP personnel extract Member and staff. |
| 1813 hours | USCP clears suspicious package at First Street and Constitution Avenue. |
| Approximately 1825 hours | USCP, National Guard, and LE partners move insurrectionists back to Third Street. |
| Approximately 1825 hours | COP Sund briefs Senators Schumer and McConnell, and Representative Clyburn over the telephone on the current security posture of the Capitol and the ability of the House and Senate to reconvene in their respective Chambers. |
| 1826 hours | USCP personnel and LE partners confirm that area around the southeast drive has been swept with negative results. |
| 1834 hours | USCP personnel and LE partners confirm that House Chamber is swept, cleared, and negative results in the gallery. |
| Approximately 1837 hours | USCP and LE partners sweep East Front completed at 1936 hours. |
| 1838 hours | USCP confirms that Senate Floor and Galleries have been swept and are hazard free. |
| 1844 hours | JEMNS alert sent: All buildings within the Capitol Complex staff: Due to a security threat inside the building, immediately: move inside your office or the nearest office. Take emergency equipment and visitors. Close, lock and stay away from external doors and windows. If you are in a public space, find a place to hide or seek cover. Remain quiet and silence electronics. Once you are in a safe location, immediately check in with your OEC. |

CAPD_000003214

| WEDNESDAY, JANUARY 6, 2021 | |
| --- | --- |
| **TIME** | **EVENT DESCRIPTION** |
| 1920 hours | USCP and LE partners sweep Third and Fourth Floor of Senate Chambers and confirm clear. |
| 1924 hours | JEMNS alert sent: All buildings within the Capitol Complex staff: Update police activity related to the report of an internal security threat is ongoing. While we encourage Members and staff to remain in the buildings, if anyone must leave: House Personnel: The Longworth South Capitol Door is open for departure only. Senate Personnel: The Northwest Door of the Dirksen is open for departure only. |
| 1925 hours | USCP personnel arrest insurrectionists. |
| 1931 hours | USCP and LE partners sweep Speakers Office. |
| 1936 hours | USCP and LE partners sweep West Front of the Capitol, including Upper West Terrace, West Terrace Areas, outward to First Street, Independence and Constitution. |
| 1938 hours | USCP and LE partners complete sweep of House 2nd Floor and confirm all clear except for broken window. |
| 1940 hours | USCP personnel arrest an insurrectionist at Inaugural Stage. |
| 1945 hours | USCP personnel investigate suspicious package at Lower West Terrace doors. |
| 1957 hours | USCP clear suspicious package. |
| 2005 hours | USCP personnel investigate suspicious package at Peace Circle reflecting pool. |
| 2012 hours | USCP clear suspicious package. |
| 2031 hours | USCP and LE partners complete sweep of entire Capitol Square, including the Inaugural Stage, and the entire West Front and confirm it is clear. |

CAPD_000003215

| WEDNESDAY, JANUARY 6, 2021 | |
|---|---|
| **TIME** | **EVENT DESCRIPTION** |
| 2115 hours | JEMNS alert sent: Police activity related to the report of an internal security threat is ongoing. While we encourage Members and staff to remain in the buildings, if anyone must leave:<br><br>Senate Personnel: The Northwest door of the Dirksen is open for departure only.<br><br>Additionally, the Hart Senate Office Building is now open for egress only. |

CAPD_000003216