# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| v. | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Guy Wesley Reffitt appeals to the United States Court of Appeals for the District of Columbia the judgment and sentence entered in the above-entitled case on August 1, 2022, by the Honorable Dabney L. Friedrich, United States District Judge for the District of Columbia.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX. Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Guy Wesley Reffitt

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on August 15, 2022, I caused the foregoing document to be served by the electronic case filing system (ECF) on counsel for the government.

/s/ F. Clinton Broden
F. Clinton Broden