## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO OBTAIN COPY OF SEALED PORTION OF FEBRUARY 3, 2022 HEARING TRANSCRIPT

Defendant, Guy Wesley Reffitt, hereby moves this Court to allow him access to the sealed portion of February 3, 2022 hearing transcript and, in support of this motion, sets forth the following facts and argument:

1.  Undersigned counsel did not represent Mr. Reffitt at trial, however, he does represent Mr. Reffitt in his appeal to the United States Court of Appeals for the District of Columbia.

2.  Upon preparing for appeal, Counsel learned that a portion of the hearing for the February 3, 2022 pretrial conference is under seal. It appears that the defense participated in the sealed portion of the hearing. In particular, Pages 38-46 of the transcript of that hearing is redacted.

3.  Counsel needs access to the sealed portion of that transcript to determine if

it supports any grounds for appeal.

    4.  Mr. Reffitt's opening appellate brief is currently due on September 11, 2023.


    WHEREFORE, Guy Wesley Reffitt, respectfully requests this Court to  allow him access to the sealed portion of February 3, 2022 hearing transcript


        Respectfully submitted,


        /s/ F. Clinton Broden
        F. Clinton Broden
        TX Bar No. 24001495
        Broden & Mickelsen
        2600 State Street
        Dallas, Texas 75204
        214-720-9552
        214-720-9594 (facsimile)
        clint@texascrimlaw.com

        Attorney for Defendant
        Guy Wesley Reffitt

## **CERTIFICATE OF CONFERENCE**

I, F. Clinton Broden, certify that, on September 1, 2023, I conferred with

appellate counsel for the government, James Pearce, regarding this motion and it was

determined:

> The government was seeking to determine the nature of the proceedings
> at question

/s/ F. Clinton Broden
F. Clinton Broden

## **<u>CERTIFICATE OF SERVICE</u>**

I, F. Clinton Broden, certify that, on September 1, 2023, a copy of the foregoing document was served via electronic filing (ECF) on all counsel of record.

<u>/s/ F. Clinton Broden</u>
F. Clinton Broden