# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| v. | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Obtain Copy of Sealed Portion of February 3, 2022 Hearing Transcript, said motion is this _____ day of September 2023, GRANTED.

ORDERED Defense Counsel shall be given access to the sealed portion of the February 3, 2022 hearing in this case, however, that portion of the transcript shall remain under seal.

_____
DABNEY L. FRIEDRICH
United States District Judge