UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUY WESLEY REFFITT,<br><br>Defendant. | Case No. 21-cr-32-DLF |

## MOTION FOR ACCESS TO SEALED TRANSCRIPT

The United States, by and through its undersigned attorney, respectfully requests that the Court issue an Order allowing the government access to the sealed portion of the February 3, 2022 pretrial conference transcript in this case. The defendant in this case has been convicted at trial, sentenced by this Court, and filed a notice of appeal. On September 1, 2023 the defendant moved the Court for a copy of this sealed transcript in order to prepare his appeal; the Court granted his motion on September 4, 2023. The government now also seeks a copy of this transcript in anticipation of the defendant's appeal, and in order to have a complete copy of the trial record.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Risa Berkower*
Risa Berkower
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
Phone: 202-803-1576
Email: risa.berkower@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GUY WESLEY REFFITT,**<br><br>   **Defendant.** | **Case No. 21-cr-32-DLF** |

## ORDER ON MOTION FOR ACCESS TO SEALED TRANSCRIPT

For the reasons given in the government's Motion for Access to Sealed Transcript,

IT IS ORDERED that the court reporter may provide the government with access to the sealed portion of the February 3, 2022 pretrial conference transcript in this case.

IT IS SO ORDERED THIS _____ DAY OF SEPTEMBER, 2023.

HON. DABNEY L. FREIDRICH
DISTRICT COURT JUDGE