# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| Plaintiff, | ) | **1:21-CR-00032-DLF** |
| | ) | |
| v. | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Release Pending Appeal, said Motion is this _____ day of March, 2024, GRANTED.

ORDERED the Court will set conditions of release under a separate order.

_____
DABNEY L. FRIEDRICH
United States District Judge

7