## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S RESPONSE TO COURT'S JUNE 28, 2024 ORDER

1. Mr. Reffitt agrees with the government that the Court is without jurisdiction to resentence him until the case is remanded by the United States Court of Appeals for the District of Columbia.  While it is hoped that the Court of Appeals will act expeditiously, it remains uncertain when the remand will occur.

2. Mr. Reffitt respectfully suggests that, pending remand, the Court order the preparation of a Revised Presentence Report reflecting the decisions in *Fischer v. United States*, 2024 WL 3208034 (June 28, 2024) and *United States v. Brock*, 94 F.4th 39 (D.C. Cir. 2024) and their effect on the Sentencing Guidelines used in this case.

3. Mr. Reffitt currently remains incarcerated in the Eastern District of Texas with a pending case in *United States v. Reffitt,* No. 4:22-cr-00289-SDJ-KPJ.  Mr. Reffitt's preference would be to appear in person for any resentencing provided that

could be done while the Eastern District of Texas remains pending.  In the event that cannot be done, Mr. Reffitt would consent to have his resentencing done by video and waive his personal appearance in the District of Columbia if permitted by the Court.

    4.  Undersigned Counsel's agreement with Mr. Reffitt does not include legal services in connection with a resentencing hearing.  It is anticipated that Mr. Reffitt will retain Undersigned Counsel for his resentencing, but, if that did not occur, Undersigned Counsel would file a motion to withdraw with the Court.


                                    Respectfully submitted,


                                    /s/ F. Clinton Broden
                                    F. Clinton Broden
                                    TX Bar No. 24001495
                                    Broden & Mickelsen
                                    2600 State Street
                                    Dallas, Texas 75204
                                    (214) 720-9552
                                    (214) 720-9594 (facsimile)
                                    clint@texascrimlaw.com

                                    Attorney for Defendant
                                    Guy Wesley Reffitt

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on July 3, 2024, I caused the foregoing document to be served by the electronic case filing system (ECF) on counsel for the government.

/s/ F. Clinton Broden
F. Clinton Broden