UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GUY REFFITT,**<br><br>Defendant. | **Case No. 21-CR-32 (DLF)** |

## MOTION TO WITHDRAW

Undersigned counsel respectfully seeks leave of the Court to withdraw as counsel of record in this case. Effective August 16, 2024, undersigned counsel will be leaving the U.S. Department of Justice and therefore can no longer serve as counsel of record in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   */s/ Risa Berkower*
RISA BERKOWER
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office for the District of Columbia
601 D St. NW
Washington, DC 20532
(202) 803-1576
Risa.berkower@usdoj.gov