# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 22-3056**  **September Term, 2024**

1:21-cr-00032-DLF-1

Filed On: September 9, 2024 [2073848]

United States of America,

    Appellee

  v.

Guy Wesley Reffitt,

    Appellant

## M A N D A T E

In accordance with the order of September 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
           Selena R. Gancasz
           Deputy Clerk

Link to the order filed September 9, 2024