# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| v. | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Defendant, Guy Wesley Reffitt, hereby moves this Court to continue the sentencing date in this matter and, in support of this motion, sets forth the following facts and argument:

1. Undersigned counsel had joined in the Status Report filed by the parties indicating his availability for a sentencing hearing on December 2, 2024.

2. Counsel had not noticed that this was the Monday after Thanksgiving break and that he and his children were not arriving back to Dallas by air until the evening of December 1, 2024 from a family gathering in Florida.[1]

3. While Counsel can fly from Dallas to Washington, D.C. in the early morning on December 2, 2024, there is always a concern for flight delays, especially

---

[1] Counsel cannot fly directly from Florida to Washington, D.C., as he is flying back to Dallas alone with two young children.

during the holiday traveling period. If the flight was delayed or cancelled, it could delay the sentencing.

4. Undersigned Counsel and the government would be available for sentencing any other day that week, *i.e..* December 3-December 6.

5. Continuing the sentencing would allow Counsel to fly to Washington, D.C. the evening before any sentencing hearing in order to avoid any flight delays.

WHEREFORE, Guy Wesley Reffitt, respectfully requests this Court to continue the sentencing date in this matter for a December 3, 4, 5 or 6.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Guy Wesley Reffitt

## CERTIFICATE OF CONFERENCE

I, F. Clinton Broden, certify that on October 8, 2024, I conferred with counsel for the government regarding this motion and it was determined that the above motion is UNOPPOSED.

/s/ F. Clinton Broden
F. Clinton Broden

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on October 8, 2024, I caused a copy of the above document to be served via electronic filing on all counsel of record:

/s/ F. Clinton Broden
F. Clinton Broden
