# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| v. | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE DATE TO FILE SENTENCING MEMORANDUMS

Defendant, Guy Wesley Reffitt, hereby moves this Court to continue the date to file sentencing memorandums in this matter until November 22, 2024 and, in support of this motion, sets forth the following facts and argument:

1. The Court previously set the sentencing hearing in this matter to December 2, 2024, with an amended presentence report due on or before November 11, 2024, and sentencing memorandums due on November 18, 2024.

2. On the Defendant's motion, the sentencing hearing was continued to December 6, 2024.

3. The amended presentence report was not filed until November 12, 2024.

4. Mr. Reffitt is currently housed in a facility approximately four hours away from counsel's office. Therefore, it is necessary for counsel to arrange for a legal

phone call with Mr. Reffitt to discuss the amended presentence report and the sentencing memorandum.

5. The facility where Mr. Reffitt is housed was able to facilitate a legal call on November 20, 2024.

6. A continuance of the date upon which sentencing memorandums are due is requested so that counsel can confer with Mr. Reffitt prior to filing any defense sentencing memorandum.

WHEREFORE, Guy Wesley Reffitt, respectfully requests this Court to continue the date to file sentencing memorandums in this matter until November 22, 2024.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Guy Wesley Reffitt

## CERTIFICATE OF CONFERENCE

I, F. Clinton Broden, certify that on November 14, 2024, I conferred with counsel for the government regarding this motion and it was determined that the above motion is UNOPPOSED.

/s/ F. Clinton Broden
F. Clinton Broden

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on November 15, 2024, I caused a copy of the above document to be served via electronic filing on all counsel of record.

/s/ F. Clinton Broden
F. Clinton Broden
