## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:21-CR-00032-DLF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GUY WESLEY REFFITT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM AND SUPPLEMENTAL SENTENCING MEMORANDUM

Having reviewed countless government sentencing memorandums in various January 6 cases where a defendant, after trial, was sentenced to between 60-90 months imprisonment, it seems like it is a common theme to paint each defendant as the worst of the worst. *See, e.g.,* Gov't Sentencing Memorandum for Audrey Southard-Rumsey (sentenced to 72 months imprisonment) at 3 ("Southard-Rumsey was **one of the most intentional, hostile, and aggressive participants** in the riot." (emphasis added)); Gov't Sentencing Memorandum for Kyle Fitzsimons at 1 ("Kyle Fitzsimons, **one of the most violent and aggressive participants** in the January 6, 2021 attack on the United States Capitol." (emphasis added)).

Notably, in some of these sentencing memorandums, the government actually uses Mr. Reffitt's case as an example to support its sentencing recommendation in

those cases:

1) Gov't Sentencing Memorandum for Christopher Grider (**sentenced to 83 months imprisonment before any resentencing**) at 34 ("Grider's conduct was *more egregious* than Reffitt's in several significant respects" (emphasis added)).

2) Gov't Sentencing Memorandum for Christopher Alberts (**sentenced to 84 months imprisonment before any resentencing**) at 48 ("The fact that Alberts actually engaged in violence, unlawfully remained on restricted Capitol grounds for six hours while menacing officers, and materially lied under oath, illustrates the need for a **far greater sentence than Reffitt**." (emphasis added).

3) Gov't Sentencing Memorandum for John Sullivan (**sentenced to 72 months imprisonment before any resentencing**) at 41 ("[U]nlike Reffitt, Sullivan actually entered the Capitol Building, incited rioters at every major breach inside, and offered up his own deadly weapon at two crucial junctures—either of which could have led to more officers or rioters killed. While the two men have vastly disparate worldviews, both shared a desire to see the government burn and had no remorse for their actions. Sullivan deserves an *equivalent sentence*, varied upwards to 87 month." (emphasis added).

4) Gov't Sentencing Memorandum for Thomas Robertson (**resentenced to 72 months imprisonment**) at 39 ("At the original sentencing in the instant case, the Court used the defendant in *United States v. Reffitt*, 21-cr- 32 (DLF) as a comparator.").[1]

---

[1]The government tells this Court that "Reffitt's actions were, in many ways, more serious than Robertson's" (*see* Sentencing Memorandum at 42), despite telling Judge Cooper that *"Reffitt* remains a reliable comparator based on the 3553(a) factors" and reminding Judge Cooper that he had found " 'the two cases are roughly notionally the same.' " *See Robertson* Sentencing Memorandum at 39-40.

## II.  GUIDELINES CALCULATIONS

The only meaningful guideline dispute that may need to be resolved at the resentencing relates to the handling of Count 4.  Count 4 was irrelevant to the offense level at the initial sentencing so it did not get much attention at the original sentencing hearing.  In connection with that sentencing, it was grouped separately but only "scored" at an offense level 13.

In its Sentencing Memorandum, the government suggests Count 4 should *not* be grouped with the other Counts and then suggests that Count 4 be "scored" as follows:

| | |
|---|---|
| U.S.S.G. § 2A2.4(a) Base Offense Level | 10 |
| U.S.S.G. § 2A2.4(b)(1)(B) Dangerous Weapon | +3 |
| U.S.S.G. § 3B1.1(c) Aggravating Role | +2 |
| U.S.S.G. § 3C1.1, cmt. n.4 Obstruction of Justice | +2 |

**Total 17**

The government then concludes, based upon the premise that Count 4 forms its own group, that U.S.S.G. § 3D1.4 produces 1 ½ "units" and, as a result, increases Mr. Reffitt's Total Offense Level from 22 to 23.

Mr. Reffitt disagrees with the government and he agrees with probation that Count 4 is grouped with the other counts of conviction.  U.S.S.G. § 3C1.1,

3

Application Note 5 provides that, where a defendant is convicted of an obstruction offense and an underlying offense, "the obstruction offense will be grouped with the count for the underlying offense."  Similarly, at trial, the government argued that Count 1 included the firearm that the government now wants to include as a "dangerous weapon" for the purposes of adding a specific offense characteristic to the guideline calculation for Count 4.[2]  Nevertheless, if such a specific offense characteristic was to be used for Count 4, then it is groupable with Count 1 pursuant to U.S.S.G. § 3D1.2(c).[3]

---

[2]Trial Transcript at 1457 ("When a man drives across the country with *two firearms*, and carries one of them on his hip to the U.S. Capitol to lead a mob, while leaving the other ready for use in his car to confront the police, to try to take over Congress and forcibly remove the legislators, he is guilty of transporting a firearm to further a civil disorder.  Before January 6th, while the defendant was still in Texas, he said he would *go to the Capitol armed* to overthrow Congress. He said it again on January 6th, while he was at the Ellipse and then he did it. *You saw the photo yourself*. Count 1 is proved." (emphasis added)).

