**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GUY WESLEY REFFITT,**<br><br>**Defendant.** | **CRIMINAL ACTION NO.**<br><br>**1:21-CR-00032-DLF** |

**MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL**

Defendant, Guy Wesley Reffitt, hereby moves this Court for leave to appeal *in forma pauperis* and for appointment of counsel and, in support of this motion, sets forth the following facts and argument:

1. The Court entered its judgment in this case on December 12, 2024. Any Notice of Appeal would need to be filed by December 26, 2024.

2. Mr. Reffitt is currently in transit back to the Eastern District of Texas but has informed counsel that he wishes to appeal ths judgment. He has further indicated that he is without funds to pay the filing fee for the Notice of Appeal and is without funds to retain counsel to prosecute the appeal.[1]

3. While it is not possible to send Mr. Reffitt a financial affidavit, have him

[1] Mr. Reffitt's agreement with Undersigned Counsel does not include representation on appeal of the new judgment.

complete it and then return it while he is in transit all in time to file a Notice of Appeal by December 26, 2024, Mr. Reffitt has previously been found indigent when Counsel was appointed to him in the Eastern District of Texas. *See* Attachment A.

4. Similarly, this Court has adopted the Presentence Report in this case and found that Mr. Reffitt does not have the ability to pay a fine. *See* PSR at ¶ 130.

WHEREFORE, Guy Wesley Reffitt, respectfully requests this Court to grant him leave to appeal *in forma pauperis* and for appointment of counsel.

Respectfully submitted,

/s/ F. Clinton Broden

F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Defendant
Guy Wesley Reffitt

**CERTIFICATE OF SERVICE**

I, F. Clinton Broden, certify that on December 17, 2024, I caused a copy of the above document to be served via electronic filing on all counsel of record:

/s/ F. Clinton Broden
F. Clinton Broden