## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUY WESLEY REFFITT, | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cr-00032-DLF |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GUY WESLEY REFFITT'S MOTION FOR LEAVE TO PROCEED PRO SE AND FOR LEAVE TO FILE PRO SE PAPERS IN THIS MATTER

Defendant Guy Wesley Reffitt respectfully submits this Memorandum of Points and Authorities in support of his Motion for Leave to Proceed Pro Se and for Leave to File Pro Se Papers in this Matter.

### I. INTRODUCTION

Defendant seeks leave to proceed pro se and to file his own motions and papers in this case. Defendant makes this request knowingly and voluntarily. Defendant understands the responsibilities of self-representation and is prepared to comply with the governing rules and orders of the Court.

Defendant also seeks this relief because he cannot afford retained counsel for the purpose of preparing and filing the matters he seeks to present. Without leave to proceed pro se, Defendant's ability to be heard on matters directly affecting his own interests is substantially burdened.

### II. LEGAL STANDARD

The Sixth Amendment protects a criminal defendant's right to represent himself when he knowingly and voluntarily elects to do so. Faretta v. California, 422 U.S. 806 (1975). Before allowing self-representation, the Court may ensure that the defendant's waiver of counsel is knowing, intelligent, and voluntary.

If the Court determines that further inquiry is needed before ruling, the proper course is to hold a hearing on waiver of counsel and self-representation.

## III. ARGUMENT

### A. Defendant knowingly and voluntarily seeks to proceed pro se.

Defendant understands that self-representation carries risks and that an attorney could provide legal and procedural assistance. Defendant nevertheless knowingly and voluntarily seeks leave to represent himself and to file his own papers.

### B. Defendant is prepared to comply with court rules and orders.

Defendant is prepared to comply with the Federal Rules of Criminal Procedure, the Local Rules of this Court, and all deadlines and directives imposed by the Court. Defendant seeks to present his matters in a clear, orderly, and respectful manner.

### C. Requiring counsel would substantially burden Defendant's ability to be heard.

Defendant cannot afford retained counsel for the purpose of preparing and presenting the motions he seeks to file. Under these circumstances, requiring Defendant to proceed only through counsel would substantially burden his ability to present matters directly affecting his own rights and interests.

### D. If the Court is not prepared to grant the request immediately, it should set a hearing.

If the Court concludes that additional inquiry is necessary before granting leave to proceed pro se, Defendant respectfully requests that the Court set a hearing to address waiver of counsel and self-representation.

## IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant leave to proceed pro se and to file pro se papers in this matter. In the alternative, Defendant requests that the Court set a hearing on Defendant's request to waive counsel and proceed pro se.

Date: May 4, 2026
Respectfully submitted,

Guy Wesley Reffitt

Defendant, Pro Se