## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAILROOM

JUN - 1 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00032-DLF |
| | ) | |
| GUY WESLEY REFFITT, | ) | |
| Defendant. | ) | |

### DEFENDANT GUY WESLEY REFFITT'S MOTION TO REMOVE THE DISCOVERY PROTECTIVE ORDER, OR IN THE ALTERNATIVE TO MODIFY THE PROTECTIVE ORDER

Defendant, Guy Wesley Reffitt, proceeding pro se, respectfully moves this Court for removal of the Protective Order governing discovery in this matter, or in the alternative for modification of that Order.

In support of this Motion, Defendant states as follows:

1. A Protective Order governing discovery was entered in this case during the pendency of the criminal proceedings.

2. The original basis for the Protective Order included restrictions relating to body-worn camera footage and Capitol CCTV materials.

3. Since entry of that Order, substantial portions of those materials have been publicly released by Congress or otherwise entered the public domain, materially changing the circumstances that originally supported broad discovery restrictions.

4. Defendant seeks access to and lawful use of discovery materials relating to his own case for review of the record, preparation of related legal filings, consultation with counsel or prospective

counsel, and use in matters reasonably related to this case and its consequences, including related civil claims.

5. Continued blanket restriction on Defendant's possession and use of discovery materials concerning his own case is broader than necessary.

6. Defendant does not seek improper public dissemination of genuinely sensitive information. Defendant seeks only the ability to lawfully review and use discovery relating to his own case. Any remaining confidentiality concerns can be addressed through narrower protections directed to specific material rather than through a blanket order covering discovery as a whole.

7. To the extent any specific material remains sensitive, those concerns can be adequately addressed by narrower means, including redactions, limited disclosure conditions, or restrictions directed only to specifically sensitive materials.

8. If the Court declines to remove the Protective Order in full, Defendant requests that the Court modify the Order to permit Defendant to possess, review, organize, and use discovery materials for lawful purposes related to this case and any related proceedings, and to share such materials with counsel, prospective counsel, investigators, experts, and other persons reasonably necessary to assist him.

WHEREFORE, Defendant respectfully requests that this Court remove the Protective Order governing discovery in this matter or, in the alternative, modify the Order as set forth above, and grant such other and further relief as the Court deems just and proper.

Date: May 21, 2026

Respectfully submitted,

Guy Wesley Reffitt



Defendant, Pro Se