## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAILROOM
JUN - 1 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 1:21-cr-00032-DLF |
| GUY WESLEY REFFITT, Defendant. | ) ) ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant Guy Wesley Reffitt's Motion to Remove the Discovery Protective Order, or in the Alternative to Modify the Protective Order, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that the Protective Order governing discovery in this matter is REMOVED.

OR, IN THE ALTERNATIVE, if the Court grants partial relief only, it is further

ORDERED that Defendant's Motion is GRANTED IN PART; and it is further

ORDERED that the Protective Order governing discovery in this matter is MODIFIED as follows:

1. Defendant may possess, review, organize, and use discovery materials produced in this case for lawful purposes related to this case and any related proceedings.

2. Defendant may disclose discovery materials to counsel, prospective counsel, investigators, experts, and other persons reasonably necessary to assist him.

3. Any material containing personal identifying information or other specifically sensitive information shall be redacted before public filing, and any such filing shall be made under seal or in redacted form as required by rule or further Order of the Court.

4. Except as modified herein, any remaining provisions of the prior Protective Order shall remain in effect.

SO ORDERED.

Date: _____      _____

DABNEY L. FRIEDRICH

United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of May, 2026, I served a copy of the foregoing Motion,

Memorandum of Points and Authorities, and Proposed Order on counsel for the United States by

[mail / hand delivery / other authorized means].

Guy Wesley Reffitt