**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| | **)** |
| **v.** | **)** |
| | **) Case No. 1:21-cr-00032 (DLF)** |
| **GUY WESLEY REFFITT** | **)** |
| **Defendant.** | **)** |
| | **)** |

## JOINT MOTION TO CONTINUE MOTION DEADLINES

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, pro se, respectfully move to continue the motion deadlines in this matter.  In support of their joint motion, the parties state as follows:

1.      On April 13, 2026, Defendant submitted a pro se request for leave to file (ECF No. 204), which was denied by the Court on April 16, 2026.

2.      On May 6, 2026, Defendant submitted an additional pro se request for leave to file (ECF No. 205), which was granted on May 11, 2026.

3.      On May 11, 2026, Defendant submitted a motion for Leave to Proceed Pro Se (ECF No. 206).

4.      On June 1, 2026, Defendant filed a pro se motion to modify the discovery protective order, which was later resubmitted on June 4, 2026. (ECF Nos. 209, 210)

5.      On June 4, 2026, after conducting a video hearing, the Court granted Defendant's motion to proceed pro se, and ordered the United States to respond to the Defendant's motion by June 12, 2026, and the Defendant to submit any Reply by June 19, 2026.

6.      On June 11, 2026, the United States communicated with the Defendant and requested consent for a 30-day continuance, in order for the United States to fully assess the precedential impact of its position in this case on future similar cases.  The Defendant concurred

with a one time 30-day continuance, and the United States concurred with the Defendant's reciprocal request for 14 days to submit a Reply.

WHEREFORE, the parties respectfully ask that the United States' response to Defendant's motion by due on July 10, 2026, and that the Defendant's Reply be due on July 24, 2026.

Respectfully submitted,

By /s/   S. Babu Kaza
        S. Babu Kaza (D.C. Bar No. 1033670)
        Assistant United States Attorney
        Fraud, Public Corruption, & Civil Rights
        601 D Street, NW
        Washington, D.C.  20530
        Tel: 202.803.1652
        Sridhar.Babu.Kaza@usdoj.gov

/s/   Guy Wesley Reffitt
Guy Wesley Reffitt
Defendant, Pro Se