**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| **v.**     ) | |
| ) | **Case No. 1:21-cr-00032 (DLF)** |
| **GUY WESLEY REFFITT**     ) | |
| **Defendant.**     ) | |
| ) | |

**SECOND MOTION TO CONTINUE MOTION DEADLINES**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully move to continue the motion deadlines in this matter. This Court previously granted a joint motion for continuance, extending the government's response deadline by 30 days, and extending the time for Defendant to submit a Reply to 14 days.

The United States now seeks a continuance of an additional 21 days, to permit further review of its response prior to submission. The Defendant does not consent to this motion.

WHEREFORE, the United States requests that the response to Defendant's motion be due by July 31, 2026, and that the Defendant's Reply be due by August 14, 2026.

Respectfully submitted,

By */s/    S. Babu Kaza*
    S. Babu Kaza (D.C. Bar No. 1033670)
    Assistant United States Attorney
    Fraud, Public Corruption, & Civil Rights
    601 D Street, NW
    Washington, D.C.  20530
    Tel: 202.803.1652
    Sridhar.Babu.Kaza@usdoj.gov