# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA v. GUY WESLEY REFFITT
Case No. 1:21-cr-00032 (DLF)

## DEFENDANT'S SUPPLEMENTAL CLARIFICATION REGARDING MOTION FOR CM/ECF USERNAME AND PASSWORD

Defendant Guy Wesley Reffitt, proceeding pro se, respectfully submits this supplemental clarification in response to the Court's Minute Order entered on July 14, 2026 regarding ECF No. 214.

The Court requested clarification whether Defendant has: (1) completed the Clerk's Office online tutorial; and/or (2) been permitted to file electronically in other federal courts.

Defendant respectfully states:
1. Defendant has successfully completed the Clerk's Office online tutorial.
2. Defendant has not previously been permitted to file electronically in any other federal court.

The bracketed language in Defendant's original motion and memorandum inadvertently retained the Court's alternative certification language and was not intended to indicate that both alternatives applied.

Defendant respectfully submits this clarification in compliance with the Court's Minute Order and requests that the Court grant Defendant's Motion for CM/ECF Username and Password.

Respectfully submitted,

_____

Guy Wesley Reffitt
Defendant, Pro Se

Dated: July 15, 2026