**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Case No. 1:21-cr-00032 (DLF)** |
| **GUY WESLEY REFFITT** **Defendant.** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S RENEWED MOTION FOR LIMITED MODIFICATION OF DISCOVERY PROTECTIVE ORDER**

This Court's ruling on Defendant's original motion held that the Defendant has no entitlement to further criminal discovery from his terminated case. (ECF No. 220). Nonetheless, the Defendant's renewed motion requests exactly that: additional modification of this Court's protective order for purposes of civil discovery. Defendant's civil case is an entirely separate matter from this Court's criminal adjudication. To the extent Defendant is pursuing a civil case, and seeks evidence in support of his civil claims, his remedy is to utilize the civil discovery process and file motions before that presiding judge. Instead, Defendant seeks to preempt his civil procedural requirements by once again returning to this Court, and asking for relief which has already been denied.

Moreover, this Court had good cause for its ruling. As the Court noted, the evidence from the criminal case should not be made available because its disclosure could show weaknesses in the Capitol defenses and disclose the involvement of third parties who were not prosecuted. (ECF No. 220 at 4). Defendant's demands continue to suffer from the same flaws that the Court previously identified. Material that was admitted at trial is already public; other material remains protected for the same reasons it originally was designated as such. The Defendant's renewed motion should be denied.

## CONCLUSION

For the foregoing reasons, the Court should deny the defendant's renewed motion to lift or modify the Protective Order entered on April 1, 2021.

Respectfully submitted,

JEANNINE FERRIS PIRRO
United States Attorney

By */s/ S. Babu Kaza*
S. Babu Kaza (D.C. Bar No. 1033670)
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
Tel: 202.803.1652
Sridhar.Babu.Kaza@usdoj.gov

November 23, 2026