[3]On the other hand, if Count 4 was not groupable, Mr. Reffitt submits, first, the firearm enhancement would not apply since he did not "threaten" the officers at the Capitol with the firearm. Indeed, U.S.S.G. § 2A2.4 requires that a dangerous weapon not only be "possessed" but that its "use was threatened." Second, there should be no aggravating role enhancement for the reasons discussed at the first sentencing hearing.  Third, there should be no obstruction of justice enhancement given the underlying conviction for obstruction of justice.  As such, the Offense Level for Count 4 would be 10 and not produce any "units" and the Total Offense Level would remain at 22.

### III.  OTHER SENTENCES BETWEEN 60-90 MONTHS FOLLOWING TRIAL[4]

The government, in its Sentencing Memorandum, identified cases not contained in Mr. Reffitt's inital Sentencing Memorandum where defendants were sentenced to between 60-90 months imprisonment following a trial.  As a result, Undersigned Counsel once again reviewed prior sentences to identify those missing from the original Sentencing Memorandum.  The ones used by the government in its "disparity" discussion in its Sentencing Memorandum as comparable cases are highlighted.[5]

---

[4]Mr. Reffitt neglected to note in his initial Sentencing Memorandum that it is presumed that many of these summarized cases will require resentencings in light of *Fischer* and *Brock*.  Given that the two known felony resentencings to date have resulted in reduced sentences (*Robertson* and *Brau*), it is likely that many of the sentences will be reduced and should be viewed through that prism as well.

[5]The government also uses two cases where the sentences were over 90 months:

*United States v. Thomas Webster*, No. 1:21-CR-00208-APM **120 MONTHS**

●Former United States Marine and 20 year officer with the New York City Police Department.

●Came to Washington from New York with his NYPD-issued **bulletproof vest**, and packing his "off duty" **firearm**—a Smith & Wesson Model 640 revolver, small enough to conceal inside a jacket pocket.  Additionally, he brought with him his military-issued rucksack containing Meals Ready-to-Eat, water bottles, and Gatorade

●At the Capitol, he used a flag pole as a weapon to repeatedly **swing** it at officers.

●Charged an officer and **tackled** him and tried to **rip** of his gas mask.  This caused tear gas to become trapped inside the officer mask, and the officer's throat and nose began to burn.  The officer also **struggled to breathe** because he was being **choked**

by the chinstrap of his helmet.





● On a live video feed, he called for more "patriots" to join the riot.

● Was present when other rioters **abducted  and dragged** an officer face first down the Capitol stairs and **beat** him.

● He deleted evidence from his phone following the riot.

● At trial he called the officer he attacked a "rogue cop," and questioned the officer's training, integrity, and professionalism.

Unlike Mr. Reffit, he **testified** at trial.

6

14) *United States v. Kyle Fitzsimons*, No. 1:21-CR-00158-RC
**87 MONTHS**

This is how the government described Fitzsimons:

> Kyle Fitzsimons, one of the most violent and aggressive participants in the January 6, 2021 attack on the United States Capitol, assaulted at least five different police officers and caused a career-ending and life-altering injury to United States Capitol Police ("USCP") Sergeant Aquilino Gonell."

**YET THE GOVERNMENT REQUESTS THE SAME SENTENCE FROM THIS COURT FOR MR. REFFITT AS THE ONE THAT WAS IMPOSED ON "ONE OF THE MOST VIOLENT AND AGGRESSIVE PARTICIPANTS IN THE JANUARY 6, 2021 ATTACK" (A SENTENCED IMPOSED BEFORE THAT DEFENDANT HAS EVEN BEEN RESENTENCED).**

**THIS IS THE VERY ESSENCE OF A DISPARITY!**

●Prior to coming to Washington, he left threatening messages for a Maine Congressman.

---

*United States v. Albuquerque Cosper Head*, No. 1:21-CR-00291-APM **90 MONTHS**

●Traveled with others from Tennessee.

●He had a history of **45 prior arrests**.

●He repeatedly **struck** officers with multiple riot shields in the Lower West Terrace tunnel.

●He **wrapped his arm around an officer's neck** and emitted a sickening yell to his fellow rioters—"I've got one!"  He then **forcibly dragged** the officer into the riotous mob, isolating him as the crowd violently **assaulted** the officer.  He continued to restrain the officer while another rioter applied a **taser to the base of the officer's skull**.  The officer went limp and lost consciousness for about 2 ½ minutes.

●He traveled to Washington from Maine. During the riot at the Capitol, Fitzsimons committed repeated and separate **violent assaults** against police officers during the brawl at the mouth of the Lower West Terrace tunnel.  In chronological order:

●He **hurled** a wooden staff like a spear at a group of officers and struck one officer in the head.

●He **swiped** repeatedly at another officer'S head trying to strike him and dislodge his gas mask.

●He **wrenched** Officer Gonell's shoulder so hard and for so long that he **permanently damaged** it, ending Sgt. Gonell's law enforcement career

●He  twice **charged** into a group of officers, wildly swinging his fists, indiscriminately trying to punch any officer he could reach.





●He urged other rioters to "get in there" and fight the police like he had.

15) *United States v. Taylor Johnatakis*, No. 1:21-CR-00091-RCL
**87 MONTHS**

●Prior to coming to Washington, D.C., posted on social media, ""[B]urn the city down. What the British did to DC will be nothing…"

●He came from the State of Washington to Washington and **organized** rioters with a megaphone strapped to his back.

●As he approached the Capitol Building he **rallied** the rioters: "Michael Pence has become a traitor to this nation. He's been one. We just didn't want to recognize it or admit it. It's over. Michael Pence has voted against the president. We are down to the **nuclear option**."

●He **lead the charge** under the inaugural scaffolding up the stairs to the Capitol **chasing** officers and forcing their retreat.

●He then continued to **organize** his fellow rioters, waving them toward the police line and instructing them to "PACK IT IN – PACK IT IN!"

He began arranging and **preparing the mob to assault the officers.**

●He used metal barricade to **attack** officers.  He lifted them up to eye and head-level and used them to **assault** the officers.



●**Grabbed** one officer to prevent him from defending himself against other attacking rioters— **contributing to that officer's physical injury**.

●Gave post-riot interviews: "And when I tell you that we did nothing, I mean we did nothing. We touched a gate. We got pepper sprayed, we moved back....**Everything about January 6 is just overblown**."

16) <u>United States v. Christopher Alberts</u>, No. 1:21-CR-00026-CRC **84 MONTHS**

●He was a former **National Guardsman**.

●He arrived in Washington wearing metal-plated body armor and carrying a concealed, fully loaded **firearm (containing hollow point and high-pressure rounds)**, a gas mask, throat mic, binoculars, bungee cords, and a fully loaded ammunition magazine.

At a key chokepoint blocking access to multiple entrances to the Capitol Building, he was the first rioter to ascend and reach a staircase landing Because he was protected by metal-plated body armor and a gas mask, he was undeterred by the pepper ball and pepper spray measures used by officers to repel the rioters. The government compared this to Mr. Reffitt in its Sentencing Memorandum in that case. ("While these measures succeeded in incapacitating some rioters—including **Guy Reffitt**,...Alberts—protected by his gas mask and body armor—was able to continue his advance on the Capitol building.").

● He was the very **first rioter to go hands-on** with an officer on the Northwest Steps

● He then grabbed a wooden pallet as he **charged** up the stairs, using the pallet as a **battering ram** against the officers guarding the stairwell.

● He **screamed** at police officers that they were "domestic terrorists" and were "treasonous, communist motherfuckers,"

● He **urinated** on a wall of the Capitol Grounds while yelling, "fuck D.C. Metro."

● He **threw** a bottle at the police line.

● He later ● his flashlight into the faces of officers in an attempt to blind them before retrieving a bullhorn and using it to **berate** the officers.

● Was arrested on Capitol grounds with his **loaded firearm.**

● He, unlike Mr. Reffitt, **testified** at trial and offered false testimony .

17) _United States v. Michael McHugh_, No. 1:21-CR-00453-JDB
**78 MONTHS**

● He prepared for violence beforehand, telling people he was going to Washington, D.C. to "fight" and "storm Congress." He brought with

him a cannister of bear spray, 50 percent stronger than the pepper spray used by police, which he carried in a holster for ready access.

● Before the riot and using his megaphone, he **urged** people to "march on Congress directly after Trump's speech" and telling them there were "power in numbers."

● He was one of the initial rioters to breach a police line and enter the West Plaza.

● He used his megaphone to spew vitriol towards officers and to **encourage** other rioters to act against the officers.

● He **wrestled** with an officer for control of a barricade protecting access to the Capitol.

● He **assaulted** officers on the West Plaza, hitting them with his bear spray, causing the officers to back away from the line,   He **fired** two long, continuous bursts towards the line of law enforcement officers from a range of a little more than 10 feet. He purposely directed the spray across a wide area in order to impact the maximum number of officers.  This caused several officers to have to leave the police line **allowing other rioters to become more aggressive** given the decrease in officers protecting the Capitol.

● Used his megaphone, to **encourage** and embolden rioters and **taunt** police.  Yelling such things as: (1) You are fucking cowards!" (2) "We're coming, you can't stop us forever, you can't stop us forever, we are coming!" (3) "I'd be shaking in your little shit boots too!" (4) "Nazis followed orders!"



●He helped other rioters to **push** a large metal sign into officers.

●After the riot, he posted on social media, "I unloaded a whole can of bear spray on a line of cops **I got three of them** down really really good."


18) *United States v. Markus Maly*, No. 1:21-CR-00178-BAH
**72 MONTHS**

●Had a "decades long" criminal history.

●While in the Lower West Terrace, he picked up a canister of a chemical lachrymatory agent and **sprayed** it at an MPD officer causing the officer very severe pain (a 9 or 10 on a 10 point scale).

●Later in the Lower West Terrace Tunnel he made his way towards the front of the group of rioters, where he took a canister of spray from a co-defendant and passed it to another co-defendant who then used that canister and **sprayed** an entire police line..

●He obtained a **stolen** police shield that had been passed back to him by other rioters in the tunnel and left with the shield as a trophy from his

attacks.

●He, unlike Mr. Reffitt, **testified** at trial and offered false testimony including blatantly denying the incidents with the chemical spry.

19) *United States v. Isaac Sturgeon*, No. 1:21-CR-00091-RCL
**72 MONTHS**

●He and co-defendants climbed through the inaugural stage scaffolding, up the southwest stairs, and made their way to the front of the mob at the top of the stairs.

●Along with a co-defendant, **assaulted** officers with a metal barricade in an attempt to gain entry into the Capitol building.

●**Deleted** evidence from his phone after the fact.

20) *United States v. Odin Meacham*, No. 1:23-cr-00287-JDB
**72 months**

●Traveled to Washington from Utah.

●At the Capitol, he **rushed** towards several officers guarding the West Plaza, raised a wooden flagpole over his head, and **slammed** the flagpole against the upper body of an officer so hard that the flagpole snapped in half.

●He then swung the broken flagpole at officers.



●After her abandoned the broken flagpole, he picked up a metal pole then **threw** the metal pole at a MPD officer, hitting the officer.  He then began **taunting** that officer.

●He next approached another MPD officer and shouted "lean in!" repeatedly, while gesturing towards the crowd in an apparent attempt to rally others to **overpower** the line of officers.  He then **grabbed** the officer's baton and tried to **wrestle** it away.

●While Capitol grounds, verbally **harassed, abused, and taunted** officers. His comments included expletives and accusations, such as "you fucking pieces of shit," "you traitors," "you dogs," "you fucking scumbag pieces of shit," and "are you scared, mother fucker?"

15

21) <u>*United States v. Frederico Klein*</u>, No. 1:21-CR-00040-TNM
**70 MONTHS**

●Convicted of six separate charges of **assaulting** officers.

●After entering the Lower West Terrace tunnel, he forcibly pushed against officers with his body and stolen police riot shields.  At one point, when it appeared the police were going to be able to finally close one set of doors between them and rioters, creating an  advantageous barrier, he wedged a police riot shield in between the doors, helping to force the doors back open so that rioters could continue their **assaults** on police.

22) <u>*United States v. Anthony Williams*</u>, No. 1:21-CR-00377-BAH
**60 MONTHS**

●He entered the Capitol through the Senate Wing doors only 6 minutes after they were initially breached.  He then overran the police in the Crypt with other rioters. He advanced to the Rotunda where he celebrated with other rioters and smoked marijuana.

●He **stole** officers' water bottles

●On April 19, 2021, he affirmed his defiant stance in a chat group of "patriots," stating, "I was in the Capitol and have absolutely no remorse or fear in saying or doing it."  He went further and touted his overrunning of the police in the Crypt and resisting them in the Rotunda, stating on in the chat group, "I 'passed thru' the Crypt then held the Rotunda."

●He, unlike Mr. Reffitt, **testified** at trial and offered false testimony.

23) <u>United States v. Tristian Stevens</u>, No. 1:21-CR-00040-TNM
**60 MONTHS**

●Rented a car with his brother to drive from Florida to Washington.

●After arriving at the Capitol, he threatened officers,  "Do you know what happens to traitors? Do you know what happens when you commit treason? YOU GET TIED TO A POST AND **SHOT FOR BEING A TRAITOR**.  Are you prepared for that? Are you? Are you ready?  Are you ready? HUH?!  Yeah fuck you. You're a coward, man.  You're nothing but a coward. HUH? Speak the fuck up, you pussy!  Like a fucking man.  Speak up! Speak up! Use your voice.  I can't hear you because you're a little bitch!"  He then pointed at officers and yelled at each one: "Coward! Coward! Coward! Coward!"

●In the Lower West Terrace tunnel, he assumed an "integral role" in the attack on officers as he was trying to enter the Capitol building.

●He forcefully **pushed** a police shield directly into an officer's body, face, and helmet in order to allow others to try several times to grab an officer's baton**.**

●Convicted of four counts of **assault**.


24) <u>United States v. Michael Oliveras</u>, No. 1:21-CR-00718-BAH
**60 MONTHS**

●Using a bicycle rack as a ladder, he gained access to the Capitol.  Once inside, he screamed out menacing threats such as,"WHERE ARE THE FUCKING TRAITORS? DRAG EM OUT BY THEIR FUCKING HAIR! WHERE ARE THE FUCKING TRAITORS?" and "DRAG THE FUCKING TRAITORS OUT!"

●After being removed from the Capitol building, he went to the other side and entered it for a second time through the Senate Wing doors.

●After being removed from the building again, he stood at the front of the mob of rioters and directly faced officers and he stepped forward with outstretched arms and **assaulted** one of the officers with his hands.

●When later interviewed by the FBI and asked about his participation in the Capitol siege, he confidently stated, "I wouldn't change a thing, I'd do it again."

## IV. ANOTHER RESENTENCING RESULTING IN A REDUCED SENTENCE

In addition, counsel learned of one additional resentencing following a remand based upon *Fischer* and *Brock*. There, for a defendant who certainly engaged in more egregious conduct than Mr. Reffitt, Judge Boasberg reduced the defendant's sentence from 72 months to 60 months

*United States v. Marc Bru*, No. 1:21-CR-00352-JEB **60 MONTHS**

●A **Proud Boy** who traveled from Washington State to Washington, D.C.

●He joined the first wave of rioters to breach the restricted perimeter on the west side near Peace Circle.

●He quickly made his way to the front of the mob on the West Plaza. There, he verbally harassed a severely outnumbered group of officers. He pointed at them and repeatedly yelled: "you'll **die** for the corporation!"

●He grabbed hold of one barricade with both hands and **pushed** it into the officers, putting his entire body weight behind the effort.

●After he breached the Capitol building, he made his way through the Rotunda, up the Gallery Stairs, and to the Senate Gallery. While

standing in the Senate Gallery, he took several selfies with the empty Senate Floor in the background—the floor from which, just twenty minutes prior, Secret Service agents had evacuated the Vice President and his family, and police officers had evacuated senators and their staffs. In one of the selfies, Bru flashed a hand sign associated with the Proud Boys.



●Six weeks following the January 6 riot, he sought to buy gas masks in bulk, recruited others, and made plans to lead a violent, **armed insurrection to take over the government in Portland, Oregon**. He was arrested in this case before those plans could come to fruition.

●Following his *pro se* trial, he "continued his established pre-trial pattern of spreading disinformation, casting himself as a victim of political persecution, and making bombastic, threatening statements in public forums."

●Prior to his original sentencing he announced his intent to "command"

19

the U.S. Marshals to **arrest Chief Judge James E. Boasberg and the prosecutor in his case** for "human trafficking" at his sentencing if they did not comply with his demands.  And he warned that if the Speaker of the House and the then-former President didn't "fucking pull the trigger in a very short amount of time," he would start a nationwide prison riot.

●At that original sentencing, he told the Court, "You can give me a hundred years, and **I would do it all over again**."

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Guy Wesley Reffitt

## **CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on November 25, 2024, I caused a copy of the

above document to be served via electronic filing on all counsel of record:

/s/ F. Clinton Broden
F. Clinton Broden
